USDC SCAN INDEX SHEET

















JRL   12/16/02   14:17
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*2*
*SM.*

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

LINDOWS.COM, INC., a Delaware corporation

FILED

DEC 13 2002

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No. '02 CV 2460 BTM (RBB)

**vs**

XANDROS, INC., a Delaware corporation; LINUX
GLOBAL PARTNERS, INC., a Delaware
corporation; MICHAEL BEGO, an individual;
WILLIAM JAY ROSEMAN, an individual

COPY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY

MICHAEL S. KAGNOFF SB 167613
COLBERN C. STUART SB 177897
BROBECK, PHLEGER & HARRISON LLP
12390 EL CAMINO REAL
SAN DIEGO CA 92130 (858) 720-2555

An answer to the complaint which is herewith served upon you, within  20_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | | DEC 13 2002 |
| --- | --- | --- |
| CLERK | (SEAL) | DATE |
| PATRICIA L. ALBERDA | | |

By _____ , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S