








AXR   1/14/03   12:33
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*4*
*O.*

FILED

03 JAN 14 AM 10:45

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, Inc.,<br><br>          Plaintiff,<br><br>v.<br><br>XANDROS, Inc., et al.,<br><br>          Defendants. | CASE NO. 02CV2460 BTM (RBB)<br><br>ORDER REJECTING REQUEST AS IMPROPER |

On January 9, 2003, Frederick Berenstein, co-chairman of Defendant Xandros, Inc., submitted a letter to this Court requesting an extension of 30 days to file its answer in order to retain local counsel. Because a corporation cannot represent itself *pro se*, this request is improper and the Court cannot consider it. The Court can only consider requests made by a duly appointed counsel who has entered an appearance before it.

Therefore, the Court will not consider this request. The Clerk of the Court is directed to file Defendant's letter.

**IT IS SO ORDERED.**

Dated: 1-13-2002

HONORABLE BARRY TED MOSKOWITZ
United States District Judge

Copies to:
All Parties and Counsel of Record

1

02cv2460