








```
AXR    1/14/03    12:35
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*5*
*LTR.*
```

**xandros**

**FILED**

JAN 14 2003

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

January 9, 2003

**COPY BY FACSIMILE**
**ORIGINAL BY FEDEX**

Honorable Barry Ted Moskowitz
United States District Judge
United States District Court
Southern District of California

Re:   Case 02 CV 2460

Your Honor:

The papers for the above-numbered civil complaint were served on our corporate representative on Christmas Eve, 2002 and subsequently mailed to us in New York. Due to the holiday and the unavailability of many people until after the New Year, we have been unable, to date, to engage proper counsel in San Diego. We are in the process of doing so.

When we do engage counsel, we will be requesting that this complaint be dismissed, and hereby request that no default be entered, as in our agreement with the complainant, Lindows.com, Inc., there is a mandatory arbitration clause for all disputes. Specifically, that section 16.3, states:

> Except that the parties shall be entitled to apply to the courts for mandatory or injunctive equitable relief, any controversy or claim arising out of or relating to this Agreement, or the breach thereof, will be settled by arbitration before three (3) arbitrators in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and judgment upon the reward rendered by the arbitrators may be entered in any court having jurisdiction thereof. Arbitrators shall be entitled to grant equitable relief as well as damages.

Therefore, unless the complainant voluntarily withdraws its complaint, we respectfully request that the court grant us thirty (30) days to retain counsel and for counsel to present to the court such papers as are required to assure that our right to arbitration of this dispute is honored. We have, today, requested that the complainant's counsel agree to honor the arbitration agreement or to grant us a thirty (30) days extension of time. We have not yet received a response.

We appreciate your time and consideration of this matter.

Sincerely,

Frederick H. Berenstein
Co-chairman

Cc:   Michael S. Kagnoff

*The Leader in the Linux Desktop*

Xandros, Inc.  41-51 East 11th Street  New York, NY 10003   Main 212 699-3620   Fax 212 331-1106



January 9, 2003

**COPY BY FACSIMILE**
**ORIGINAL BY FEDEX**

Honorable Barry Ted Moskowitz
United States District Judge
United States District Court
Southern District of California

Re: Case 02 CV 2460

Your Honor:

The papers for the above-numbered civil complaint were served on our corporate representative on Christmas Eve, 2002 and subsequently mailed to us in New York. Due to the holiday and the unavailability of many people until after the New Year, we have been unable, to date, to engage proper counsel in San Diego. We are in the process of doing so.

When we do engage counsel, we will be requesting that this complaint be dismissed, and hereby request that no default be entered, as in our agreement with the complainant, Lindows.com, Inc., there is a mandatory arbitration clause for all disputes. Specifically, that section 16.3, states:

> Except that the parties shall be entitled to apply to the courts for mandatory or injunctive equitable relief, any controversy or claim arising out of or relating to this Agreement, or the breach thereof, will be settled by arbitration before three (3) arbitrators in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and judgment upon the reward rendered by the arbitrators may be entered in any court having jurisdiction thereof. Arbitrators shall be entitled to grant equitable relief as well as damages.

Therefore, unless the complainant voluntarily withdraws its complaint, we respectfully request that the court grant us thirty (30) days to retain counsel and for counsel to present to the court such papers as are required to assure that our right to arbitration of this dispute is honored. We have, today, requested that the complainant's counsel agree to honor the arbitration agreement or to grant us a thirty (30) days extension of time. We have not yet received a response.

We appreciate your time and consideration of this matter.

Sincerely,

Frederick H. Berenstein
Co-chairman

Cc: Michael S. Kagnoff

*The Leader in the Linux Desktop*