















```
AXR    1/14/03    12:59
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*7*
*RETSVCXC.*
```

1  MICHAEL S. KAGNOFF, State Bar No. 167613
   COLBERN C. STUART, III, State Bar No. 177897
2  BROBECK, PHLEGER & HARRISON LLP
   12390 El Camino Real
3  San Diego, CA 92130-2081
   Telephone: (858) 720-2500
4  Facsimile: (858) 720-2555

Attorneys for Plaintiff LINDOWS.COM, INC.

FILED
03 JAN 13 PM 4:18
DEPUTY

**ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual.<br><br>　　　　　Defendants. | Case No. 02 CV 2460 BTM(RBB)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT (LINUX GLOBAL PARTNERS, A DELAWARE CORPORATION)** |

7

SDILIB1\MH\
473367.01

02 CV 2460 BTM(RBB)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

LINDOWS.COM, INC., a Delaware corporation

vs

XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual

SUMMONS IN A CIVIL ACTION
Case No. 02 CV 2460 BTM (RBB)

COPY

TO: (Name and Address of Defendant)

*Linux Global Partners, a Delaware Corporation*

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

MICHAEL S. KAGNOFF SB 167613
COLBERN C. STUART SB 177897
BROBECK, PHLEGER & HARRISON LLP
12390 EL CAMINO REAL
SAN DIEGO CA 92130 (858) 720-2555

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
PATRICIA L. ALBERDA (SEAL)

DEC 13 2002
DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S