








```
AXR    1/14/03    13:03
3:02-CV-02460    LINDOWS.COM INC V. XANDROS INC
*9*
*RETSVCXC.*
```

MICHAEL S. KAGNOFF, State Bar No. 167613
COLBERN C. STUART, III, State Bar No. 177897
BROBECK, PHLEGER & HARRISON LLP
12390 El Camino Real
San Diego, CA 92130-2081
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

Attorneys for Plaintiff LINDOWS.COM, INC.

FILED
03 JAN 13 PM 4:19
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual.<br><br>　　　　　　Defendants. | Case No.  02 CV 2460 BTM(RBB)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT (WILLIAM ROSEMAN)** |

SDI\B\IH\
473367.01

02 CV 2460 BTM(RBB)

BROBECK PHLEGER & HARRISON LLP
12390 EL CAMINO REAL
SAN DIEGO, CA. 92130-2081
(858) 720-2500

Ref:

ATTORNEY FOR:

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE**

Plaintiff/Petitioner LINDOWS.COM

Case No: 02 CV 2460

Defendant/Respondent XANDROS, INC.

HRG. DATE:
TIME:
DEPT:

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
SUMMONS IN CIVIL ACTION; COMPLAINT FOR VIOLATION OF SECURITIES LAWS, FRAUD, BREACH OF CONTRACT, RESCISSION; EXHIBITS A,B AND C

2. a. Party served: WILLIAM ROSEMAN, MAYOR OF CARLSTADT, NJ

   b. Person served: JANE FONTANA, ADMINISTRATIVE ASSISTANT, PERSON IN CHARGE

   c. Address:      500 MADISON STREET
                    CARLSTADT, NJ 07072

3. I served the party named in item (2a):

   a. by personally serving the copies under CCP.415.10:

      (1) on: 01-06-03        at (2c): 1:20 PM

4. Person serving: PETTER BORRELLI

   Diversified Legal Services, Inc.
   P.O. Box 3969
   San Diego, CA 92163   Tel:(619)260-8224

   a. Fee: $ 87.50
   b. Registered California
      Process Server # N/A
      County of N/A

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: 01-08-03            Signature: _____

   Judicial council Form, Rule 982(a)   (23)

**PROOF OF SERVICE**