








```
AXR    1/24/03    10:51
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*10*
*REQ.*
```

MICHAEL S. KAGNOFF, State Bar No. 167613
COLBERN C. STUART, III, State Bar No. 177897
BROBECK, PHLEGER & HARRISON LLP
12390 El Camino Real
San Diego, CA 92130-2081
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

Attorneys for Plaintiff LINDOWS.COM, INC.

**ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual.<br><br>Defendants. | Case No. 02 CV 2460 BTM(RBB)<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS XANDROS, INC. AND LINUX GLOBAL PARTNERS, INC.** |

Plaintiff LINDOWS.COM, INC. ("Lindows.com") by and through its undersigned attorneys, hereby requests that the Clerk of the above-entitled court enter default in this matter against defendants XANDROS, INC. ("Xandros") and LINUX GLOBAL PARTNERS, INC. ("LGP") for failure to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Lindows.com served its Complaint for violation of the Securities Exchange Act of 1934, fraud, negligent misrepresentation, breach of contract, and rescission on defendant Xandros on December 23, 2002 and on defendant LGP on December 24, 2002, as evidenced by the Proofs of Service of Summons and Complaint on file with this Court and attached to the Declaration of Michael S. Kagnoff as Exhibits A and B, respectively.

1. Defendants Xandros and LGP were required to respond to the Complaint on January 13, 2003 (the first court day after the 20 day response deadline provided for under the Rules). As of this date, neither Xandros nor LGP have responded to the Complaint.

On January 9, 2003 Xandros acknowledged service of the Summons and Complaint, but requested, by an ex parte letter to the Court which was not properly served on the Plaintiff, a thirty-day extension of time to respond to Complaint. The Court denied this request on January 14, 2003. As detailed in the Declaration of Michael S. Kagnoff, Xandros, has exhibited a history and pattern of bad faith tactics and delay in past interactions with Plaintiff and Plaintiff's counsel regarding the subject of this Action. Because of this history and pattern of delay and evasion by Defendant Xandros, on January 10, 2003, Plaintiff Lindows.com declined Xandros' informal request for an extension of time to answer the Complaint. Plaintiff has nevertheless, waited until January 17, 2003 to file this request despite Defendant Xandros' past history of delay and the financial burdens on Lindows.com which are propagated by additional delay.

Defendant LGP has not communicated with Plaintiff or, to the best of Plaintiff's knowledge, communicated with the Court requesting additional time to respond.

The above-stated facts are set forth in the accompanying Declaration of Michael S. Kagnoff, filed herewith.

Plaintiff Lindows.com therefore respectfully requests that the Court enter the default of Defendant Xandros, Inc. and Linux Global Partners, Inc.

DATED: January 17, 2003

BROBECK, PHLEGER & HARRISON LLP

By /s/ Michael S. Kagnoff
Michael S. Kagnoff
Attorneys for Plaintiff
LINDOWS.COM, INC.

2

02 CV 2460 BTM(RBB)
REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS XANDROS, INC. AND LINUX GLOBAL PARTNERS, INC.

SDILIB1\JC08\
473754.01

| | |
|---|---|
| 1 | MICHAEL S. KAGNOFF, State Bar No. 167613 |
| 2 | COLBERN C. STUART, III, State Bar No. 177897<br>BROBECK, PHLEGER & HARRISON LLP |
| 3 | 12390 El Camino Real<br>San Diego, CA 92130-2081 |
| 4 | Telephone: (858) 720-2500<br>Facsimile: (858) 720-2555 |

Attorneys for Plaintiff LINDOWS.COM, INC.

**ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINDOWS.COM, INC., a Delaware corporation, | ) | **Case No. 02 CV 2460 BTM(RBB)** |
| | ) | |
| Plaintiff, | ) | **PROOF OF SERVICE** |
| v. | ) | |
| XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual. | ) | |
| Defendants. | ) | |

# PROOF OF SERVICE

I, Isabel Hoke, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of , California. I am over the age of 18 years and not a party to the within action. My business address is Brobeck, Phleger & Harrison LLP, 12390 El Camino Real, San Diego, California 92130-2081.

On January 17, 2003, I served a copy(ies) of the following document(s): **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS XANDROS, INC. AND LINUX GLOBAL PARTNERS, INC.; (2) DECLARATION OF MICHAEL S. KAGNOFF IN SUPPORT OF PLAINTIFF LINDOWS.COM'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS XANDROS, INC. AND LINUX GLOBAL PARTNERS, INC.; (3) DEFAULT BY CLERK** on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| Party(ies) Served | Method of Service |
|---|---|
| Linux Global Partners<br>2711 Centerville Road<br>Wilmington DE 19808 | Mail |
| Xandros, Inc.<br>2711 Centerville Road, #400<br>Wilmington DE 19808 | Mail |
| Xandros, Inc.<br>41-51 East 11th Street<br>New York NY 10003 | Mail |
| Xandros, Inc.<br>c/o Michael Bego<br>18 West Meath Crescent<br>Ottawa, Ontario<br>K2K 3B1<br>Canada | Mail |
| William Roseman<br>500 Madison Street<br>Carlstadt NJ 07072 | Mail |

1.

| | | |
|---|---|---|
| 1 | Michael Bego | Mail |
| 2 | Xandros, Inc. | |
|   | 41 East 11th Street, 11th Floor | |
| 3 | New York NY 10003 | |

4  ☒  (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Brobeck, Phleger & Harrison LLP, San Diego, California. I am readily familiar with Brobeck, Phleger & Harrison LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

9  ☐  (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Brobeck, Phleger & Harrison LLP, San Diego, California. I am readily familiar with Brobeck, Phleger & Harrison LLP's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

15  ☐  (BY PERSONAL SERVICE) I caused the envelope(s) to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

18  ☐  (BY FACSIMILE) I caused to be transmitted by facsimile machine (number of sending facsimile machine is [TRANSMITTING FAX MACHINE NUMBER]) at the time stated on the attached transmission report(s) by sending the document(s) to:

[NAME OF FAX RECIPIENT], at fax machine number [RECEIVING FAX MACHINE NUMBER].

The facsimile transmission(s) was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made, and that this declaration was executed on January 17, 2003, at San Diego, California

_Isabel Hoke_ (signature)

Isabel Hoke

2.

02 CV 2460 BTM(RBB)