Case 3:02-cv-02460-BEN-RBB   Document 11   Filed 01/17/03   PageID.91   Page 1 of 2

USDC SCAN INDEX SHEET










AXR    1/24/03    10:52
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*11*
*DFLT.*

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

JAN 24 2003

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| Lindows, Com.<br><br>                                   Plaintiff,<br><br>vs<br><br>Xandros Inc, Linux Global Partners, Inc.<br><br>                                   Defendant, | Civil No.    02cv2460BTM(RBB)<br>**DEFAULT** |

It appears from the records in the above entitled action that Summons issued on the amended Complaint filed on 01/09/03 has been regularly served upon each of the Defendants hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, on request of counsel for Plaintiff, the DEFAULT of each of the following Defendants is hereby entered.

Xandros, Inc and Linux Global Partners, Inc.

**Entered On:**    January 24, 2003          W. SAMUEL HAMRICK, JR., CLERK

                                      By: _____

                                             Aracely Campbell, Deputy

11