USDC SCAN INDEX SHEET
Case 3:02-cv-02460-BEN-RBB   Document 12   Filed 01/17/03   PageID.93   Page 1 of 11










```
AXR     1/24/03    11:01
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*12*
*DECL.*
```

MICHAEL S. KAGNOFF, State Bar No. 167613
COLBERN C. STUART, III, State Bar No. 177897
BROBECK, PHLEGER & HARRISON LLP
12390 El Camino Real
San Diego, CA 92130-2081
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

Attorneys for Plaintiff LINDOWS.COM, INC.

FILED
JAN 17 2003
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual.<br><br>Defendants. | Case No. 02 CV 2460 BTM(RBB)<br><br>DECLARATION OF MICHAEL S. KAGNOFF IN SUPPORT OF PLAINTIFF LINDOWS.COM'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS XANDROS, INC. AND LINUX GLOBAL PARTNERS, INC. |

I, Michael S. Kagnoff, declare and state as follows:

1.  I am an attorney licensed to practice in the State of California and before the United States District Court for the Southern District of California. I am an attorney of record for LINDOWS.COM, INC. ("Lindows.com"), Plaintiff in this action, and a Partner of the law firm of Brobeck, Phleger & Harrison LLP of San Diego, California. I have personal knowledge of all facts contained herein and, if called to testify, could and would competently testify thereto.

2.  Lindows.com served its Complaint for violation of the Securities Exchange Act of 1934, fraud, negligent misrepresentation, breach of contract, and rescission on defendant XANDROS, INC. ("Xandros") on December 23, 2002. Attached hereto as

1. Exhibit "A" is a true and correct copy of the Proof of Service of the Summons and Complaint served on XANDROS.

3. Lindows.com served its Complaint for violation of the Securities Exchange Act of 1934, fraud, negligent misrepresentation, breach of contract, and rescission on defendant LINUX GLOBAL PARTNERS, INC. ("LPG") on December 24, 2002. Attached hereto as Exhibit "B" is a true and correct copy of the Proof of Service of the Summons and Complaint served on LPG.

4. Defendants Xandros and LGP were required to respond to the Complaint on January 13, 2003 (the first business day after the 20 day response deadline provided for under the Rules). As of this date, neither Xandros nor LGP have responded to the Complaint.

5. By letter dated January 9, 2003, Xandros Co-Chairman Frederick Berenstein acknowledged service of the Summons and Complaint, but requested, via an ex parte communication in violation of Local Rule 83.9 which was not properly served on the Plaintiff, a thirty-day extension of time to respond to Complaint. The Court denied this request on January 14, 2003.

6. By letter dated January 9, 2002, Xandros' Co-Chairman Berenstein also requested that Lindows.com agree to stipulate to an additional 30-day extension of time to respond to the Complaint. After conferring with my client regarding Xandros' request, Lindows.com advised me that Xandros had acted in bad faith on several past occasions in requesting extensions of time or other courtesies only to use the courtesies granted to cause additional harm to Lindows.com or to propagate further delay.

7. I have also personally witnessed Xandros' bad faith/delay tactics on several occasions relating to the Convertible Securities which are the subject of this lawsuit. One example of such tactics was Xandros' misrepresentation to this Court in its January 9 ex parte letter, in which Xandros represented that it had served my office with a copy of it's ex parte letter via facsimile. This representation was untrue as this office did not receive a facsimile on January 9, and did not receive a copy of Xandros' ex parte letter until January

10, the day *after* defendant's ex parte request to the Court.

8. Xandros also misrepresented to the Court in its January 9 letter that it was served with the Summons and Complaint "on Christmas Eve" in an apparent attempt to gain sympathy from the Court and cast Lindows.com as serving papers before a holiday to gain tactical advantage. In fact, Xandros was served on December 23, 2002 (as indicated in the Proof of Service attached hereto as Exhibit "A") and, moreover, was warned by Lindows.com on *two separate occasions* prior to the filing of this lawsuit, by letters dated November 20 and December 6, 2002, that Lindows.com would be forced to take legal action if Xandros failed to honor its obligations under the Convertible Promissory Notes which are the subject of several causes of action in the Complaint.

