








```
AXR    1/28/03    8:28
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*15*
*PRFSVC.*
```

MICHAEL S. KAGNOFF, State Bar No. 167613
COLBERN C. STUART, III, State Bar No. 177897
BROBECK, PHLEGER & HARRISON LLP
12390 El Camino Real
San Diego, CA 92130-2081
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

Attorneys for Plaintiff LINDOWS.COM, INC.

FILED
03 JAN 27 PM 5: 43
DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual.<br><br>Defendants. | Case No. 02 CV 2460 BTM(RBB)<br><br>**PROOF OF SERVICE** |

15

SDILIB1\IH\
475192.01

02 CV 2460 BTM(RBB

# PROOF OF SERVICE

I, _MARK FINK_, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of , California. I am over the age of 18 years and not a party to the within action. My business address is 1302 Kettner Boulevard, San Diego, California 92101 (619) 685-1122.

On January 27, 2003, I served a copy(ies) of the following document(s):

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| Attorney | Party(ies) Served | Method of Service |
|---|---|---|
| LaBella & McNamara<br>Thomas W. McNamarra (BN127280)<br>Andrew W. Robertson (BN062541)<br>401 West "A" Street<br>Suite 2300<br>San Diego CA 92101<br>619.696.9200 | Defendants Xandros, Inc.,<br>Linux Global Partners,<br>Inc., Michael Bego and<br>William Jay Roseman | Personal |

☐ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Brobeck, Phleger & Harrison LLP, San Diego, California. I am readily familiar with Brobeck, Phleger & Harrison LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☐ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Brobeck, Phleger & Harrison LLP, San Diego, California. I am readily familiar with Brobeck, Phleger & Harrison LLP's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

☒ (BY PERSONAL SERVICE) I caused the envelope(s) to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered

1.

on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

☐ (BY FACSIMILE) I caused to be transmitted by facsimile machine (number of sending facsimile machine is [TRANSMITTING FAX MACHINE NUMBER]) at the time stated on the attached transmission report(s) by sending the document(s) to:

The facsimile transmission(s) was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made, and that this declaration was executed on January 27, 2003, at San Diego, California.

_____

2.