USDC SCAN INDEX SHEET










```
AXR    1/28/03    11:48
3:02-CV-02460    LINDOWS.COM INC V. XANDROS INC
*17*
*OBJ.*
```

```
1  LA BELLA & McNAMARA LLP
   THOMAS W. McNAMARA (SBN 127280)
2  ANDREW W. ROBERTSON (SBN 062541)
   401 West "A" Street, Suite 2300
3  San Diego, California  92101
   (619) 696-9200
4
   Attorneys for Defendants XANDROS, INC.; LINUX GLOBAL
5        PARTNERS, INC.; MICHAEL BEGO; WILLIAM JAY
         ROSEMAN
```

FILED  
03 JAN 24 PM 4:03  
CLERK, U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA  
DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation, | Case No.: 02 CV 2460 BTM (RBB) |
| Plaintiff, | |
| v. | **OBJECTION OF DEFENDANTS XANDROS, INC. AND LINUX GLOBAL PARTNERS, INC TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |
| XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual, | |
| Defendants. | |

Plaintiff has served on defendants Xandros, Inc. and Linux Global Partners Inc. a Request for Entry of Default dated January 17, 2003. Counsel for defendants has been unable to confirm if that request for default has yet been filed.

Defendants object to and oppose such a request as inappropriate and without merit on the same grounds set forth in defendants Ex Parte Application for Extension of Time to Respond to Complaint, filed contemporaneously with this objection.

Plaintiff's Complaint was filed December 13, 2002, naming four defendants. The two corporate defendants were served in the midst of the Christmas season on

/ / /  
/ / /

1

OBJECTION TO REQUEST FOR  
ENTRY OF DEFAULT  
02 CV 2460 BTM (RBB)

1 | December 23 and 24, 2002. The two individuals were served January 6, 2003.  On
2 | January 9, 2003, Plaintiff filed a First Amended Complaint.  Plaintiff's apparent effort
3 | to now default the two corporate defendants as to the <u>initial</u> Complaint is transparent
4 | gamesmanship with no basis in law or fact.

La BELLA & McNAMARA LLP

ANDREW W. ROBERTSON
Attorneys for Defendants XANDROS, INC.; LINUX GLOBALPARTNERS, INC.; MICHAEL BEGO; WILLIAM JAY ROSEMAN

---

2     OBJECTION TO REQUEST FOR ENTRY OF DEFAULT
02 CV 2460 BTM (RBB)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation, | Case No.: 02 CV 2460 BTM (RBB) |
| Plaintiff, | |
| v. | **DECLARATION OF SERVICE** |
| XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual, | Person served: Counsel for Plaintiff |
| | Date served: January 24, 2003 |
| Defendants. | |

I, the undersigned, declare under penalty of perjury that I am over eighteen years of age and not a party to this action; that I served the above-named person the following documents: **Ex Parte Application of Defendants for Extension of Time to Respond to Complaint; Declaration of Andrew W. Robertson; Objection of Defendants Xandros, Inc. and Linux Global Partners, Inc. to Plaintiff's Request for Entry of Default; [Proposed] Order** in the following manner (check one):

1) \_\_\_\_By personally delivering copies to the person served.

2) ✓ By causing copies to be delivered, during usual office hours, to the office of the person served at the address listed below and left with the person who apparently was in charge.

> Michael S. Kagnoff, Esq.
> Brobeck Phleger & Harrison
> 12390 El Camino Real
> San Diego, CA 92130
> (858) 720-2500

3) \_\_\_\_By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) \_\_\_\_By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California on January 24, 2003, 2003.

Executed on January 24, 2003, at San Diego, California.

*/s/ Annie S. Parrish*
Annie S. Parrish

1