








```
AXR    2/20/03    8:52
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*19*
*M.*
```

| | |
|---|---|
| 1 | LA BELLA & McNAMARA LLP |
| | THOMAS W. McNAMARA (SBN 127280) |
| 2 | ANDREW W. ROBERTSON (SBN 062541) |
| | 401 West "A" Street, Suite 2300 |
| 3 | San Diego, California 92101 |
| | (619) 696-9200 |
| 4 | |
| | Attorneys for Defendants XANDROS, INC.; LINUX GLOBAL |
| 5 | PARTNERS, INC.; MICHAEL BEGO; WILLIAM JAY |
| | ROSEMAN |

FILED

03 FEB 19 PM 4:00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation, | Case No.: 02 CV 2460 BTM (RBB) |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY ACTION** |
| v. | |
| XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual, | **[No Oral Argument Unless Requested by the Court]** |
| Defendants. | Date: April 18, 2003<br>Time: 11:00 a.m.<br>Courtroom: 15 |

TO PLAINTIFF LINDOWS.COM AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that April 18, 2003 at 11:00 a.m. in Courtroom 15 of the United States District Court, Southern District of California, located at 880 Front Street, San Diego, California 92101, Defendants XANDROS, INC.; LINUX GLOBAL PARTNERS, INC.; MICHAEL BEGO; and WILLIAM JAY ROSEMAN ("Defendants") will move this court for an order compelling Plaintiff Lindows.com ("Plaintiff") to submit its claims to binding arbitration. Defendants further request that this action be dismissed, or in the alternative, stayed pending such arbitration.

1  This motion is made upon the grounds that Plaintiff is a party to an agreement
2  which contains a dispute resolution provision which provides that the claims raised in
3  Plaintiff's Complaint be resolved through arbitration.
4  This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(1) and
5  the Federal Arbitration act, 9 U.S.C. §§ 1, et seq., and will be based on this Notice of
6  Motion and Motion, the Memorandum of Points and Authorities, and the Declaration
7  of Michael Bego submitted herewith, the papers, records and documents on file in
8  this matter and such oral and documentary evidence as may be presented at the
9  hearing on this motion.

11  DATED: February 19, 2003

La BELLA & McNAMARA, LLP
THOMAS W. MCNAMARA
ANDREW W. ROBERTSON

By _____
Andrew W. Robertson
Attorneys for Defendants XANDROS, INC.; LINUX GLOBAL PARTNERS, INC.; MICHAEL BEGO; WILLIAM JAY ROSEMAN

|  |  |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **SOUTHERN DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation, | Case No.: 02 CV 2460 BTM (RBB) |
| Plaintiff, | **DECLARATION OF SERVICE** |
| v. | |
| XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual, | Person served: Counsel for Plaintiff |
| | Date served: February 19, 2003 |
| Defendants. | |

I, the undersigned, declare under penalty of perjury that I am over eighteen years of age and not a party to this action; that I served the above-named person the following documents: **Notice of Motion and Motion to Compel Arbitration and Dismiss or Stay Action; Memorandum of Points and Authorities in Support of Motion to Compel Arbitration and Dismiss or Stay Action; Declaration of Michael Bego; [Proposed] Order** in the following manner (check one):

1) \_\_\_\_ By personally delivering copies to the person served.

2) \_\_\_\_ By causing copies to be delivered, during usual office hours, to the office of the person served at the address listed below and left with the person who apparently was in charge.

3) \_\_\_\_ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) ✓ By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California on January 24, 2003, 2003.

Michael S. Kagnoff, Esq.
Brobeck Phleger & Harrison
12390 El Camino Real
San Diego, CA 92130
(858) 720-2500

Executed on February 19, 2003, at San Diego, California.

_____
Annie S. Parrish

1