USDC SCAN INDEX SHEET

















```
MAM    3/7/03    10:31
3:02-CV-02460    LINDOWS.COM INC V. XANDROS INC
*22*
*STIPO.*
```

```
LA BELLA & MCNAMARA LLP
THOMAS W. MCNAMARA (SBN 127280)
ANDREW W. ROBERTSON (SBN 062541)
401 West "A" Street, Suite 2300
San Diego, California 92101
(619) 696-9200
```

FILED

03 MAR -6 PM 12: 11

CLERK US DISTRICT COURT
SOUTHERN DIST OF CALIFORNIA

BY: M. Marner
   DEPUTY

Attorneys for Defendants XANDROS, INC.; LINUX GLOBAL PARTNERS, INC.; MICHAEL BEGO; WILLIAM JAY ROSEMAN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual,<br><br>Defendants. | Case No.: 02 CV 2460 BTM (RBB)<br><br>STIPULATION AND [PROPOSED] BTM ORDER SEALING EXHIBIT A TO DEFENDANTS' MOTION TO COMPEL ARBITRATION<br><br>Courtroom: 15 |

1. WHEREAS Defendants Xandros, Inc., Linux Global Partners, Inc.; Michael Bego, and William Jay Roseman ("Defendants") filed a Motion to Compel Arbitration and Stay Action on February 19, 2003;

2. WHEREAS attached as Exhibit A to the Declaration of Michael Bego filed in support of that Motion is a copy of the Strategic Alliance Agreement between Plaintiff and Defendants dated November 20, 2001;

4. WHEREAS Plaintiff and Defendants agree that the Strategic Alliance Agreement contains confidential and sensitive competitive information and that the filing of that Exhibit should be under seal;

**IT IS HEREBY STIPULATED** that:

1

| | |
|---|---|
| 1 | The Strategic Alliance Agreement which is Exhibit A to the Declaration |
| 2 | of Michael Bego filed February 19, 2030 in connection with Defendants' Motion |
| 3 | to Compel Arbitration shall be deemed filed under seal. The Clerk of the Court |
| 4 | shall take such steps as are necessary to remove that Exhibit from public |
| 5 | access without prior Court approval. |

DATED: February 28 2003

LA BELLA & McNAMARA, LLP

By _____
Andrew W. Robertson
Attorneys for Defendants
Xandros, Inc.; Linux Global Partners, Inc.;
Michael Bego; and William Jay Roseman

DATED: February 27, 2003

PAUL HASTINGS JANOFSKY & WALKER

By _____
Colbern Stuart
Attorneys for Plaintiff
Lindows.Com, Inc.

**ORDER**

IT IS SO ORDERED.

Date: 3-5-03

_____
Judge, United States District Court

2     STIPULATIONA AND ORDER SEALING EXHIBIT A
02 CV 2460 BTM (RBB)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual,<br><br>Defendants. | Case No.: 02 CV 2460 BTM (RBB)<br><br>**DECLARATION OF SERVICE**<br><br>Person served: Counsel for Plaintiff<br><br>Date served: March 4, 2003 |

I, the undersigned, declare under penalty of perjury that I am over eighteen years of age and not a party to this action; that I served the above-named person the following documents: **Notice of Motion and Motion to Compel Arbitration and Dismiss or Stay Action; Memorandum of Points and Authorities in Support of Motion to Compel Arbitration and Dismiss or Stay Action; Declaration of Michael Bego; [Proposed] Order** in the following manner (check one):

1) \_\_\_\_ By personally delivering copies to the person served.

2) \_\_\_\_ By causing copies to be delivered, during usual office hours, to the office of the person served at the address listed below and left with the person who apparently was in charge.

3) \_\_\_\_ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) ✓ By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California on January 24, 2003, 2003.

Colburn Stuart, Esq.
Paul Hastings Janofsky & Walker
12390 El Camino Real
San Diego, CA  92130
(858) 720-2500

Executed on March 4, 2003, at San Diego, California.

*Annie S. Parrish*
Annie S. Parrish

1