








```
MAM    4/7/03    14:53
3:02-CV-02460    LINDOWS.COM INC V. XANDROS INC
*24*
*DECL.*
```

COLBERN C. STUART, III (SBN 177897)
JAMES P. CONLEY (SBN 216639)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

Attorneys for Plaintiff
LINDOWS.COM, INC.

FILED
APR - 4 2003
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ORIGINAL

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual,<br><br>Defendants. | CASE NO. 02 CV 2460 BTM (RBB)<br><br>**DECLARATION OF COLBERN C. STUART IN SUPPORT OF PLAINTIFF LINDOWS.COM, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Hearing Date: April 18, 2003<br>Time: 11:00 a.m.<br>Judge: Hon. Barry Ted Moskowtiz<br>Courtroom: 15<br><br>**ORAL ARGUMENT REQUESTED** |

I, Colbern C. Stuart, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and before the United States District Court for the Southern District of California. I am the attorney of record for LINDOWS.COM, INC., plaintiff in this action, and an with the the law firm of Paul, Hastings, Janofsky & Walker LLP of San Diego California. I have primary responsibility in my office for the handling and supervision of this matter. I have personal knowledge of all facts contained herein and, if called to testify, could and would competently testify thereto.

1  2. Attached hereto as Exhibit "A" is a true and correct copy of the Declaration of Michael S. Kagnoff in Support of Plaintiff Lindows.com's Request for Entry of Default Against Defendants Xandros, Inc. and Linux Global Partners, Inc.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 4th day of April, 2003 at San Diego, California.

_____
Colbern C. Stuart

**EXHIBIT A**

MICHAEL S. KAGNOFF, State Bar No. 167613
COLBERN C. STUART, III, State Bar No. 177897
BROBECK, PHLEGER & HARRISON LLP
12390 El Camino Real
San Diego, CA 92130-2081
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

Attorneys for Plaintiff LINDOWS.COM, INC.

FILED
JAN 1 7 2003
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

COPY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual.<br><br>Defendants. | Case No. 02 CV 2460 BTM(RBB)<br><br>DECLARATION OF MICHAEL S. KAGNOFF IN SUPPORT OF PLAINTIFF LINDOWS.COM'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS XANDROS, INC. AND LINUX GLOBAL PARTNERS, INC. |

I, Michael S. Kagnoff, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and before the United States District Court for the Southern District of California. I am an attorney of record for LINDOWS.COM, INC. ("Lindows.com"), Plaintiff in this action, and a Partner of the law firm of Brobeck, Phleger & Harrison LLP of San Diego, California. I have personal knowledge of all facts contained herein and, if called to testify, could and would competently testify thereto.

2. Lindows.com served its Complaint for violation of the Securities Exchange Act of 1934, fraud, negligent misrepresentation, breach of contract, and rescission on defendant XANDROS, INC. ("Xandros") on December 23, 2002. Attached hereto as

EXH A PG 3

SDILIB1\JC08\
473756.01

02 CV 2460 BTM(RBB)
DECLARATION OF MICHAEL S. KAGNOFF IN SUPPORT OF LINDOWS.COM'S REQUEST FOR ENTRY OF DEFAULT

1  Exhibit "A" is a true and correct copy of the Proof of Service of the Summons and
2  Complaint served on XANDROS.

3    3.   Lindows.com served its Complaint for violation of the Securities Exchange
4  Act of 1934, fraud, negligent misrepresentation, breach of contract, and rescission on
5  defendant LINUX GLOBAL PARTNERS, INC. ("LPG") on December 24, 2002.
6  Attached hereto as Exhibit "B" is a true and correct copy of the Proof of Service of the
7  Summons and Complaint served on LPG.

8    4.   Defendants Xandros and LGP were required to respond to the Complaint on
9  January 13, 2003 (the first business day after the 20 day response deadline provided for
10 under the Rules). As of this date, neither Xandros nor LGP have responded to the
11 Complaint.

