








```
MAM    4/10/03    12:34
3:02-CV-02460    LINDOWS.COM INC V. XANDROS INC
*25*
*PRFSVC.*
```

1 COLBERN C. STUART, III (SBN 177897)
JAMES P. CONLEY (SBN 216639)
2 PAUL, HASTINGS, JANOFSKY & WALKER LLP
12390 El Camino Real
3 San Diego, CA 92130
Telephone: (858) 720-2500
4 Facsimile: (858) 720-2555

5 Attorneys for Plaintiff
LINDOWS.COM, INC.

FILED
03 APR -9 PM 12: 16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

ORIGINAL

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual.,<br><br>Defendants. | CASE NO. 02 CV 2460 BTM (RBB)<br><br>**CERTIFICATE OF SERVICE** |

I, Karen K. Mann, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of, California. I am over the age of 18 years and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, 12390 El Camino Real, San Diego, California 92130-2081.

///
///
///

SA/162555.1

-1-

02 CV 2460 BTM(RBB)

On April 4 2003, I caused to be served a copy(ies) of the following document(s):

(1) PLAINTIFF LINDOWS.COM, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION; REQUEST FOR JURY TRIAL;
(2) PLAINTIFF LINDOWS.COM, INC.'S OBJECTIONS TO EVIDENCE SUBMITTED BY DEFENDANTS IN SUPPORT OF MOTION TO COMPEL ARBITRATION
(3) DECLARATION OF KEVIN CARMONY IN SUPPORT OF PLAINTIFF LINDOWS.COM, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION
(4) DECLARATION OF COLBERN C. STUART IN SUPPORT OF PLAINTIFF LINDOWS.COM, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION

on the parties to this action by facsimile and by placing them in a sealed envelope(s) addressed as follows:

| Attorney | Party(ies) Served | Method of Service |
|---|---|---|
| Thomas W. McNamara<br>Andrew W. Robertson<br>**La Bella & McNamara LLP**<br>401 West "A" Street, Suite 2300<br>San Diego, CA 92101<br>Telephone: (619) 696-9200<br>Facsimile: (619) 696)9269 | XANDROS, INC. and LINUX GLOBAL PARTNERS, INC. | Via Facsimile |

(BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Paul, Hastings, Janofsky & Walker LLP, San Diego, California. I am readily familiar with Paul, Hastings, Janofsky & Walker LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

XX   (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(i), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

(BY PERSONAL SERVICE) I caused the envelope(s) to be delivered by hand to the addressee(s) noted above. I arranged for an authorized courier or driver to deliver to the above on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

1     I declare that I am employed in the office of a member of the bar of this court, at whose
2 direction this service was made, and that this declaration was executed on April 4, 2003, at San
3 Diego, California

*/s/ Karen K. Mann*
Karen K. Mann

```
*********************
***  TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO                    4764
CONNECTION TEL                        916196969269PPP
CONNECTION ID               La Bella & McNam
ST. TIME                    04/04 17:25
USAGE T                     11'10
PGS. SENT                   42
RESULT                      OK
```

**Paul Hastings**

Paul, Hastings, Janofsky & Walker LLP
12390 El Camino Real, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / www.paulhastings.com

**FACSIMILE TRANSMISSION**

| from: | facsimile: | telephone: | initials: |
|---|---|---|---|
| Colbern C. Stuart III | (858) 720-2555 | (858) 720-2820 | CS1 |

| client name: | | client matter number: | 45326.00004 |
|---|---|---|---|
| date: April 4, 2003 | | pages (with cover): | |

| to: | company/office: | facsimile: | telephone: |
|---|---|---|---|
| Andrew W. Robertson | LaBella & McNamara | 619 696 9269 | 619 696 9200 |

comments:

Please rush deliver to Mr. Robertson. Thank you.

```
                                                           PAUL HASTINGS
        JOB #147

        DATE  TIME       TO/FROM        MODE     MIN/SEC     PGS     STATUS
 001    4/04  17:15      619 696 9269   EC--S    03'25"      021     OK
```

of 42

*part 1*

## PaulHastings

Paul, Hastings, Janofsky & Walker LLP
12390 El Camino Real, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / www.paulhastings.com

### FACSIMILE TRANSMISSION

| from: | facsimile: | telephone: | initials: |
| --- | --- | --- | --- |
| Colbern C. Stuart III | (858) 720-2555 | (858) 720-2820 | CS1 |

| client name: | | client matter number: | 45326.00004 |
| --- | --- | --- | --- |
| date: April 4, 2003 | | pages (with cover): | |

| to: | company/office: | facsimile: | telephone: |
| --- | --- | --- | --- |
| Andrew W. Robertson | LaBella & McNamara | 619 696 9269 | 619 696 9200 |

comments:

Please rush deliver to Mr. Robertson. Thank you.

If you do not receive all pages, please call immediately Facsimile Center: (858) 720-2500

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

PAUL HASTINGS

JOB #148

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | STATUS |
|---|---|---|---|---|---|---|---|
| 001 | 4/04 | 17:19 | 619 696 9269 | EC---S | 03′ 26″ | 021 of 42 | OK |

## PaulHastings

**Paul, Hastings, Janofsky & Walker LLP**
12390 El Camino Real, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / www.paulhastings.com

### FACSIMILE TRANSMISSION

| from: | facsimile: | telephone: | initials: |
|---|---|---|---|
| Colbern C. Stuart III | (858) 720-2555 | (858) 720-2820 | CS1 |

| client name: | | client matter number: | 45326.00004 |
|---|---|---|---|
| date: April 4, 2003 | | pages (with cover): | |

| to: | company/office: | facsimile: | telephone: |
|---|---|---|---|
| Andrew W. Robertson | LaBella & McNamara | 619 696 9269 | 619 696 9200 |

**comments:**

Please rush deliver to Mr. Robertson. Thank you.

If you do not receive all pages, please call Immediately Facsimile Center: (858) 720-2500

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.