USDC SCAN INDEX SHEET










```
MAM    4/10/03    14:18
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*27*
*APPL.*
```

# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
12390 El Camino Real, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Diego
San Francisco
Stamford
Tokyo
Washington, D.C.

(858)720-2820
colestuart@paulhastings.com

April 8, 2003

VIA FACSIMILE

Honorable Barry Ted Moskowitz
United States District Court Judge
United States District Court
940 Front Street
Courtroom 15
San Diego CA 92101

FILED
APR 10 2003
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

45326 00004

Re:   *Lindows.com, Inc. v. Xandros, Inc., et al.*
      USDC Case No. 02 CV 2460 BTM(RBB)

**Notice Of Motion And Motion To Compel Arbitration And Dismiss Or Stay Action**
Date:       April 18, 2003
Time:       11:00 a.m.
Courtroom:  15

Your Honor:

On behalf of the Plaintiff in this action, Lindows.com, Inc., I write at the suggestion of the Court's law clerk, Mr. Chris Luck, to request that the Court permit oral argument at the April 18, 2003 hearing of Defendants' Motion to Compel Arbitration And Dismiss Or Stay Action. Plaintiff requests oral argument because of the complexity of the evidentiary and factual issues raised in the Defendants' motion and the import of the resolution of this motion to the Plaintiff.

The facts and analysis raised by Defendants' motion are substantially more complex than what is typically seen in motions to compel arbitration; Defendants' motion is based upon an analysis of five separate documents and a declaration. While it is not disputed that the two contracts in suit do *not* contain an arbitration clause, Defendants have asserted an arbitration clause from a contract *not* in suit—a separate software distribution contract between the Plaintiff and *one* Defendant (Xandros, Inc.). Further, Defendants offer evidence relating to two documents which are themselves objected to in Plaintiff's opposition papers. Defendants also offer a declaration from a witness whose sworn testimony has been impeached by the witness' own more recent inconsistent statements. While the Plaintiff maintains that the Court need not look beyond the two contracts in suit to determine the parties' intent, the complex factual analysis offered by Defendants

SAN/63407.1

27

**PaulHastings**

Honorable Barry Ted Moskowitz
United States District Court Judge
April 8, 2003
Page 2

and the issues of admissibility and credibility are appropriately addressed by counsel at oral argument before the Court.

In addition, the resolution of Defendants' motion is of significant import for the Plaintiff. The Plaintiff's executive officer who negotiated the two contracts in suit, Kevin Carmony, drew the contracts with the specific intent that these contracts would not be subject to arbitration and therefore strenuously opposes the Defendants' motion to compel arbitration. The language in the Promissory Notes at issue exists in several of the Plaintiff's contracts which are not in suit. Thus, the Court's potential resolution of the Defendants' motion has wider import for the Plaintiff's ability to preserve its right to a trial by jury in several of its business relationships. As Defendants' motion seeks to deprive the Plaintiff of a jury trial in this and, potentially, other disputes, the matter is of paramount import for my client.

Because of these issues Plaintiff respectfully requests that the Court permit the parties a brief opportunity to present oral arguments at the April 18 hearing. On April 4, 2003, I advised Andrew Robertson, counsel for Defendants that I would be requesting oral argument. Mr. Robertson indicated that he did not object to my making this request, but did not indicate that he concurred with my request.

Respectfully submitted,

Colbern C. Stuart III
for PAUL, HASTINGS, JANOFSKY & WALKER LLP
Counsel for Plaintiff, Lindows.com, Inc.

cc: Andrew W. Robertson, Esq.

SAN/034071

# PaulHastings

**Paul, Hastings, Janofsky & Walker LLP**
12390 El Camino Real, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / www.paulhastings.com

## FACSIMILE TRANSMISSION

| from: | facsimile: | telephone: | initials: |
|---|---|---|---|
| Cole Smart | (858) 720-2555 | (858) 720-2820 | CS1 |

| client name: Lindows.com | client matter number: 45326.00004 |
|---|---|
| date: April 9, 2003 | pages (with cover): 3 |

| to: | company/office: | facsimile: | telephone: |
|---|---|---|---|
| Honorable Barry Ted Moskowitz | United States District Court Judge | (619) 702-9966 | (619) 557-5583 |

comments:

If you do not receive all pages, please call immediately Facsimile Center: (858) 720-2903

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.