








```
MAM    4/10/03    14:20
3:02-CV-02460    LINDOWS.COM INC V. XANDROS INC
*28*
*O.*
```

FILED

03 APR 10 PM 1:09

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual, <br><br> Defendant. | CASE NO. 02CV2460 BTM (RBB) <br><br> ORDER GRANTING REQUEST FOR ORAL ARGUMENT AND CONTINUING HEARING |

On February 19, Defendants filed a motion to compel arbitration and dismiss the complaint, or in the alternative to stay the action. A hearing on the motion was set for April 18, 2003, without oral argument. On April 8, 2003, Plaintiff submitted a request for the Court to hear oral argument on the motion. The Court GRANTS Plaintiff's request for oral argument. However, due to the Court's schedule the hearing on the motion is hereby continued to May 5, 2003, at 4 p.m.

**IT IS SO ORDERED.**

Dated: April 9, 2003

HONORABLE BARRY TED MOSKOWITZ
United States District Judge

Copies to:
All Parties and Counsel of Record

1

02cv2460