USDC SCAN INDEX SHEET

















MAM 4/10/03 14:20

3:02-CV-02460 LINDOWS.COM INC V. XANDROS INC

*28*

*O.*

FILED
03 APR 10 PM 1:09
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

LINDOWS.COM, INC., a Delaware corporation,

Plaintiff,

vs.

XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual,

Defendant.

CASE NO. 02CV2460 BTM (RBB)

ORDER GRANTING REQUEST FOR ORAL ARGUMENT AND CONTINUING HEARING

On February 19, Defendants filed a motion to compel arbitration and dismiss the complaint, or in the alternative to stay the action. A hearing on the motion was set for April 18, 2003, without oral argument. On April 8, 2003, Plaintiff submitted a request for the Court to hear oral argument on the motion. The Court GRANTS Plaintiff's request for oral argument. However, due to the Court's schedule the hearing on the motion is hereby continued to May 5, 2003, at 4 p.m.

**IT IS SO ORDERED.**

Dated: April 9, 2003

[signature]
**HONORABLE BARRY TED MOSKOWITZ**
United States District Judge

Copies to:
All Parties and Counsel of Record