















```
MAM    4/14/03    8:25
3:02-CV-02460    LINDOWS.COM INC V. XANDROS INC
*29*
*ATTYSUBST.*
```

COLBERN C. STUART III
PAUL, HASTINGS, JANOFSKY & WALKER LLP
12390 EL CAMINO REAL
SAN DIEGO, CALIFORNIA 92130-2081
TELEPHONE: (858) 720-2500
FACSIMILE: (858) 720-2555

FILED
03 APR 11 PM 2:08
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
### Southern DISTRICT OF CALIFORNIA

LINDOWS.COM, INC., a Delaware corporation

v.

XANDROS, INC., a Delaware corporation;
LINUX GLOBAL PARTNERS, INC., a Delaware
corporation; MICHAEL BEGO, an individual; W
      Plaintiff(s)
      Defendant(s)

CASE NUMBER:
02-CV-2460 BTM (RBB)

ORIGINAL

**SUBSTITUTION OF ATTORNEY**

LINDOWS.COM, INC.
_Name of Party_

[X] Plaintiff  [ ] Defendant  [ ] Other _____

hereby substitutes Colbern C. Stuart III, PAUL, HASTINGS, JANOFSKY & WALKER LLP who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   12390 El Camino Real
_Street Address_

San Diego, CA 92130-2081        (858) 720-2500    (858) 720-2555    177897
_City, State, Zip Code_           _Telephone Number_   _Facsimile Number_   _State Bar Number_

as attorney of record in the place and stead of  Michael S. Kagnoff, BROBECK, PHLEGER & HARRISON LLP
_Present Attorney_

Dated: April 8, 2003

_Signature of Party_
KEVIN CARMONY

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: April 8, 2003

_Signature of Present Attorney_
MICHAEL S. KAGNOFF

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: April 8, 2003

_Signature of New Attorney_
COLBERN C. STUART III

Substitution of Attorney is hereby [X] Approved.  [ ] Denied.

Dated: 4-11-03

_United States District Judge / Magistrate Judge_

NOTICE TO COUNSEL: _If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov._

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                  G01