















```
MAM    5/7/03    15:10
3:02-CV-02460    LINDOWS.COM INC V. XANDROS INC
*31*
*MO.*
```

---

Minutes of the United States District Court
Southern District of California
May 5, 2003

HONORABLE BARRY TED MOSKOWITZ          DEPUTY CLERK:  S. AUGUST

---

02CV2460-BTM(RBB)     LINDOWS.COM, INC.     v.    XANDROS, INC.

MOTION HEARING


Dfts' Motion to Compel Arbitration [19-1]
            To Dismiss [19-2]
            To Stay [19-3]

---

ON COURT'S OWN MOTION, MOTION HRG RE DFT'S MOTION TO COMPEL ARBITRATION, DISMISS OR TO STAY[19] CONTINUED TO 5-7-03 @ 4PM