USDC SCAN INDEX SHEET










```
MAM    5/9/03    15:14
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*32*
*PRFSVC.*
```

| | |
|---|---|
| 1 | COLBERN C. STUART III (SBN 177897) |
| 2 | JAMES CONLEY (SBN 216639)<br>PAUL HASTINGS JANOFSKY & WALKER LLP |
| 3 | 12390 El Camino Real<br>San Diego, CA 92130 |
| 4 | Telephone: (858) 720-2500<br>Facsimile: (858) 720-2555 |
| 5 | Attorneys for Plaintiff<br>LINDOWS.COM, INC. |



**ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual,<br><br>          Defendants. | Case No. 02 CV 2460 BTM(RBB)<br><br>**PROOF OF SERVICE OF FIRST AMENDED COMPLAINT FOR VIOLATION OF THE SECURITIES EXCHANGE ACT OF 1934; FRAUD; NEGLIGENT MISREPRESENTATION; BREACH OF CONTRACT; RESCISSION** |



02 CV 2460 BTM(RBB)

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

I am employed in the City and County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is as follows: 12390 El Camino Real, San Diego CA 92130

On May 8, 2003, I served the foregoing document(s) described as: First Amended Complaint For Violation Of The Securities Exchange Act Of 1934; Fraud; Negligent Misrepresentation; Breach Of Contract; Rescission

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Andrew W. Robertson
LaBella & McNamara
401 West A Street, Suite 2300
San Diego CA 92101

☐ **VIA OVERNIGHT MAIL:**

VIA _____:By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on May 8, 2003 with postage thereon fully prepaid, at San Diego, California.

☐ **VIA PERSONAL DELIVERY:**

I personally delivered such sealed envelope(s) by hand to the addressee(s).

☐ **VIA FACSIMILE:**

The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to Facsimile # _____ on May 8, 2003 at _____. A copy of that report, which was properly issued by the transmitting machine, is attached hereto. **[Permitted by written agreement of the parties.]**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 8, 2003, at San Diego, California.

Liz Hoke
Type or Print Name          Signature

SAN/65249.1                                02 CV 2460 BTM(RBB)