















MAM    5/13/03    7:34

3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC

*33*

*MO.*

### Minutes of the United States District Court
### Southern District of California
### May 7, 2003

HONORABLE BARRY TED MOSKOWITZ          DEPUTY CLERK: S. AUGUST          COURT REPORTER: E. OEMICK

02CV2460-BTM(RBB)    LINDOWS.COM, INC.     v.    XANDROS, INC.

MOTION HEARING


Dfts' Motion to Compel Arbitration [19-1]
            To Dismiss [19-2]
            To Stay [19-3]

            JAMES R. CONLEY          ANDERSON W. ROBERTSON
            COLBERN C. STUART III


=================================================================================
Dfts' Motion to Compel Arbitration [19-1]
            To Dismiss [19-2]
            To Stay [19-3]
HEARING HELD AND MOTIONS TAKEN UNDER SUBMISSION, COURT TO ISSUE ORDER



