USDC SCAN INDEX SHEET

MAM 5/22/03 9:28

3:02-CV-02460 LINDOWS.COM INC V. XANDROS INC

*35*

*MO.*

Minutes of the United States District Court
Southern District of California
May 16, 2003

HONORABLE BARRY TED MOSKOWITZ          DEPUTY CLERK:  S. AUGUST          COURT REPORTER: L. PENCE

02CV2460-BTM(RBB)     LINDOWS.COM, INC.      v.     XANDROS, INC.

MOTION HEARING
    STIPULATION FOR PROTECTIVE ORDER

            COLBURN STUART                    ANDY ROBERTSON (Telephonic)

===============================================================================
EVID HRG RE STIPULATION FOR PROTECTIVE ORDER CONTINUED TO 7-14-03 @ 9AM

===============================================================================                    ***
                                                                                                   11:45
                                                                                                   A.M.
                                                                                                   ***

35