USDC SCAN INDEX SHEET










```
MAM    8/11/03    9:43
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*36*
*O.*
```

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

LINDOW.COM v. XANDROS                          Case No. 02cv2460 BTM(REB)

HON. RUBEN B. BROOKS       CT. DEPUTY VICKY LEE                    Rptr.

### Attorneys

| Plaintiffs | Defendants |
|---|---|
| Colbern Stuart | Andrew Robertson |

PROCEEDINGS:  ____ In Chambers   ____ In Court   ____ Telephonic

A pre-answer, attorneys-only discovery conference is set for August 14, 2003, at 8:30 a.m.

Letter briefs not to exceed five pages in total length shall be submitted directly or faxed to chambers in the following order: (1) Defendants shall submit their brief by noon on August 11, 2003; and (2) Plaintiff shall submit its brief by noon on August 13, 2003.

DATE: August 7, 2003         IT IS SO ORDERED: /s/ Ruben Brooks
                                               Ruben B. Brooks,
                                               U.S. Magistrate Judge

cc: Judge Moskowitz                            INITIALS: VL (mg/dl) Deputy
    All Parties of Record

36

K:\COMMON\BROOKS\CASES\LINDOWS\MINUTE01.WPD