








```
MAM    8/18/03    15:56
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*37*
*O.*
```

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

LINDOW.COM v. XANDROS                          Case No. 02cv2460 BTM(RBB)

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

Attorneys

| Plaintiffs | Defendants |
| --- | --- |
| Colbern Stuart (present) | Andrew Robertson (present) |

PROCEEDINGS:  _x_ In Chambers   ___ In Court   ___ Telephonic

A discovery conference was held.

The depositions of Defendant Michael Bego, Defendant William Roseman, and Mr. Carmony shall be limited to two hours each. The depositions of Mr. Berenstein and the 30(b)(6) depositions for Defendants Xandros and LGP are limited to one hour each. The depositions should proceed telephonically unless the parties agree to another procedure. The subject matter of the deposition is not limited to arbitrability of this dispute.

Plaintiff may obtain responses to ten requests for documents directed to a particular party. The requests are limited to the time period from August 1, 2001, through December 31, 2001. The subject matter of the requests is limited to the Strategic Alliance Agreement, promissory notes, side agreements and similar items.

DATE: August 14, 2003            IT IS SO ORDERED: /s/ Ruben Brooks
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc: Judge Moskowitz                                INITIALS: VL (mg/dl) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\LINDOWS\MINUTE02.wpd