USDC SCAN INDEX SHEET










MAM    9/2/03    14:08
3:02-CV-02460    LINDOWS.COM INC V. XANDROS INC
*38*
*NTCHRG.*

FILED

2003 SEPT 2 AM 10: 17

CLERK, US. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC.<br><br>                    Plaintiff,<br>vs.<br><br>XANDROS, INC.<br>                    Defendant. | CASE NO. 02CV2460 -BTM(RBB)<br><br>NOTICE **VACATING AND RESETTING HEARING DATE** OF CALENDARED MATTER |

On Court's own motion, the hearing set for 7-14-03 at 9:00 a.m. for Motion Hearing (Evidentiary Hearing) is **vacated and reset** to **9-12-03 at 1:00 p.m.** before Judge Barry Ted Moskowitz.

Defense counsel with clients on bond will file an acknowledgment of next court date, signed by the defendant.

Judge Barry Ted Moskowitz
United States District Judge

By: S. August
Courtroom Deputy
619-557-5492

