















```
MAM    9/16/03    13:55
3:02-CV-02460    LINDOWS.COM INC V. XANDROS INC
*39*
*MO.*
```

Minutes of the United States District Court
Southern District of California
September 12, 2003

HONORABLE BARRY TED MOSKOWITZ            DEPUTY CLERK:  S. AUGUST           COURT REPORTER: L. PENCE

02CV2460-BTM(RBB)    LINDOWS.COM, INC.     v.    XANDROS, INC.

STATUS HRG/
EVIDENTIARY HRG

            COLBERN STUART, III        ANDREW W. ROBERTSON

====================================================================
PARTIES STIPULATE TO WITHDRAW MOTIONS[19-1,19-2, 19-3]
STATUS HRG SET 11-18-03 @ 11:45AM