















```
JRL    9/17/03    10:34
3:02-CV-02460    LINDOWS.COM INC V. XANDROS INC
*40*
*O.*
```

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

LINDOW.COM v. XANDROS                         Case No. 02cv2460 BTM(RBB)

HON. RUBEN B. BROOKS       CT. DEPUTY VICKY LEE              Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Colbern Stuart | Andrew Robertson |

PROCEEDINGS:  ___ In Chambers   ___ In Court   ___ Telephonic

A settlement conference is set for October 30, 2003, at 2:00 p.m.

**All parties and counsel shall be present at the conference. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and claims adjuster, if appropriate.**

DATE: September 12, 2003       IT IS SO ORDERED: _/s/ Ruben Brooks_
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc: Judge Moskowitz                        INITIALS: VL (mg/dl) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\LINDOWS\MINUTE03.wpd