








```
MAM    9/19/03    13:42
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*41*
*STIPO.*
```

COLBERN C. STUART, III (SBN 177897)
JAMES P. CONLEY (SBN 216639)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

Attorneys for Plaintiff
LINDOWS.COM, INC.

FILED
03 SEP 18 PM 1:55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual.,<br><br>Defendants'. | CASE NO. 02 CV 2460 BTM (RBB)<br><br>STIPULATION AND [~~PROPOSED~~] BTM ORDER REGARDING MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY ACTION |

Pursuant to the September 12, 2003 Status Hearing, the parties hereto LINDOWS.COM, INC., XANDROS, INC., LINUX GLOBAL PARTNERS, INC., MICHAEL BEGO, and WILLIAM JAY ROSEMAN by and through their respective counsel hereby submit this Stipulation and [~~Proposed~~] BTM Order Regarding Defendants' Motion to Compel Arbitration and Dismiss or Stay Action:

1. WHEREAS Plaintiff Lindows.com, Inc. ("Plaintiff"), filed its Complaint on December 13, 2002;

2. WHEREAS Defendants' Xandros, Inc., Linux Global Partners, Inc., Michael Bego, and William Jay Roseman ("Defendants'") responded to the Complaint on February 19, 2003 with a Notice of Motion and Motion to Compel Arbitration and Dismiss or Stay Action;

3 WHEREAS the Court heard oral argument regarding Defendants' Motion to Compel Arbitration and Dismiss or Stay Action on May 5, 2003;

5. WHEREAS on May 16, 2003 the Court set a further evidentiary hearing on Defendants' Motion to Compel Arbitration and Dismiss or Stay Action for July 14, 2003;

6. WHEREAS the parties thereafter stipulated, and the Court orded, that the July 14, 2003 evidentiary hearing be continued until September 12, 2003;

7. WHEREAS on August 14, 2003, the parties attended a discovery conference before Hon. Ruben B. Brooks, Magistrate Judge, who, at the request of the parties, set a Settlement Conference for October 30, 2003;

8. WHEREAS prior to and at the September 12, 2003 Status Conference/Evidentiary Hearing, the parties advised the Court of their mutual desire to devote resources toward settlement of this matter rather than the merits of Defendants' Motion in hopes that an informal resolution may be reached at the October 30, 2003 Settlement Conference;

9. WHEREAS the Court has set a Status Conference for Tuesday, November 11, 2003 at 11:45 a.m., at, or prior to which the parties will advise the Court of the result of the October 30, 2003 Settlement Conference and whether there remains a need for further motion practice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among all parties by and through their counsel of record as follows:

1. Defendants' pending Motion to Compel Arbitration and Dismiss or Stay Action is hereby withdrawn without prejudice to Defendants' re-filing said motion;

2. Defendants' shall have up to and including November 10, 2003 to respond to Plaintiff's First Amended Complaint or to re-file the Notice of Motion and Motion to Compel Arbitration and Dismiss or Stay Action as permitted under Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| 1 | DATED: September 16, 2003 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | COLBERN C. STUART III |
| 5 | | Attorneys for Plaintiff<br>LINDOWS.COM, INC. |
| 6 | | |
| 7 | DATED: September ___, 2003 | La BELLA & McNAMARA, LLP |
| 8 | | |
| 9 | | By: _____ |
| 10 | | ANDREW W. ROBERTSON |
| 11 | | Attorneys for Plaintiff |
| 12 | | XANDROS, INC.; LINUX GLOBAL PARTNERS, INC.; MICHAEL BEGO; and WILLIAM JAY ROSEMAN |

**ORDER**

IT IS SO ORDERED. that the Stipulation is approved. The pending motion to compel arbitration shall be taken off calendar as withdrawn, without prejudice, as set forth herein.

DATED: September 17, 2003

_____
Honorable, Barry Ted Moskowitz
United States District Court Judge

DATED: September 16, 2003           PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
        COLBERN C. STUART III

Attorneys for Plaintiff
LINDOWS.COM, INC.


DATED: September 16, 2003           La BELLA & McNAMARA, LLP

By: _____
        ANDREW W. ROBERTSON

Attorneys for Plaintiff
XANDROS, INC.; LINUX GLOBAL PARTNERS, INC.;
MICHAEL BEGO; and WILLIAM JAY ROSEMAN


**ORDER**

IT IS SO ORDERED.


DATED: September ___, 2003

_____
Honorable, Barry Ted Moskowitz
United States District Court Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation, | Case No.: 02 CV 2460 BTM (RBB) |
| Plaintiff, | |
| v. | DECLARATION OF SERVICE |
| XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual, | Person served: Counsel for Plaintiff |
| | Date served: September 16, 2003 |
| Defendants. | |

I, the undersigned, declare under penalty of perjury that I am over eighteen years of age and not a party to this action; that I served the above-named person the following documents: **Stipulation and [Proposed] Order Regarding Motion to Compel Arbitration and Dismiss or Stay Action** in the following manner (check one):

1) ____By personally delivering copies to the person served.

2) ____By causing copies to be delivered, during usual office hours, to the office of the person served at the address listed below and left with the person who apparently was in charge.

3) ____By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) ____By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California on September 16, 2003.

5) _X___By causing such document to be transmitted by facsimile machine to the office(s) of the parties indicated below. The facsimile machine used complied with Rule 2003 and no error was reported by the machine.

Colburn Stuart, Esq.
Paul Hastings Janofsky & Walker
12390 El Camino Real
San Diego, CA 92130
(858) 720-2500

Executed on September 16, 2003, at San Diego, California.

*Danielle Palmas*
Danielle G. Palmas

1