USDC SCAN INDEX SHEET










SWD    9/30/03    10:27
3:02-CV-02460    LINDOWS.COM INC V. XANDROS INC
*42*
*NTCCHGADDR.*

La BELLA & McNAMARA LLP
THOMAS W. McNAMARA (SBN 127280)
ANDREW W. ROBERTSON (SBN 062541)
401 West "A" Street, Suite 2300
San Diego, California 92101
(619) 696-9200

Attorneys for Defendants XANDROS, INC.; LINUX GLOBAL PARTNERS, INC.; MICHAEL BEGO; WILLIAM JAY ROSEMAN

FILED

03 SEP 29 PM 4:08

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual,<br><br>Defendants. | Case No.: 02 CV 2460 BTM (RBB)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective September 8, 2003, the new address for La Bella & McNamara, LLP, is:

La Bella & McNamara, LLP
401 West A Street, Suite 1150
San Diego, CA 92101
Tel: (619) 696-9200
Fax: (619) 696-9269

1

02 CV 2460
Notice of Change of Address

| | | |
|---|---|---|
| 1 | Dated: September 25, 2003 | La BELLA & McNAMARA, LLP |
| 2 | | By _____ |
| 3 | | |
| 4 | | Andrew W. Robertson<br>Attorneys for Defendants XANDROS, INC., LINUXGLOBAL PARTNERS, INC., MICHAEL BEGO, WILLIAM JAY ROSEMAN |

2

LA BELLA & McNAMARA LLP
THOMAS W. McNAMARA (SBN 127280)
ANDREW W. ROBERTSON (SBN 062541)
401 West "A" Street, Suite 2300
San Diego, California 92101
(619) 696-9200

Attorneys for Defendants XANDROS, INC.; LINUX GLOBAL
PARTNERS, INC.; MICHAEL BEGO; WILLIAM JAY
ROSEMAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual,<br><br>    Defendants. | Case No.: 02 CV 2460 BTM (RBB)<br><br>**PROOF OF SERVICE** |

    I, the undersigned, declare under penalty of perjury that I am over eighteen years of age and not a party to this action; that I served the above-named person the following documents:

**NOTICE OF CHANGE OF ADDRESS**

in the following manner (check one):

1) \_\_\_\_By personally delivering copies to the person served.

2) \_\_\_\_By causing copies to be delivered, during usual office hours, to the office of the person served at the address listed below and left with the person who apparently was in charge.

1

3) \_\_\_\_By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) _X_ By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California on September 26, 2003.

        Colburn Stuart, Esq.
        Paul Hastings Janofsky & Walker
        12390 El Camino Real
        San Diego, CA  92130
        (w): (858)720-2500
        (f):  (858) 720-2555

5) \_\_\_\_By causing such document to be transmitted by facsimile machine to the office(s) of the parties indicated below.  The facsimile machine used complied with Rule 2003 and no error was reported by the machine.

Executed on September 26, 2003, at San Diego, California.

                                        _/s/ Danielle H. Palmas_
                                        Danielle G. Palmas