USDC SCAN INDEX SHEET

















TKL    10/16/03    9:53

3:02-CV-02460    LINDOWS.COM INC V. XANDROS INC

*43*

*ATTYDESGN.*

| | |
|---|---|
| 1 | COLBERN C. STUART, III (SBN 177897) |
| | JAMES P. CONLEY (SBN 216639) |
| 2 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 3579 Valley Centre Drive |
| 3 | San Diego, California 92130 |
| | Telephone: (858) 720-2500 |
| 4 | Facsimile: (858) 720-2555 |
| 5 | Attorneys for Plaintiff |
| | LINDOWS.COM, INC. |

FILED
03 OCT 15 PM 4:24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation, | CASE NO. 02 CV 2460 BTM (RBB) |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS OF COUNSEL** |
| vs. | |
| XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual., | |
| Defendants. | |

PLEASE TAKE NOTICE that the address for counsel for Lindows.com, Inc., Plaintiff, Colbern C. Stuart III (colestuart@paulhastings.com), and James P. Conley (jamesconley@paulhastings.com), has been changed as follows:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

SAN/73404.1

1

02 CV 2460 BTM (RBB)

PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, California 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

DATED: October 7, 2003         PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
         JAMES P. CONLEY

Attorneys for Plaintiff
LINDOWS.COM, INC.

## PROOF OF SERVICE

I am employed in the City and County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is as follows: 3579 Valley Centre Drive, San Diego CA 92130.

On October 14, 2003, I served the foregoing document(s) described as: NOTICE OF CHANGE OF ADDRESS OF COUNSEL

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

> Andrew W. Robertson
> LaBella & McNamara
> 401 West A Street, Suite 1150
> San Diego CA 92101

☐ **VIA OVERNIGHT MAIL:**

VIA _____:By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on October 14, 2003 with postage thereon fully prepaid, at San Diego, California.

☐ **VIA PERSONAL DELIVERY:**

I personally delivered such sealed envelope(s) by hand to the addressee(s).

☐ **VIA FACSIMILE:**

The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to Facsimile # 619.696 9269 on October 14, 2003. A copy of that report, which was properly issued by the transmitting machine, is attached hereto. **[Permitted by written agreement of the parties.]**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 14, 2003, at San Diego, California.

Liz Hoke
Type or Print Name                                Signature

SAN/65249.4                                              02 CV 2460 BTM(RBB)