USDC SCAN INDEX SHEET










```
KSR    10/24/03    8:26
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*44*
*O.*
```

**FILED**

**OCT 23 2003**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE CALENDAR OF THE HONORABLE **JOHN A. HOUSTON** | ORDER 02cv 2460 JH(RBB)<br><br>New Case #:_____ |

The following civil cases are hereby transferred from the calendar of the Honorable Barry Ted Moskowitz to the calendar of the Honorable John A. Houston. After this transfer, the case number should be changed to reflect Judge Houston's initials. Therefore, in all case numbers, the "BTM" that appears after the case number should be changed to "JH." The magistrate judge will remain the same. This change should be made on all future filings to ensure that all documents are properly routed to Judge Houston. All pending motion dates and pretrial and trial dates in the listed cases shall remain in place. However, the parties in the cases listed herein are advised that they may be contacted by the Court on an individual basis with respect to the re-scheduling of any pending dates.

///
///
///
///
///

44

- 1 -

| | CASE NUMBER | CASE SHORT TITLE |
|---|---|---|
| (1) | 01CV1069 | PENA V. GIURBINO ET AL |
| (2) | 01CV2294 | GP CREDIT CO LLC V. ORLANDO RESIDENCE ET AL |
| (3) | 01CV2297 | FUERTE V. GARCIA |
| (4) | 02CV0638 | STONE AND WEBSTER ET AL V. BAKER PROCESS INC |
| (5) | 02CV0930 | CARROLL V. GARCIA |
| (6) | 02CV1126 | SMITH V. ROE |
| (7) | 02CV1494 | JONES V. USA |
| (8) | 02CV1762 | ABSTON ET AL V. USA |
| (9) | 02CV1770 | PARKES V. COUNTY OF SAN DIEGO |
| (10) | 02CV2027 | DI BERNARDO V. BARNHART |
| (11) | 02CV2312 | TOKASH V. HAMLET ET AL |
| (12) | 02CV2460 | LINDOWS.COM INC. V. XANDROS INC |
| (13) | 03CV0222 | PRESTO V. UNITED INFORMATION ET AL |
| (14) | 03CV0353 | CRAWFORD ET AL V. SAN DIEGUITO UNION |
| (15) | 03CV0561 | IT'S JUST LUNCH V. BLFA ENTERPRISES |
| (16) | 03CV0692 | TAHA V. BARNHART |
| (17) | 03CV0786 | BELL V. ZEBCO CORP. |
| (18) | 03CV0988 | USA V. CURRENCY US $15,000 |
| (19) | 03CV1082 | EQUAL ACCESS ASSOC ET AL V. IMPERIAL EIGHT ET AL |
| (20) | 03CV1206 | ALEXANDER V. CITY OF SAN DIEGO ET AL |
| (21) | 03CV1323 | WALKER V. HERNANDEZ |
| (22) | 03CV1449 | FLORES V. KENTUCKY FRIED ET AL |
| (23) | 03CV1541 | SANCHEZ V. MCDONALDS CORP ET AL |
| (24) | 03CV1608 | SOUND TECHNOLOGIES V. VETERINARY IMAGING |
| (25) | 03CV1655 | GOODRUM V. SEGOTT ET AL |
| (26) | 03CV1742 | BENJAMIN V. CHURCHES FRIED ET AL |
| (27) | 03CV1854 | MENDOZA-MERINO V. RIDGE |
| (28) | 03CV2019 | CONETTA V. UNITED STATES COAST |

**IT IS SO ORDERED.**

DATED: 10-21-03

/s/ Barry Ted Moskowitz

**HONORABLE BARRY TED MOSKOWITZ**
UNITED STATES DISTRICT JUDGE