USDC SCAN INDEX SHEET

















KSR    10/30/03    10:58

3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC

*45*

*O.*

**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

LINDOW.COM v. XANDROS                    Case No. 02cv2460 ~~BTM~~(RBB)

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

**Attorneys**

Plaintiffs                                    Defendants

Colbern Stuart (present)              Andrew Robertson (present)
_____              _____
_____              _____


PROCEEDINGS:  ____ In Chambers  ____  In Court  _X_ Telephonic

A telephonic discovery conference was held.

The Court indicated that there was no prohibition to recording the
depositions previously ordered by stenographer or videographer.


DATE:  October 23, 2003        IT IS SO ORDERED:  _____
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc:  Judge Moskowitz                              INITIALS:  VL (mg/dl)  Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\LINDOWS\MINUTE04.wpd