USDC SCAN INDEX SHEET

















KSR    11/13/03    14:30

3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC

*46*

*M.*

1   LA BELLA & McNAMARA LLP
    THOMAS W. McNAMARA (SBN 127280)
2   ANDREW W. ROBERTSON (SBN 062541)
    401 West "A" Street, Suite 2300
3   San Diego, California  92101
    (619) 696-9200
4
    Attorneys for Defendants XANDROS, INC.; LINUX GLOBAL
5       PARTNERS, INC.; MICHAEL BEGO; WILLIAM JAY
        ROSEMAN
6

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11  LINDOWS.COM, INC., a Delaware          )  Case No.: 02 CV 2460 JAH (RBB)
    corporation,                           )
12                                         )
                Plaintiff,                 )  **NOTICE OF RENEWED MOTION TO**
13                                         )  **COMPEL ARBITRATION AND DISMISS**
         v.                                )  **OR STAY ACTION**
14                                         )
    XANDROS, INC., a Delaware corporation; )
15  LINUX GLOBAL PARTNERS, INC., a         )
    Delaware corporation; MICHAEL BEGO,    )
16  an individual; WILLIAM JAY ROSEMAN,    )  Date:    January 9, 2004
    an individual,                         )  Time:    2:00 p.m.
17                                         )  Courtroom: F, 1st Floor
                Defendants.                )  Judge:   Hon. John A. Houston
18                                         )
                                           )
19  _____)

20

21  TO PLAINTIFF LINDOWS.COM AND ITS ATTORNEYS OF RECORD:

22        PLEASE TAKE NOTICE that on January 9, 2004 at 2:00 p.m. in Courtroom F,

23  1st Floor, of the United States District Court, Southern District of California, located at

24  880 Front Street, San Diego, California 92101, Defendants XANDROS, INC.; LINUX

25  GLOBAL PARTNERS, INC.; MICHAEL BEGO; and WILLIAM JAY ROSEMAN

26  ("Defendants") will renew their previous motion, filed February 19, 2003, for an order

27  compelling Plaintiff Lindows.com ("Plaintiff") to submit its claims to binding arbitration.

28  Defendants further request that this action be dismissed, or in the alternative, stayed

02-CV-2460 (JAH)
Notice of Renewed Motion to Compel
Arbitration and Dismiss or Stay Action

1   pending such arbitration.

2        This motion is made upon the grounds that Plaintiff is a party to an agreement

3   which contains a dispute resolution provision which provides that the claims raised in

4   Plaintiff's Complaint be resolved through arbitration.

5        This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(1)  and

6   the Federal Arbitration act, 9 U.S.C. §§ 1, et seq., and will be based on this Notice of

7   Renewed Motion, the Memorandum of Points and Authorities and the Declaration of

8   Michael Bego filed February 19, 2003 and the papers, records and documents on file

9   in this matter and such oral and documentary evidence as may be presented at the

10  hearing on this motion.

11       Defendants previously moved for arbitration by a motion filed February 19,

12  2003.  Following oral argument on May 7, 2003, the Court indicated that it would

13  require a brief evidentiary hearing and continued the motion for that purpose.  At a

14  hearing on September 12, 2003, the Court advised counsel that since the motion had

15  not been ruled on within six months and requested that counsel stipulate to the

16  withdrawal of the motion without prejudice to its being re-filed.

17       By a Stipulation and Order filed and entered September 18, 2003, a copy of

18  which is attached to this Notice as Exhibit A, the parties stipulated and the Court

19  ordered that Defendants' motion to compel arbitration be withdrawn without prejudice

20  to its re-filing and set November 10, 2003 as the date by which Defendants were to

21  respond to the First Amended Complaint or re-file their motion to compel arbitration.

