USDC SCAN INDEX SHEET

















KSR 12/16/03 7:52

3:02-CV-02460 LINDOWS.COM INC V. XANDROS INC

*47*

*APPL.*

LA BELLA & MCNAMARA LLP
THOMAS W. McNAMARA (SBN 127280)
ANDREW W. ROBERTSON (SBN 062541)
401 West "A" Street, Suite 2300
San Diego, California 92101
(619) 696-9200

Attorneys for Defendants XANDROS, INC.; LINUX GLOBAL PARTNERS, INC.; WILLIAM JAY ROSEMAN

FILED
03 DEC 15 AM 8:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual,<br><br>Defendants. | Case No.: 02 CV 2460 JAH (RBB)<br><br>***EX PARTE* APPLICATION OF DEFENDANTS XANDROS, INC., LINUX GLOBAL PARTNERS, INC., AND WILLIAM JAY ROSEMAN TO CONTINUE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION ; DECLARATION OF ANDREW W. ROBERTSON**<br><br>**Date: January 9, 2004**<br>**Time: 10:00 a.m.**<br><br>**Ctrm.: 3**<br>**Judge: Hon. John A. Houston** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants Xandros, Inc., Linux Global Partners, Inc., and William Roseman apply *ex parte* to continue the hearing on Defendants' Motion to Compel Arbitration, now set for January 9, 2003, for twenty one (21) days to a date convenient to the Court's calendar. The application is made to provide Plaintiff an adequate opportunity to complete the deposition of Michael Bego, whose Declaration was filed in support of the motion and who has now secured separate counsel.

This action was filed in December, 2002. In February, 2003, all Defendants moved to compel arbitration and submitted the Declaration of Defendant Michael Bego in support thereof. The premise of the motion was that the parties had contractually agreed to arbitration which would provide a faster and cheaper forum for resolution of the dispute. Plaintiff opposed the motion.

After an initial hearing on May 5, 2003 Judge Moskowitz set an evidentiary hearing. Plaintiff then launched deposition notices and document requests to Defendants, including the depositions of Will Roseman, Rick Berenstein, and Michael Bego. The scope and quantity of that discovery was ultimately narrowed by Magistrate Brooks. The one remaining element of such permitted discovery is the deposition of Michael Bego which Judge Brooks ordered could be telephonic and was to be limited to two hours.

At the request of Judge Moskowitz in September, 2003, Defendants stipulated that Defendants withdraw the motion without prejudice to refiling it if the case did not settle prior to November 10, 2003. The primary ingredient of that Stipulation was the Court's concern that the motion had been pending more than six months without resolution. The case did not settle and Defendants refiled the motion on November 10, 2003 with the hearing set for January 9, 2004.

Defendant Bego is no longer employed by either corporate defendant and a conflict of interest has arisen between Bego and those defendants such that Bego must secure independent counsel. Absent independent counsel, Bego was not able to complete his deposition. This brief continuance is requested so Bego can complete arrangements with new counsel and his deposition can be completed by Plaintiff's counsel.

There will be no prejudice to Plaintiff. To the contrary, such a continuance will permit Plaintiff a full opportunity to depose Bego before the hearing on the motion. But, Plaintiff's counsel has advised that they will not agree to such a continuance and will instead seek to strike Bego's Declaration because he has not yet appeared for

his deposition.

Defendants' motion, now pending more than ten months, was aimed at streamlining the resolution of this dispute through arbitration. Both parties are entitled to a full hearing and a resolution on the merits. The requested continuance will permit just that as it will give Plaintiff adequate time to complete the desired deposition of Mr. Bego prior to the hearing.

Dated: December 10, 2003

LA BELLA & MCNAMARA, LLP

ANDREW W. ROBERTSON
Attorneys for Defendants XANDROS, INC.; LINUX GLOBALPARTNERS, INC.; WILLIAM JAY ROSEMAN

## DECLARATION OF ANDREW W. ROBERTSON

1. I am an attorney duly licensed to practice before this Court and am associated with La Bella & McNamara, counsel for defendants Xandros, Inc., Linux Global Partners, Inc. and William Roseman herein. I have personal knowledge of the facts set forth in this Declaration and could and would competently testify thereto.

