USDC SCAN INDEX SHEET

















KSR    12/16/03    7:57

3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC

*49*

*JOIN.*

ORIGINAL

1  WALTON & ASSOCIATES
   Edward C. Walton, Esq. (078490)
2  Lisa G. Taylor, Esq. (156381)
   Justin E. D. Daily, Esq. (209772)
3  402 West Broadway, Suite 1210
   San Diego, CA  92101
4  (619) 234-7422

5  Attorneys Specially Appearing for
   Defendant MICHAEL BEGO

6

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

FILED
03 DEC 15  AM 9: 29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

NUNC PRO TUNC

DEC 1 1 2003

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation, | CASE NO.  02 CV 2460 JAH (RBB) |
| Plaintiff, | JOINDER IN *EX PARTE* APPLICATION OF DEFENDANTS XANDROS, INC., LINUX GLOBAL PARTNERS, INC., AND WILLIAM JAY ROSEMAN TO CONTINUE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION; DECLARATION OF EDWARD C. WALTON |
| v. XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual, WILLIAM JAY ROSEMAN, an individual, | |
| | DATE:     **January 9, 2004** TIME:     **10:00 a.m.** CTRM:    **F** |
| Defendants. | JUDGE:   **Hon. John A. Houston** |

19       COMES NOW, Defendant MICHAEL BEGO (hereinafter referred to as "BEGO"), through special

20  appearance of attorneys Walton & Associates and joins in the *Ex Parte* Application of Defendants Xandros,

21  Inc., Linux Global Partners, Inc., and William Jay Roseman to Continue Hearing on Defendants' Motion to

22  Compel Arbitration.  As set forth in the Ex Parte Application, Defendant BEGO, previously represented by

23  counsel for XANDROS, INC., et al. has a conflict with his co-defendant and former employer XANDROS,

24  INC. which necessitates his retaining new counsel to represent his interests.  Mr. BEGO has contacted

25  Walton & Associates which is in the process of finalizing arrangements for his defense in this matter.  As

26  the matter is of some urgency, Mr. BEGO has authorized Walton & Associates to make a special

27  ///

28  ///

49

                                              1

2:\PLD03\BEGO-LINDOWS EX PARTE      **02 CV 2460 JAH(RBB)**      JOINDER IN *EX PARTE* APPLICATIO

1  appearance on his behalf for the purpose of joining in the Ex Parte Application for the continuance of the

2  hearing.  Mr. BEGO joins in the Application because he needs to finalize arrangements with new counsel to

3  represent him before his deposition is taken in connection with the Motion to Compel Arbitration.  A short

4  continuance of the hearing will allow time for Mr. BEGO to finalize arrangements with new counsel and to

5  adequately prepare himself for the deposition before such time as plaintiff LINDOWS.COM, INC. will need

6  to file its opposition, if any, to the Motion.

7                                                                          Respectfully Submitted,

8  Dated:  December 11, 2003                          WALTON & ASSOCIATES

9                                                                          By _____

10                                                                             Edward C. Walton,
                                                                                Attorneys Specially Appearing for
                                                                                Defendant MICHAEL BEGO

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2:\PLD03\BEGO-LINDOWS EX PARTE        **02 CV 2460 JAH(RBB)**        JOINDER IN *EX PARTE* APPLICATION