USDC SCAN INDEX SHEET

















```
KSR     12/16/03    7:59
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*50*
*DECL.*
```

```
1  WALTON & ASSOCIATES
   Edward C. Walton, Esq. (078490)
2  Lisa G. Taylor, Esq. (156381)
   Justin E. D. Daily, Esq. (209772)
3  402 West Broadway, Suite 1210
   San Diego, CA  92101
4  (619) 234-7422

5  Attorneys Specially Appearing for
   Defendant MICHAEL BEGO
```

FILED
03 DEC 15 AM 9:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
Ridgeway DEPUTY
NUNC PRO TUNC
DEC 11 2003

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual,<br><br>          Defendants. | CASE NO.  02 CV 2460 JAH (RBB)<br><br>DECLARATION OF EDWARD C. WALTON IN SUPPORT OF JOINDER IN *EX PARTE* APPLICATION OF DEFENDANTS XANDROS, INC., LINUX GLOBAL PARTNERS, INC., AND WILLIAM JAY ROSEMAN TO CONTINUE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION<br><br>DATE:    January 9, 2004<br>TIME:    10:00 a.m.<br>CTRM:   F<br>JUDGE:  Hon. John A. Houston |

I, Edward C. Walton, declare and state:

    1. I am an attorney licensed to practice law in the State of California and before this Court, and make this Declaration, through Special Appearance, in support of the Joinder of MICHAEL BEGO (hereinafter "BEGO") in the *Ex Parte* Application of his co-defendants for continuance of the hearing on Defendants' Motion to Compel Arbitration. I have personal knowledge of the facts set forth in this Declaration and could and would competently testify thereto.

    2.    Late last week, I was contacted by Mr. BEGO to discuss representation of him in the captioned matter, given a conflict that had arisen between he and his former employer, XANDROS, INC.,

///
///

which precluded continued joint representation by the LaBella & McNamara firm. Early this week, Mr. BEGO asked me to represent him, and I am in the process of finalizing arrangements for that representation. I hope to have those arrangements finalized early in the week of December 15, 2003.

3. In the meantime, I am informed that there is a hearing set for a Motion to Compel Arbitration in this matter on January 9, 2004. I am further informed that Defendant BEGO is one of the moving parties. I am further informed Mr. BEGO's deposition has been ordered, but has not yet been taken in connection with discovery by the plaintiff in preparation for opposition to that Motion. As such, Mr. BEGO needs to be properly prepared for his deposition, by counsel who has had adequate time to review the case and thereby be in a position to materially assist him in the preparation for that deposition.

4. I have received part of the file in this matter, and expect to receive more of the file in the very near future. If arrangements are finalized for this firm's representation of Mr. BEGO in this matter, I will work diligently to review the file and to prepare Mr. BEGO for his deposition.

5. I am informed and believe that the twenty-one day continuance requested by Mr. BEGO's co-defendants of the hearing on the Motion to Compel Arbitration will be an adequate period of time for Mr. BEGO and I to finalize representation arrangements, for me to review the file, and to prepare Mr. BEGO for his deposition.

6. I have been authorized by Mr. BEGO to join in this *Ex Parte* Application of his co-defendants for a continuance of the Motion to Compel Arbitration through this special appearance.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on this 11th day of December, 2003, in San Diego, California.

EDWARD C. WALTON