USDC SCAN INDEX SHEET










KSR   12/16/03   8:00

3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC

*51*

*PRFSVC.*

WALTON & ASSOCIATES
Edward C. Walton, Esq. (078490)
Lisa G. Taylor, Esq. (156381)
Justin E. D. Daily, Esq. (209772)
402 West Broadway, Suite 1210
San Diego, CA 92101
(619) 234-7422

Attorneys Specially Appearing for
Defendant MICHAEL BEGO

FILED

03 DEC 15 AM 9:29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

NUNC PRO TUNC

DEC 11 2003

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual,<br><br>Defendants. | CASE NO. 02 CV 2460 JAH (RBB)<br><br>DECLARATION OF SERVICE<br><br><br>DATE:   January 9, 2004<br>TIME:   10:00 a.m.<br>CTRM:   F<br>JUDGE:  Hon. John A. Houston |

I declare that: I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California; where this service occurs; and my business address is 402 West Broadway, Suite 1210, San Diego, California 92101. I further declare that I served the below named person(s) the following documents:

1. JOINDER IN *EX PARTE* APPLICATION OF DEFENDANTS XANDROS, INC., LINUX GLOBAL PARTNERS, INC., AND WILLIAM JAY ROSEMAN TO CONTINUE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION; DECLARATION OF EDWARD C.

///
///

1 | WALTON; and

2 |     2. **DECLARATION OF EDWARD C. WALTON IN SUPPORT OF JOINDER IN *EX PARTE*

3 | APPLICATION OF DEFENDANTS XANDROS, INC., LINUX GLOBAL PARTNERS, INC., AND

4 | WILLIAM JAY ROSEMAN TO CONTINUE HEARING ON DEFENDANTS' MOTION TO

5 | COMPEL ARBITRATION.**

6 | in the following manner:

7 |     By transmitting via facsimile to the offices of each addressee as set forth below. Each transmission

8 | was reported as complete and without error. A copy of each transmission report is attached to the original

9 | declaration of service. And also by placing a copy in a separate envelope, for each addressee named

10 | below. I then sealed each envelope and, with the postage thereon fully prepaid, either deposited each in

11 | the United States Postal Service or placed each for collection and mailing on the date of execution of this

12 | Declaration as indicated below, at San Diego, California, following ordinary business practices. I

13 | further declare that I am readily familiar with the business' practice for collection and processing of

14 | correspondence for mailing with the United States Postal Service pursuant to which practice the

15 | correspondence will be deposited with the United States Postal Service this same day in the ordinary

16 | course of business.

**ATTORNEY FOR PLAINTIFF:**
Colbern C. Stuart, III, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
12390 El Camino Real
San Diego, CA 92130
Telephone No.: (858) 720-2500
Facsimile No.: (858) 720-2555

**ATTORNEY FOR DEFENDANTS -
XANDROS, INC.; LINUX GLOBAL PARTNERS, INC.; and WILLIAM JAY ROSEMAN:**
Andrew W. Robertson, Esq.
LaBELLA & McNAMARA, LLP
401 West "A" Street, Suite 2300
San Diego, CA 92101
Telephone No.: (619) 696-9200
Facsimile No.: (619) 696-9269

26 | ///

27 | ///

28 | ///

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on this 11th day of December, 2003, in San Diego, California.

_____
Laura Crowther