7. Because of this history and pattern of delay and evasion by Defendant Xandros, Plaintiff Lindows.com instructed me to deny Xandros informal request for an extension of time to answer the Complaint. Because it was apparent to me from this and other information that Xandros' request was yet another bad faith attempt to delay resolution of this matter, and because any further delay in this matter causes significant hardship to my client, which has been defrauded of over $750,000 by defendants, I notified Xandros that Lindows reasonably declined its request to extend Xandros' time to respond to the Complaint by letter dated January 10, 2003. Lindows has nonetheless waited an additional four days, until today, January 17, 2003, to file this Request, to allow Xandros reasonable time respond. As of this date, to the best of my knowledge, Xandros has yet to respond to the Complaint.

8. Defendant LGP has not communicated with this office or, to the best of my knowledge, communicated with the Court requesting additional time to respond, but has yet to respond to the Complaint.

///

///

///

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.

3

4  Executed this ___17___ day of January, 2003 at San Diego, California.

5

6  *[signature]*
   Michael S. Kagnoff

EXHIBIT A

| | |
|---|---|
| 1 | MICHAEL S. KAGNOFF, State Bar No. 167613 |
| | COLBERN C. STUART, III, State Bar No. 177897 |
| 2 | BROBECK, PHLEGER & HARRISON LLP |
| | 12390 El Camino Real |
| 3 | San Diego, CA 92130-2081 |
| | Telephone: (858) 720-2500 |
| 4 | Facsimile: (858) 720-2555 |

FILED
03 JAN 13 PM 4:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Attorneys for Plaintiff LINDOWS.COM, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

COPY

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation, | Case No. 02 CV 2460 BTM(RBB) |
| Plaintiff, | PROOF OF SERVICE OF SUMMONS AND COMPLAINT (XANDROS, INC., A DELAWARE CORPORATION) |
| v. | |
| XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual. | |
| Defendants. | |

SDILIB1\IH\
473367.01

02 CV 2460 BTM(RBB)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE *DECEMBER 23,0 2002 2:55pm* |
| NAME OF SERVER *NORRIS A. BRITT* | TITLE *REGISTERED PROCESS SERVER* |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: *2711 CENTERVILLE ROAD #400 WILMINGTON, D.E. 19808 (AGENT FOR SERVICE)*

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL *125⁰⁰* |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: *12/26/02*
Date

Signature of Server: *Norris A. Britt*

Address of Server: *125 NEW GRANVILLE WILMINGTON, D.E. 19806*

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON THE CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

EXHIBIT B

1  MICHAEL S. KAGNOFF, State Bar No. 167613
   COLBERN C. STUART, III, State Bar No. 177897
2  BROBECK, PHLEGER & HARRISON LLP
   12390 El Camino Real
3  San Diego, CA 92130-2081
   Telephone: (858) 720-2500
4  Facsimile: (858) 720-2555

FILED
03 JAN 13 PM 4:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

Attorneys for Plaintiff LINDOWS.COM, INC.

COPY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual.<br><br>              Defendants. | Case No. 02 CV 2460 BTM(RBB)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT (LINUX GLOBAL PARTNERS, A DELAWARE CORPORATION)** |

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE _DECEMBER 24 2002 2:45 PM_ |
| NAME OF SERVER _DEBRA L. DUNN_ | TITLE _REGISTERED PROCESS SERVER_ |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: _2711 CENTERVILLE ROAD WILMINGTON, D.E. 19808 (AGENT FOR SERVICE)_

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL _125.00_ |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _12/26/02_     Signature of Server

_125 NEW GRANVILLE WILMINGTON DE. 19808_
Address of Server

COPY

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON THE CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, '   '11:34am)