12   5.   By letter dated January 9, 2003, Xandros Co-Chairman Frederick Berenstein
13 acknowledged service of the Summons and Complaint, but requested, via an ex parte
14 communication in violation of Local Rule 83.9 which was not properly served on the
15 Plaintiff, a thirty-day extension of time to respond to Complaint. The Court denied this
16 request on January 14, 2003.

17   6.   By letter dated January 9, 2002, Xandros' Co-Chairman Berenstein also
18 requested that Lindows.com agree to stipulate to an additional 30-day extension of time to
19 respond to the Complaint. After conferring with my client regarding Xandros' request,
20 Lindows.com advised me that Xandros had acted in bad faith on several past occasions in
21 requesting extensions of time or other courtesies only to use the courtesies granted to cause
22 additional harm to Lindows.com or to propagate further delay.

23   7.   I have also personally witnessed Xandros' bad faith/delay tactics on several
24 occasions relating to the Convertible Securities which are the subject of this lawsuit. One
25 example of such tactics was Xandros' misrepresentation to this Court in its January 9 ex
26 parte letter, in which Xandros represented that it had served my office with a copy of it's ex
27 parte letter via facsimile. This representation was untrue as this office did not receive a
28 facsimile on January 9, and did not receive a copy of Xandros' ex parte letter until January

1  10, the day *after* defendant's ex parte request to the Court.

2      8.    Xandros also misrepresented to the Court in its January 9 letter that it was served with the Summons and Complaint "on Christmas Eve" in an apparent attempt to gain sympathy from the Court and cast Lindows.com as serving papers before a holiday to gain tactical advantage. In fact, Xandros was served on December 23, 2002 (as indicated in the Proof of Service attached hereto as Exhibit "A") and, moreover, was warned by Lindows.com on *two separate occasions* prior to the filing of this lawsuit, by letters dated November 20 and December 6, 2002, that Lindows.com would be forced to take legal action if Xandros failed to honor its obligations under the Convertible Promissory Notes which are the subject of several causes of action in the Complaint.

    7.    Because of this history and pattern of delay and evasion by Defendant Xandros, Plaintiff Lindows.com instructed me to deny Xandros informal request for an extension of time to answer the Complaint. Because it was apparent to me from this and other information that Xandros' request was yet another bad faith attempt to delay resolution of this matter, and because any further delay in this matter causes significant hardship to my client, which has been defrauded of over $750,000 by defendants, I notified Xandros that Lindows reasonably declined its request to extend Xandros' time to respond to the Complaint by letter dated January 10, 2003. Lindows has nonetheless waited an additional four days, until today, January 17, 2003, to file this Request, to allow Xandros reasonable time respond. As of this date, to the best of my knowledge, Xandros has yet to respond to the Complaint.

    8.    Defendant LGP has not communicated with this office or, to the best of my knowledge, communicated with the Court requesting additional time to respond, but has yet to respond to the Complaint.

///

///

///

3   Exh A Pg 5

02 CV 2460 BTM(RBB)

DECLARATION OF MICHAEL S. KAGNOFF, IN SUPPORT OF LINDOWS.COM'S REQUEST FOR ENTRY OF DEFAULT

SDILIB1\UC08\
473756.01

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.

4  Executed this __17__ day of January, 2003 at San Diego, California.

*[signature]*
Michael S. Kagnoff

Exh __A__ Pg __6__

4

```
 1 | MICHAEL S. KAGNOFF, State Bar No. 167613
   | COLBERN C. STUART, III, State Bar No. 177897
 2 | BROBECK, PHLEGER & HARRISON LLP
   | 12390 El Camino Real
 3 | San Diego, CA 92130-2081
   | Telephone: (858) 720-2500
 4 | Facsimile: (858) 720-2555
 5 |
   | Attorneys for Plaintiff LINDOWS.COM, INC.
 6 |
```

FILED
03 JAN 13 PM 4:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:               DEPUTY

COPY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual.<br><br>　　　　　　Defendants. | Case No. 02 CV 2460 BTM(RBB)<br><br>PROOF OF SERVICE OF SUMMONS AND COMPLAINT (XANDROS, INC., A DELAWARE CORPORATION) |

SDILJB1\LH\
473367.01

EXH _A_ PG _7_

02 CV 2460 BTM(RBB)