22

23

24

25

26

27

28

02-CV-2460 (JAH)
Notice of Renewed Motion to Compel
Arbitration and Dismiss or Stay Action

1    By an Order dated October 21, 2003, this case was transferred from Hon.

2  Barry T. Moskowitz to Hon. John A;. Houston.

3

4  DATED: November 10, 2003                    La BELLA & McNAMARA, LLP

5                                              THOMAS W. MCNAMARA
                                               ANDREW W. ROBERTSON
6
                                               By
7
                                                  Andrew W. Robertson
8                                                 Attorneys for Defendants XANDROS,
                                                  INC.; LINUX GLOBAL  PARTNERS,
9                                                 INC.; MICHAEL BEGO; WILLIAM JAY
                                                  ROSEMAN
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        3

02-CV-2460 (JAH)
Notice of Renewed Motion to Compel
Arbitration and Dismiss or Stay Action

1  COLBERN C. STUART, III (SBN 177897)
   JAMES P. CONLEY (SBN 216639)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone: (858) 720-2500
4  Facsimile:  (858) 720-2555

5  Attorneys for Plaintiff
   LINDOWS.COM, INC.

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  LINDOWS.COM, INC., a Delaware          CASE NO. 02 CV 2460 BTM (RBB)
    corporation,
12                                         STIPULATION AND [PROPOSED]
                    Plaintiff,             ORDER REGARDING MOTION TO
13                                         COMPEL ARBITRATION AND DISMISS
        vs.                                OR STAY ACTION
14
    XANDROS, INC., a Delaware
15  corporation; LINUX GLOBAL
    PARTNERS, INC., a Delaware
16  corporation; MICHAEL BEGO, an
    individual; WILLIAM JAY ROSEMAN,
17  an individual.,

18                  Defendants'.

19

20       Pursuant to the September 12, 2003 Status Hearing, the parties hereto

21  LINDOWS.COM, INC., XANDROS, INC., LINUX GLOBAL PARTNERS, INC., MICHAEL

22  BEGO, and WILLIAM JAY ROSEMAN by and through their respective counsel hereby

23  submit this Stipulation and [Proposed] Order Regarding Defendants' Motion to Compel

24  Arbitration and Dismiss or Stay Action:

25       1.    WHEREAS Plaintiff Lindows.com, Inc. ("Plaintiff"), filed its Complaint on

26  December 13, 2002;

27

28  C:\Documents and Settings\cstuart\Local Settings\Temporary          1          02 CV 2460 BTM(RBB)
    Internet Files\OLKB\73916v1.DOC

2.      WHEREAS Defendants' Xandros, Inc., Linux Global Partners, Inc., Michael Bego, and William Jay Roseman ("Defendants'") responded to the Complaint on February 19, 2003 with a Notice of Motion and Motion to Compel Arbitration and Dismiss or Stay Action;

3       WHEREAS the Court heard oral argument regarding Defendants' Motion to Compel Arbitration and Dismiss or Stay Action on May 5, 2003;

5.      WHEREAS on May 16, 2003 the Court set a further evidentiary hearing on Defendants' Motion to Compel Arbitration and Dismiss or Stay Action for July 14, 2003;

6.      WHEREAS the parties thereafter stipulated, and the Court orded, that the July 14, 2003 evidentiary hearing be continued until September 12, 2003;

7.      WHEREAS on August 14, 2003, the parties attended a discovery conference before Hon. Ruben B. Brooks, Magistrate Judge, who, at the request of the parties, set a Settlement Conference for October 30, 2003;

8.      WHEREAS prior to and at the September 12, 2003 Status Conference/Evidentiary Hearing, the parties advised the Court of their mutual desire to devote resources toward settlement of this matter rather than the merits of Defendants' Motion in hopes that an informal resolution may be reached at the October 30, 2003 Settlement Conference;

9.      WHEREAS the Court has set a Status Conference for Tuesday, November 11, 2003 at 11:45 a.m., at, or prior to which the parties will advise the Court of the result of the October 30, 2003 Settlement Conference and whether there remains a need for further motion practice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among all parties by and through their counsel of record as follows:

1.      Defendants' pending Motion to Compel Arbitration and Dismiss or Stay Action is hereby withdrawn without prejudice to Defendants' re-filing said motion;

1

2

3

4      2.     Defendants' shall have up to and including November 10, 2003 to respond

5  to Plaintiff's First Amended Complaint or to re-file the Notice of Motion and Motion to Compel

6  Arbitration and Dismiss or Stay Action as permitted under Federal Rules of Civil Procedure.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