2. Attached as Exhibit A is a copy of Stipulation and Order filed September 3, 2003 which explains in some detail the chronology of this case and how it came to be that Defendants motion to compel arbitration remains pending some ten months after its filing.

3. Following Judge Moskowitz's determination at the May 5, 2003 hearing that an evidentiary hearing would be necessary, Plaintiff submitted a mountain of discovery requests to Defendants. Defendants objections to such discovery were ultimately resolved by Judge Brooks who, among other things, provided that Plaintiff take the deposition by telephone of Defendant Bego for two hours. That deposition was later scheduled for October 29, 2003 to be followed by the other two other permitted individual depositions (of Defendant Roseman and Xandros executive Rick Berenstein). Just prior to that scheduled deposition, Mr. Bego advised me that he was uncomfortable proceeding with the deposition until his disputes with his now former employer were resolved. After further discussion, it became clear that there was indeed a substantial conflict between him and corporate defendants. I relayed to counsel for Plaintiff that Mr. Bego could not proceed with the scheduled deposition until the conflict situation was resolved. I thereafter attempted to intermediate a tentative date for the deposition as Mr. Bego sought new counsel.

4. On December 6, 2003, I was contacted by Edward Walton, an attorney in San Diego, who reported that he had been contacted by Mr. Bego and that he was completing arrangements to represent Mr. Bego. I suggested he immediately contact Plaintiff's counsel as we had informally targeted December 9, 2003 for the deposition and it was important that the deposition be completed soon.

5. On December 8, 2003, I called Cole Stuart counsel for Plaintiff and suggested we continue the hearing set for January 9, 2003 in order that Bego could complete arrangements for a new attorney and his deposition could be completed before Plaintiff was required to file any opposition to the motion. During a conversation on December 9, Mr. Stuart refused to agree to a continuance and suggested that Defendants should instead withdraw the motion and file an answer to the Complaint. I advised him that I would now proceed with an ex parte application to the Court for such a continuance on the ground that a brief continuance was necessary in order to complete the Bego deposition.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct. Executed this 10 day of December, 2003.

ANDREW W. ROBERTSON

COLBERN C. STUART, III (SBN 177897)
JAMES P. CONLEY (SBN 216639)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

Attorneys for Plaintiff
LINDOWS.COM, INC.

FILED
03 SEP 18 PM 1:55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LINDOWS.COM, INC., a Delaware corporation,

Plaintiff,

vs.

XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual.,

Defendants'.

CASE NO. 02 CV 2460 BTM (RBB)

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY ACTION**

Pursuant to the September 12, 2003 Status Hearing, the parties hereto LINDOWS.COM, INC., XANDROS, INC., LINUX GLOBAL PARTNERS, INC., MICHAEL BEGO, and WILLIAM JAY ROSEMAN by and through their respective counsel hereby submit this Stipulation and [~~Proposed~~] Order Regarding Defendants' Motion to Compel Arbitration and Dismiss or Stay Action:

1. WHEREAS Plaintiff Lindows.com, Inc. ("Plaintiff"), filed its Complaint on December 13, 2002;



41

2. WHEREAS Defendants' Xandros, Inc., Linux Global Partners, Inc., Michael Bego, and William Jay Roseman ("Defendants'") responded to the Complaint on February 19, 2003 with a Notice of Motion and Motion to Compel Arbitration and Dismiss or Stay Action;

3 WHEREAS the Court heard oral argument regarding Defendants' Motion to Compel Arbitration and Dismiss or Stay Action on May 5, 2003;

5. WHEREAS on May 16, 2003 the Court set a further evidentiary hearing on Defendants' Motion to Compel Arbitration and Dismiss or Stay Action for July 14, 2003;

6. WHEREAS the parties thereafter stipulated, and the Court orded, that the July 14, 2003 evidentiary hearing be continued until September 12, 2003;

7. WHEREAS on August 14, 2003, the parties attended a discovery conference before Hon. Ruben B. Brooks, Magistrate Judge, who, at the request of the parties, set a Settlement Conference for October 30, 2003;