. 27

28

        **3**                **02 CV 2460 BTM(RBB)**

1

2    DATED:  September 16, 2003          PAUL, HASTINGS, JANOFSKY & WALKER LLP

3                                       By: _____

4                                             COLBERN C. STUART III

5                                       Attorneys for Plaintiff
                                        LINDOWS.COM, INC.
6

7    DATED:  September ___, 2003         La BELLA & McNAMARA, LLP

8

9                                       By: _____

10                                            ANDREW W. ROBERTSON

11                                      Attorneys for Plaintiff
                                        XANDROS, INC.; LINUX GLOBAL PARTNERS, INC.;
12                                      MICHAEL BEGO;  and WILLIAM JAY ROSEMAN

13

14                              **ORDER**

15   IT IS SO ORDERED. *that the Stipulation is approved. The pending*
16   *motion to compel arbitration shall be taken off calendar as*
17   *withdrawn, without prejudice as set forth herein.*

     DATED: September _17_, 2003          _____
18                                        Honorable, Barry Ted Moskowitz
                                          United States District Court Judge
19

20

21

22

23

24

25

26

27

28   C:\Documents and Settings\cstuart\Local Settings\Temporary          4                    **02 CV 2460 BTM(RBB)**
     Internet Files\OLKB\73916v1.DOC

PHJW San Diego        9/1⬤2003 1:58    PAGE  6/6    Ri⬤tFax

1   DATED: September 16, 2003        PAUL, HASTINGS, JANOFSKY & WALKER LLP

2

3                                    By: _____

4                                         COLBERN C. STUART III

5                                    Attorneys for Plaintiff
                                     LINDOWS.COM, INC.
6

7   DATED: September 1(ℓ, 2003       La BELLA & McNAMARA, LLP

8

9                                    By: _____

10                                        ANDREW W. ROBERTSON

11                                   Attorneys for Plaintiff
                                     XANDROS, INC.; LINUX GLOBAL PARTNERS, INC.;
12                                   MICHAEL BEGO; and WILLIAM JAY ROSEMAN

13

14                                   **ORDER**

15  IT IS SO ORDERED.

16

17  DATED: September ___, 2003

18                                        _____
                                          Honorable, Barry Ted Moskowitz
19                                        United States District Court Judge

20

21

22

23

24

25

26

27

28
    C:\Documents and Settings\stuart\Local Settings\Temporary          4                    02 CV 2460 BTM(RBB)
    Internet Files\OLKB\73916v1.DOC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation, ) | Case No.: 02 CV 2460 JAH (RBB) |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **DECLARATION OF SERVICE** |
| XANDROS, INC., a Delaware corporation; LINUX ) | |
| GLOBAL PARTNERS, INC., a Delaware ) | |
| corporation; MICHAEL BEGO, an individual; ) | Person served: Counsel for Plaintiff |
| WILLIAM JAY ROSEMAN, an individual, ) | |
| ) | Date served:     November 10, 2003 |
| Defendants. ) | |
| ) | |

I, the undersigned, declare under penalty of perjury that I am over eighteen years of age and not a party to this action; that I served the above-named person the following documents: **NOTICE OF RENEWED MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY ACTION** in the following manner (check one):

1)      ____By personally delivering copies to the person served.

2)      ____By causing copies to be delivered, during usual office hours, to the office of the person served at the address listed below and left with the person who apparently was in charge.

3)      ____By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)      __/__By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California on November 10, 2003.

           Colburn Stuart, Esq.
           Paul Hastings Janofsky & Walker
           3579 Valley Centre Drive
           San Diego, CA  92130

5)      __/__By causing such document to be transmitted by facsimile machine to the office(s) of the parties indicated below.  The facsimile machine used complied with Rule 2003 and no error was reported by the machine.

           Colburn Stuart, Esq.
           Paul Hastings Janofsky & Walker
           3579 Valley Centre Drive
           San Diego, CA  92130
           Tel:  (858) 720-2500
           Fax:  (858) 720-2555

Executed on November 10, 2003, at San Diego, California.

                                  Annie S. Parrish

1