8. WHEREAS prior to and at the September 12, 2003 Status Conference/Evidentiary Hearing, the parties advised the Court of their mutual desire to devote resources toward settlement of this matter rather than the merits of Defendants' Motion in hopes that an informal resolution may be reached at the October 30, 2003 Settlement Conference;

9. WHEREAS the Court has set a Status Conference for Tuesday, November 11, 2003 at 11:45 a.m., at, or prior to which the parties will advise the Court of the result of the October 30, 2003 Settlement Conference and whether there remains a need for further motion practice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among all parties by and through their counsel of record as follows:

1. Defendants' pending Motion to Compel Arbitration and Dismiss or Stay Action is hereby withdrawn without prejudice to Defendants' re-filing said motion;

2. Defendants' shall have up to and including November 10, 2003 to respond to Plaintiff's First Amended Complaint or to re-file the Notice of Motion and Motion to Compel Arbitration and Dismiss or Stay Action as permitted under Federal Rules of Civil Procedure.

DATED: September 16, 2003

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: ______________________
COLBERN C. STUART III

Attorneys for Plaintiff
LINDOWS.COM, INC.

DATED: September ___, 2003

La BELLA & McNAMARA, LLP

By: ______________________
ANDREW W. ROBERTSON

Attorneys for Plaintiff
XANDROS, INC.; LINUX GLOBAL PARTNERS, INC.; MICHAEL BEGO; and WILLIAM JAY ROSEMAN

**ORDER**

IT IS SO ORDERED that the Stipulation is approved. The pending motion to compel arbitration shall be taken off calendar as withdrawn, without prejudice as set forth herein.

DATED: September 17, 2003

Honorable, Barry Ted Moskowitz
United States District Court Judge

DATED: September 16, 2003

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: ______________________
COLBERN C. STUART III

Attorneys for Plaintiff
LINDOWS.COM, INC.

DATED: September 16, 2003

La BELLA & McNAMARA, LLP

By: ______________________
ANDREW W. ROBERTSON

Attorneys for Plaintiff
XANDROS, INC.; LINUX GLOBAL PARTNERS, INC.; MICHAEL BEGO; and WILLIAM JAY ROSEMAN

**ORDER**

*IT IS SO ORDERED.*

DATED: September ___, 2003

______________________
Honorable, Barry Ted Moskowitz
United States District Court Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual,<br><br>Defendants. | ) | Case No.: 02 CV 2460 JAH (RBB)<br><br>**DECLARATION OF SERVICE**<br><br>Person served: Counsel for Plaintiff<br><br>Date served: December 10, 2003 |

I, the undersigned, declare under penalty of perjury that I am over eighteen years of age and not a party to this action; that I served the above-named person the following documents: **EX PARTE APPLICATION OF DEFENDANTS XANDROS, INC., LINUX GLOBAL PARTNERS, INC., AND WILLIAM JAY ROSEMAN TO CONTINUE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION ; DECLARATION OF ANDREW W. ROBERTSON ; [PROPOSED] ORDER CONTINUING HEARING DATE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION** in the following manner (check one):

1) ____By personally delivering copies to the person served.

2) ____By causing copies to be delivered, during usual office hours, to the office of the person served at the address listed below and left with the person who apparently was in charge.

3) ____By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) ____By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California on December 10, 2003.

5) _✓_By causing such document to be transmitted by facsimile machine to the office(s) of the parties indicated below. The facsimile machine used complied with Rule 2003 and no error was reported by the machine.

| | |
|---|---|
| Colburn Stuart, Esq.<br>Paul Hastings Janofsky & Walker<br>3579 Valley Centre Drive<br>San Diego, CA 92130<br>Tel: (858) 720-2500<br>Fax: (858) 720-255 | Edward C. Walton, Esq.<br>Walton & Associates<br>402 West Broadway, Suite 1210<br>San Diego, CA 92101<br>Tel: (619) 234-7422<br>Fax: (619) 234-4144 |

Executed on December 10, 2003, at San Diego, California.

[signature]
Annie S. Parrish