USDC SCAN INDEX SHEET

















KSR    12/16/03    14:41

3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC

*53*

*DECL.*

1    COLBERN C. STUART, III (SBN 177897)
     JAMES P. CONLEY (SBN 216639)
2    PAUL, HASTINGS, JANOFSKY & WALKER LLP
     3579 Valley Centre Drive
3    San Diego, CA 92130
     Telephone: (858) 720-2500
4    Facsimile:  (858) 720-2555

5    Attorneys for Plaintiff
     LINDOWS.COM, INC.

6

7

8                  UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11    LINDOWS.COM, INC., a Delaware        CASE NO. 02 CV 2460 JAH (RBB)
     corporation,
12                             **DECLARATION OF COLBERN C. STUART**
                 Plaintiff,        **IN OPPOSITION TO DEFENDANTS' EX**
13                             **PARTE APPLICATION TO CONTINUE**
          vs.                          **HEARING ON MOTION TO COMPEL**
14                             **ARBITRATION**
     XANDROS, INC., a Delaware
15    corporation; LINUX GLOBAL
     PARTNERS, INC., a Delaware
16    corporation; MICHAEL BEGO, an        Date: January 9, 2003
     individual; WILLIAM JAY ROSEMAN,      Time: 2:00 p.m.
17    an individual.,                       Courtroom:  11, 2nd Floor
                                  Judge: Hon. John A. Houston
18                Defendants.

19

20           I, Colbern C. Stuart, declare and state as follows:

21             1.      I am an attorney licensed to practice in the State of California and before

22    the United States District Court for the Southern District of California.  I am the attorney of

23    record for LINDOWS.COM, INC., plaintiff in this action, and am an attorney with the law firm

24    of Paul, Hastings, Janofsky & Walker LLP of San Diego California.  I have primary

25    responsibility in my office for the handling and supervision of this matter.  I have personal

26    knowledge of all facts contained herein and, if called to testify, could and would competently

27    testify thereto.

**ORIGINAL**

28    SAN/79697.1                                       02 CV 2460 (JAH) RBB
                                           Declaration of Colbern C. Stuart in
                                           Opposition to Defendants Ex Parte
                            Application to Continue Hearing on Motion to
                                           Compel Arbitration

**FILED**

DEC 1 5 2003

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT

1        2.     Attached hereto as Exhibit A is a true and correct copy of the August 14,

2  2003 discovery conference minutes where Magistrate Judge Brooks ordered that Defendants

3  produce five witnesses for deposition, including Mr. Bego.

4        3.     Attached hereto as Exhibit B is a true and correct copy of the September 9,

5  2003 letter promptly scheduling Mr. Bego's deposition to occur on September 18, 2003.

6        4.     Attached hereto as Exhibit C is a true and correct copy of the September

7  15, 2003 letter by Defendants objecting to Plaintiff's notice of intent to record the depositions.

8        5.     Attached hereto as Exhibit D is a true and correct copy of  the October 23,

9  2003 discovery conference minutes before Magistrate Brooks, who on granted Plaintiff's request

10  that the depositions be recorded stenographically and by videotape.

11        6.     Attached hereto as Exhibit E is a true and correct copy of the October 28,

12  2003 letter in which Defendants finally agreed to make Mr. Bego available for deposition on

13  October 29.

14        7.     Attached hereto as Exhibit F is a true and correct copy of the invoice for

15  Legal Link San Diego court reporters for the Non-appearance of Michael Bego.

16        8.     Attached hereto as Exhibit G is a true and correct copy of the October 30,

17  2003 letter by Defendants' counsel's excusing Mr. Bego's failure to appear as a potential conflict

18  of interest had arisen in defense counsel's joint representation of both Mr. Bego and other parties.

19        9.     Attached hereto as Exhibit H is a true and correct copy of the Notice of

20  Renewed Motion to Compel Arbitration and Dismiss or Stay Action.

21        10.    Attached hereto as Exhibit I is a true and correct copy of the November 12,

22  2003 letter by Defendants arranging Mr. Bego to be available on November 20, 2003.

23        11.    Attached hereto as Exhibit J is a true and correct copy of the November 18,

24  2003 letter by Plaintiffs confirming defendants again offered to make Mr. Bego available on

25  November 20, 2003.

26        12.    Attached hereto as Exhibit K is a true and correct copy of the November

27  19, 2003 letter stating that Mr. Bego had again refused to appear for deposition.

28

SAN79697.1              2                  02 CV 2460 (JAH) RBB
Declaration of Colbern C. Stuart in
Opposition to Defendants Ex Parte
Application to Continue Hearing on Motion to
Compel Arbitration

13.   Attached hereto as Exhibit L is a true and correct copy of the November 20, 2003 letter by Plaintiffs' demanding that Defendants withdraw the Motion and file an answer and compensate Lindows.com for costs and fees incurred because of such delays.

14.   Attached hereto as Exhibit M is a true and correct copy of the November 24, 2003 letter by Defense counsel notifying Plaintiffs that the conflict of interest between Bego and the remaining defendants was irresolvable and that Mr. Bego was seeking separate counsel.

15.   Attached hereto as Exhibit N is a true and correct copy of the November 24, 2003 letter by Plaintiffs counsel stating that because Mr. Bego had filed a motion while refusing to make himself available for deposition, the appropriate response would be for Defendants to withdraw the pending motion and promptly file an answer.

16.   Attached hereto as Exhibit O is a true and correct copy of the December 2, 2003 letter by Defense counsel denying the request to withdraw the Motion to Compel Arbitration.

17.   Attached hereto as Exhibit P is a true and correct copy of the December 5, 2003 letter by Plaintiffs counsel confirming Plaintiffs intent to depose Mr. Bego on the date offered--December 9, 2003.

18.   Attached hereto as Exhibit Q is a true and correct copy of December 9, 2003 letter to Mr. Bego's new independent counsel, Mr. Edward Walton that Defendants simply withdraw the motion, file an answer, and re-file the motion at a later date if appropriate .

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 15th day of December, 2003 at San Diego, California.

Colbern C. Stuart

02 CV 2460 (JAH) RBB
Declaration of Colbern C. Stuart in
Opposition to Defendants Ex Parte
Application to Continue Hearing on Motion to
Compel Arbitration

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

LINDOW.COM v. XANDROS                     Case No. 02cv2460 BTM(RBB)

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE          Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Colbern Stuart (present) | Andrew Robertson (present) |
|  |  |
|  |  |

PROCEEDINGS:  __x__ In Chambers  ____  In Court  ____ Telephonic

A discovery conference was held.

The depositions of Defendant Michael Bego, Defendant William Roseman, and Mr.
Carmony shall be limited to two hours each.  The depositions of Mr.
Berenstein and the 30(b)(6) depositions for Defendants Xandros and LGP are
limited to one hour each.  The depositions should proceed telephonically
unless the parties agree to another procedure.  The subject matter of the
deposition is not limited to arbitrability of this dispute.

Plaintiff may obtain responses to ten requests for documents directed to a
particular party.  The requests are limited to the time period from August 1,
2001, through December 31, 2001.  The subject matter of the requests is
limited to the Strategic Alliance Agreement, promissory notes, side
agreements and similar items.

DATE: August 14, 2003         IT IS SO ORDERED:

                                          Ruben B. Brooks,
                                          U.S. Magistrate Judge
cc: Judge Moskowitz                       INITIALS: VL (mg/dl)  Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\LINDOW3\MINUTE02.wpd

Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

**Paul**Hastings

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Diego
San Francisco
Stamford
Tokyo
Washington, D.C.

(858)720-2820
colestuart@paulhastings.com

September 9, 2003                                                      45326.00004

VIA FACSIMILE AND U.S. MAIL

Andrew W. Robertson
LaBella & McNamara
401 West "A" Street
Suite 2300
San Diego CA 92101

Re:   *Lindows.com, Inc. v. Xandros, Inc., et al.*
      USDC Case No. 02 CV 2460 BTM(RBB)

Dear Mr. Robertson:

This will confirm your agreement to have all remaining documents delivered to this office by end of this week, preferably by Wednesday, September 10, 2003, and that the depositions of Messrs. Bego, Berenstein and Roseman will take place on September 18 or 19, 2003. The deposition will begin at 9:00 a.m. PST and continue until completion of allotted time. If you disagree with any of the above, please contact me immediately.

Sincerely,

Colbern C. Stuart III
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

SAN/73418.1

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO           1016
CONNECTION TEL         ##181918##16196969269#
CONNECTION ID
ST. TIME           09/09 09:12
USAGE T            00'23
PGS. SENT          2
RESULT             OK
```

**Paul, Hastings, Janofsky & Walker** LLP
12390 El Camino Real, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / www.paulhastings.com

# Paul Hastings

## FACSIMILE TRANSMISSION

| from: | facsimile: | telephone: | initials: |
|-------|-----------|-----------|-----------|
| Cole Stuart | (858) 720-2555 | (858)720-2820 | CS1 |

| client name: Lindows.com | client matter number: 45326.00004 |
|---|---|
| date: September 9, 2003 | pages (with cover): 2 |

| to: | company/office: | facsimile: | telephone: |
|-----|----------------|-----------|-----------|
| Andrew W. Robertson | LaBella & McNamara | 619 696 9269 | 619 696 9200 |

comments:



# LA BELLA & MCNAMARA, LLP

September 15, 2003

**Andrew W. Robertson**
arobertson@labellamcnamara.com

*Via Facsimile and U.S. Mail*

Colbern C. Stuart, III
Paul Hastings Janofsky & Walker, LLP
12390 El Camino Real
San Diego, CA 92130

    Re:   *Lindows. com v. Xandros*
           **Our File No. 1033.001**

Dear Cole:

    In light of the proceedings before Judge Moskovitz on Friday, we suggest to you that it is not appropriate to proceed with any further discovery until after the settlement meeting on October 30. The net of the hearing on Friday was that Defendants' motion is to be taken off calendar without prejudice to being renewed if the settlement meeting is not successful. As such, there is technically no motion pending. How do we justify Plaintiff continuing with discovery under the circumstances?

    After the court hearing, you also suggested that you may wish to videotape the telephonic depositions which have have been scheduled for New York on September 18, 2003. In the event that such a suggestion was a serious one, I want to pass on our objection to any such procedure.

    The basic premise of telephonic depositions is to reduce expense and simplify the procedure. That was certainly the concept put forth by Magistrate Brooks in suggesting that the requested depositions be brief and by telephone. We did not agree that such telephonic depositions could also be by videotape and we submit that videotaping was not contemplated by Magistrate Brooks.

    We suggest that the appropriate and sensible approach at this point is to stay discovery pending the October 30 settlement meeting.

                Sincerely,

                Andrew W. Robertson

AWR:dgp

Los Angeles
TEL 619-696-9200 FAX 619-696-9269
4705 LAUREL CANYON BLVD., SUITE 205 STUDIO CITY, CA 91607

www.labellamcnamara.com

San Diego
TEL 619-696-9200 FAX 619-696-9269
401 WEST A STREET, SUITE 1430 SAN DIEGO, CA 92101
1150

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

LINDOW.COM v. XANDROS                Case No. 02cv2460 BEN (RBB)

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE          Rptr.

Attorneys

Plaintiffs                              Defendants

Colbern Stuart (present)                Andrew Robertson (present)

PROCEEDINGS: _____ In Chambers _____ In Court __X_ Telephonic

A telephonic discovery conference was held.

The Court indicated that there was no prohibition to recording the
depositions previously ordered by stenographer or videographer.

DATE:  October 23, 2003          IT IS SO ORDERED: _____
                                                Ruben B. Brooks,
cc:  Judge Moskowitz                            U.S. Magistrate Judge
     All Parties of Record               INITIALS: VL (mq/dl)  Deputy

X:\COMMON\BROOKS\CASES\LINDOWS\MINUTE04.wpd



# LA BELLA & MCNAMARA, LLP

October 28, 2003

Andrew W. Robertson
arobertson@labellamcnamara.com

*Via Facsimile*

Colbern C. Stuart, III
Paul Hastings Janofsky & Walker, LLP
12390 El Camino Real
San Diego, CA 92130

Re:  ***Lindows. com v. Xandros***
      **Our File No. 1033.001**
      <u>**Scheduling – Depositions and Settlement Conference**</u>

Dear Cole,

As discussed by phone, we are proceeding with the plan that Mr. Bego will be available at your New York offices for the telephonic deposition at noon EST in New York tomorrow followed by Messrs Roseman and Berenstein who will arrive at approximately 2:30 pm EST.

As also discussed, it has become unexpectedly unworkable for an appropriate representative of Defendants to be physically present in San Diego for the parties' proposed voluntary settlement conference on October 30, 2003 before Magistrate Brooks. The Company had initially planned for Mr. Roseman to be present, but he is in the midst of his re-election campaign as the incumbent mayor of Carlstadt, New Jersey. As the campaign has unfolded, it is simply not feasible for him to make the trip to San Diego.

Mr. Berenstein would be Mr. Roseman's logical substitute, but he is scheduled for surgery on Friday October 31 and can not realistically be in San Diego the day before, particularly in light of the irregular travel situation in and out of San Diego due to the fires. Mr. Berenstein could, however, be available by telephone at the appointed hour on Thursday or in person on a date to be selected in the near future.

Given that this was to be a voluntary settlement conference, Defendants' motion to compel is now off calendar, and Lindows people are in San Diego, there is no prejudice to Lindows if the settlement discussions take place at a later date.

Los Angeles

TEL 819-696-9200  FAX 819-696-9269

4705 LAUREL CANYON BLVD., SUITE 205 STUDIO CITY, CA 91607

www.labellamcnamara.com

San Diego

TEL 819-696-9200  FAX 819-696-9269

401 WEST A STREET, SUITE 2300 SAN DIEGO, CA 92101



LA BELLA &
MCNAMARA, LLP

Mr. Colburn C. Stuart, III
October 28, 2003
Page 2

    We have advised Magistrate Brook's office of the situation. We are prepared to
proceed with Mr. Berenstein available by telephone if you would like and if Magistrate
Brooks is agreeable.

                                    Sincerely,

                                    Andrew W. Robertson

**LEGALINK**
A WORDWAVE COMPANY

LegaLink San Diego
550 West C Street
Suite 1440
San Diego, CA 92101

tel (   ) 544-8344
tel (800) 544-3656
fax (619) 544-8345
www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 19006738 | 11/14/2003 | 1905-1009880 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/29/2003 | LNY | |

| CASE CAPTION |
|---|
| Lindows vs. Xandros |

| TERMS |
|---|
| Due upon receipt |

Cole Stuart
Paul, Hastings, Janofsky & Walker
3579 Valley Centre Drive
San Diego, CA 92130

---

NONAPPEARANCE OF WITNESS:
    Nonappearance of Michael Bego                                    169.80

ORIGINAL TRANSCRIPT OF:
    William Jay Roseman                                              837.70

                                    **TOTAL  DUE  >>>>**          1,007.50

LegaLink has a new logo and a new website! Visit www.legalink.com to see our new look
and all of the great services available to you.

---

TAX ID NO.: 33-0186987                              (858) 720-2500   Fax (858) 720-2555

*Please detach bottom portion and return with payment.*

Cole Stuart
Paul, Hastings, Janofsky & Walker
3579 Valley Centre Drive
San Diego, CA 92130

```
Invoice No.:  19006738
Date      :  11/14/2003
TOTAL DUE :   1,007.50


Job No.   :  1905-1009880
Case No.  :
Lindows vs. Xandros
```

Remit To:    **LegaLink San Diego**
             **550 West C Street, Suite 1440**
             **San Diego, CA 92101**

1

```
 1

 2                    UNITED STATES DISTRICT COURT

 3                   SOUTHERN DISTRICT OF CALIFORNIA

 4      --------------------------------x

 5      LINDOWS.COM, INC., a Delaware
        corporation,
 6
                                    Plaintiff,
 7                                            Case No. 02
                                              CV 2460 BTM(RBB)
 8
                     -against-
 9
        XANDROS, INC., a Delaware corporation;
10      LINUX GLOBAL PARTNERS, INC., a Delaware
        corporation; MICHAEL BEGO, an individual;
11      WILLIAM JAY ROSEMAN, an individual,

12                                  Defendants.

13      --------------------------------x

14                                  October 29, 2003
                                    3:00 p.m.
15

16          Noticed deposition of MICHAEL BEGO, taken by

17      Plaintiff, pursuant to notice, at the offices of

18      Paul Hastings Janofsky & Walker LLP, 75 East 55th

19      Street, New York, New York, before Jack Finz, a

20      Certified Shorthand Reporter and Notary Public

21      within and for the State of New York.

22

23

24

25
```

2

```
 1

 2    A P P E A R A N C E S:

 3        PAUL HASTINGS JANOFSKY & WALKER LLP
          Attorneys for Plaintiff
 4            12390 El Camino Real
              San Diego, California 92130
 5
          BY:   COLBERN C. STUART III, ESQ.
 6

 7        LaBELLA & McNAMARA, LLP
          Attorneys for Defendants
 8            401 West "A" Street
              San Diego, California 92101
 9
          BY:   ANDREW W. ROBERTSON, ESQ.
10

11    ALSO PRESENT:

12        FREDERICK BERENSTEIN

13        WILLIAM JAY ROSEMAN

14        JAMES T. BRADY, Videographer

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1
 2              MR. STUART:  This is Colbern C.
 3   Stuart, counsel for plaintiff Lindows.com in this
 4   action entitled Lindows.com against Xandros,
 5   Inc., et al.  It is pending in the United States
 6   District Court, Southern District of California,
 7   Case No. 02 CV 2460 BTM(RBB).
 8              Off the record and prior to this
 9   deposition transcript being created, counsel for
10   defendants, Mr. Andy Robertson, and myself have
11   had a conversation.  Apparently one of the
12   witnesses who was noticed to appear today, Mr.
13   Michael Bego, is not able to attend this
14   deposition at the time and date noticed and
15   agreed upon by counsel.
16              We are going on the record to make a
17   record of his failure to appear and to preserve
18   all objections to Mr. Bego's failure to appear.
19              The history of Mr. Bego's appearance
20   and agreement to appear was based upon counsel's
21   representation at a hearing before Magistrate
22   Brooks at last week's telephonic hearing, at
23   which Mr. Robertson represented that defendants
24   would produce Mr. Bego actually before tomorrow's
25   settlement conference, and Mr. Bego has not yet
```

4

1

2    been produced.

3              I want to make a note of Exhibit 3 --

4              MR. ROBERTSON:  So the record is

5    complete, that's 100 percent irrelevant.  Mr.

6    Bego is not here because he had schedule and

7    other difficulties.  He will be produced at a

8    suitable time and place in the very near future.

9    Today just didn't work for multiple reasons.

10             MR. STUART:  I would like to note for

11   the record Exhibit 3, which has been previously

12   marked, is the renotice of the deposition of

13   Michael Bego.

14             (Time noted:  3:05 p.m.)

15

16

17

18

19

20

21

22

23

24

25

5

```
 1
 2                    C E R T I F I C A T E
 3    STATE OF NEW YORK   )
 4                        : ss.
 5    COUNTY OF NEW YORK  )
 6
 7              I, JACK FINZ, a Certified Shorthand
 8    Reporter and Notary Public within and for the
 9    State of New York, do hereby certify:
10              That I appeared to report the
11    deposition of MICHAEL BEGO and made a record of
12    the proceedings.
13              I further certify that I am not
14    related to any of the parties to this action by
15    blood or marriage, and that I am in no way
16    interested in the outcome of this matter.
17              IN WITNESS WHEREOF, I have hereunto
18    set my hand this ____ day of _____, 2003.
19
20              _____
21                        JACK FINZ, C.S.R.
22
23
24
25
```

Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

## ...aulHastings

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Diego
San Francisco
Stamford
Tokyo
Washington, D.C.

(858) 720-2820
colestuart@paulhastings.com

November 7, 2003                                                                 45326.00004

VIA FACSIMILE AND U.S. MAIL

Andrew W. Robertson
LaBella & McNamara
401 West "A" Street
Suite 1150
San Diego CA 92101

Re:   *Lindows.com v. Xandros, Inc., et al.*
      USDC Case No. 02 CV 2460 JH(RBB)

Dear Mr. Robertson:

As of this afternoon we have not heard from you regarding several outstanding issues.
First, you have on several occasions agreed to provide the "cap sheets" and stock
certificates for the various investments identified in the depositions of Messrs. Roseman
and Berenstein. We have not received these documents.

Second, you agreed to make Mr. Bego available for deposition "promptly" after he failed
to appear for his October 29, 2003 deposition. As of today, you have not provided any
dates on which Mr. Bego is available. Please do so as soon as possible.

Third, though you on three separate occasions promised to identify an auditor to examine
Lindows.com's books--originally by Friday, November 1, then again by Monday,
November 4, and yet again by today, November 7--you still have not done so.
Lindows.com remains willing to make its books and records available for audit pursuant
to the relevant provisions of the Strategic Alliance Agreement upon your identification of
an auditor acceptable to Lindows.com. As it appears that your client is not serious about
conducting an audit, be advised that Lindows.com will not delay prosecution of the
litigation based upon your clients' failure or refusal to undertake an audit.

Though Lindows.com agreed to attempt to resolve this case at the October 30, 2003
Settlement Conference, your clients failed to send a representative to that conference even
though the CEO of Xandros, Inc., Mr. Andreas Typaldos, was apparently available to
attend. As you know, we consider your clients' refusal to participate in settlement
negotiations as a bad faith tactic designed only to delay the litigation.

Lindows.com can no longer tolerate your clients' continuous pattern of delay. Therefore,
as your clients have not responded to the First Amended Complaint, please be advised

SAN/77381.1

Paul*Hastings*

Andrew W. Robertson
November 7, 2003
Page 2

that if your clients do not appear or otherwise respond to the First Amended Complaint
by Friday, November 14, 2003, Lindows.com will request that the Court promptly enter
your clients' default.  I have been instructed that Lindows.com will not grant an extension
of time to respond to the First Amended Complaint.

Thank you for your prompt attention to this matter.

Sincerely,

Colbern C. Stuart III
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

SAN/77581.1

**Paul, Hastings, Janofsky & Walker** LLP
12390 El Camino Real, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / www.paulhastings.com

# Paul*Hastings*

### FACSIMILE TRANSMISSION

| | | | |
|---|---|---|---|
| *from:* | *facsimile:* | *telephone:* | *initials:* |
| Colbern C. Stuart III | (858) 720-2555 | (858) 720-2820 | CS1 |

*client name:* Lindows.com, Inc.          *client matter number:*   45326.00004

*date:*  November 7, 2003          *pages (with cover):*   3

| *to:* | *company/office:* | *facsimile:* | *telephone:* |
|---|---|---|---|
| Andrew W. Robertson | LaBella & McNamara | 619 696 9269 | 619 696 9200 |

*comments:*

**If you do not receive all pages, please call immediately Facsimile Center: (858) 720-2500**

*This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.*

1  LA BELLA & McNAMARA LLP
   THOMAS W. McNAMARA (SBN 127280)
2  ANDREW W. ROBERTSON (SBN 062541)
   401 West "A" Street, Suite 2300
3  San Diego, California 92101
   (619) 696-9200
4
   Attorneys for Defendants XANDROS, INC.; LINUX GLOBAL
5        PARTNERS, INC.; MICHAEL BEGO; WILLIAM JAY
         ROSEMAN
6

7

8                 UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  LINDOWS.COM, INC., a Delaware          )  Case No.: 02 CV 2460 JAH (RBB)
    corporation,                           )
12                                         )
              Plaintiff,                   )  NOTICE OF RENEWED MOTION TO
13                                         )  COMPEL ARBITRATION AND DISMISS
       v.                                  )  OR STAY ACTION
14                                         )
    XANDROS, INC., a Delaware corporation; )
15  LINUX GLOBAL PARTNERS, INC., a         )
    Delaware corporation; MICHAEL BEGO,    )
16  an individual; WILLIAM JAY ROSEMAN,    )  Date:    January 9, 2004
    an individual,                         )  Time:    2:00 p.m.
17                                         )  Courtroom: F, 1st Floor
              Defendants.                  )  Judge:   Hon. John A. Houston
18                                         )
                                           )
19  _____ )

20

21  TO PLAINTIFF LINDOWS.COM AND ITS ATTORNEYS OF RECORD:

22          PLEASE TAKE NOTICE that on January 9, 2004 at 2:00 p.m. in Courtroom F,

23  1st Floor, of the United States District Court, Southern District of California, located at

24  880 Front Street, San Diego, California 92101, Defendants XANDROS, INC.; LINUX

25  GLOBAL PARTNERS, INC.; MICHAEL BEGO; and WILLIAM JAY ROSEMAN

26  ("Defendants") will renew their previous motion, filed February 19, 2003, for an order

27  compelling Plaintiff Lindows.com ("Plaintiff") to submit its claims to binding arbitration.

28  Defendants further request that this action be dismissed, or in the alternative, stayed

                                              02-CV-2460 (JAH)
                                        Notice of Renewed Motion to Compel
                                        Arbitration and Dismiss or Stay Action

1    pending such arbitration.

2           This motion is made upon the grounds that Plaintiff is a party to an agreement

3    which contains a dispute resolution provision which provides that the claims raised in

4    Plaintiff's Complaint be resolved through arbitration.

5           This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(1) and

6    the Federal Arbitration act, 9 U.S.C. §§ 1, et seq., and will be based on this Notice of

7    Renewed Motion, the Memorandum of Points and Authorities and the Declaration of

8    Michael Bego filed February 19, 2003 and the papers, records and documents on file

9    in this matter and such oral and documentary evidence as may be presented at the

10   hearing on this motion.

11          Defendants previously moved for arbitration by a motion filed February 19,

12   2003. Following oral argument on May 7, 2003, the Court indicated that it would

13   require a brief evidentiary hearing and continued the motion for that purpose. At a

14   hearing on September 12, 2003, the Court advised counsel that since the motion had

15   not been ruled on within six months and requested that counsel stipulate to the

16   withdrawal of the motion without prejudice to its being re-filed.

17          By a Stipulation and Order filed and entered September 18, 2003, a copy of

18   which is attached to this Notice as Exhibit A, the parties stipulated and the Court

19   ordered that Defendants' motion to compel arbitration be withdrawn without prejudice

20   to its re-filing and set November 10, 2003 as the date by which Defendants were to

21   respond to the First Amended Complaint or re-file their motion to compel arbitration.

22

23

24

25

26

27

28
                                         2

02-CV-2460 (JAH)
Notice of Renewed Motion to Compel
Arbitration and Dismiss or Stay Action

1    By an Order dated October 21, 2003, this case was transferred from Hon.

2   Barry T. Moskowitz to Hon. John A;. Houston.

3

4   DATED: November 10, 2003              La BELLA & McNAMARA, LLP

5                                         THOMAS W. MCNAMARA
                                          ANDREW W. ROBERTSON
6
                                          By _____
7                                             Andrew W. Robertson
                                              Attorneys for Defendants XANDROS,
8                                             INC.; LINUX GLOBAL  PARTNERS,
                                              INC.; MICHAEL BEGO; WILLIAM JAY
9                                             ROSEMAN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

02-CV-2460 (JAH)
Notice of Renewed Motion to Compel
Arbitration and Dismiss or Stay Action

# **Exhibit A**

1 | COLBERN C. STUART, III (SBN 177897)
JAMES P. CONLEY (SBN 216639)
2 | PAUL, HASTINGS, JANOFSKY & WALKER LLP
12390 El Camino Real
3 | San Diego, CA 92130
Telephone: (858) 720-2500
4 | Facsimile: (858) 720-2555

5 | Attorneys for Plaintiff
LINDOWS.COM, INC.
6

7

FILED

03 SEP 18 PM 1:55

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

ORIGINAL

8 |                 UNITED STATES DISTRICT COURT

9 |                SOUTHERN DISTRICT OF CALIFORNIA

10

11 | LINDOWS.COM, INC., a Delaware          CASE NO. 02 CV 2460 BTM (RBB)
   corporation,
12 |                                         STIPULATION AND [PROPOSED]
                          Plaintiff,        ORDER REGARDING MOTION TO
13 |                                         COMPEL ARBITRATION AND DISMISS
          vs.                               OR STAY ACTION
14 |
   XANDROS, INC., a Delaware
15 | corporation; LINUX GLOBAL
   PARTNERS, INC., a Delaware
16 | corporation; MICHAEL BEGO, an
   individual; WILLIAM JAY ROSEMAN,
17 | an individual.,

18 |                     Defendants'.

19
            Pursuant to the September 12, 2003 Status Hearing, the parties hereto
20
   LINDOWS.COM, INC., XANDROS, INC., LINUX GLOBAL PARTNERS, INC., MICHAEL
21
   BEGO, and WILLIAM JAY ROSEMAN by and through their respective counsel hereby
22
   submit this Stipulation and [Proposed] Order Regarding Defendants' Motion to Compel
23
   Arbitration and Dismiss or Stay Action:
24
            1.     WHEREAS Plaintiff Lindows.com, Inc. ("Plaintiff"), filed its Complaint on
25
   December 13, 2002;
26

27

28 | C:\Documents and Settings\cstuart\Local Settings\Temporary      1                    02 CV 2460 BTM(RBB)
   Internet Files\OLK8\V739{6v1.DOC

41

2.	WHEREAS Defendants' Xandros, Inc., Linux Global Partners, Inc., Michael Bego, and William Jay Roseman ("Defendants'") responded to the Complaint on February 19, 2003 with a Notice of Motion and Motion to Compel Arbitration and Dismiss or Stay Action;

3	WHEREAS the Court heard oral argument regarding Defendants' Motion to Compel Arbitration and Dismiss or Stay Action on May 5, 2003;

5.	WHEREAS on May 16, 2003 the Court set a further evidentiary hearing on Defendants' Motion to Compel Arbitration and Dismiss or Stay Action for July 14, 2003;

6.	WHEREAS the parties thereafter stipulated, and the Court orded, that the July 14, 2003 evidentiary hearing be continued until September 12, 2003;

7.	WHEREAS on August 14, 2003, the parties attended a discovery conference before Hon. Ruben B. Brooks, Magistrate Judge, who, at the request of the parties, set a Settlement Conference for October 30, 2003;

8.	WHEREAS prior to and at the September 12, 2003 Status Conference/Evidentiary Hearing, the parties advised the Court of their mutual desire to devote resources toward settlement of this matter rather than the merits of Defendants' Motion in hopes that an informal resolution may be reached at the October 30, 2003 Settlement Conference;

9.	WHEREAS the Court has set a Status Conference for Tuesday, November 11, 2003 at 11:45 a.m., at, or prior to which the parties will advise the Court of the result of the October 30, 2003 Settlement Conference and whether there remains a need for further motion practice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among all parties by and through their counsel of record as follows:

1.	Defendants' pending Motion to Compel Arbitration and Dismiss or Stay Action is hereby withdrawn without prejudice to Defendants' re-filing said motion;

2	02 CV 2460 BTM(RBB)

1

2

3

4        2.      Defendants' shall have up to and including November 10, 2003 to respond

5   to Plaintiff's First Amended Complaint or to re-file the Notice of Motion and Motion to Compel

6   Arbitration and Dismiss or Stay Action as permitted under Federal Rules of Civil Procedure.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   DATED: September 16, 2003           PAUL, HASTINGS, JANOFSKY & WALKER LLP

2

3                                       By: _____
                                             COLBERN C. STUART III
4

5   Attorneys for Plaintiff
    LINDOWS.COM, INC.

6

7   DATED: September ___, 2003          La BELLA & McNAMARA, LLP

8

9                                       By: _____
                                             ANDREW W. ROBERTSON
10

11  Attorneys for Plaintiff
    XANDROS, INC.; LINUX GLOBAL PARTNERS, INC.;
12  MICHAEL BEGO; and WILLIAM JAY ROSEMAN

13

14                          **ORDER**

15  IT IS SO ORDERED. *that the Stipulation is approved. The pending*
16  *motion to compel arbitration shall be taken off calendar as*
17  *withdrawn, without prejudice as set forth herein.*

    DATED: September *17*, 2003         *Barry T.J. Moskowitz*
18                                       Honorable, Barry Ted Moskowitz
                                         United States District Court Judge
19

20

21

22

23

24

25

26

27

28
    C:\Documents and Settings\cstuart\Local Settings\Temporary          4                    02 CV 2460 BTM(RBB)
    Internet Files\OLK0\73916v1.DOC

1  DATED: September 16, 2003        PAUL, HASTINGS, JANOFSKY & WALKER LLP

2

3                                   By: _____
                                           COLBERN C. STUART III
4

5  Attorneys for Plaintiff
   LINDOWS.COM, INC.

6

7  DATED: September 18, 2003        La BELLA & McNAMARA, LLP

8

9                                   By: _____
                                           ANDREW W. ROBERTSON
10

11 Attorneys for Plaintiff
   XANDROS, INC.; LINUX GLOBAL PARTNERS, INC.;
12 MICHAEL BEGO; and WILLIAM JAY ROSEMAN

13

14                                  **ORDER**

15 IT IS SO ORDERED.

16

17 DATED: September ___, 2003

18                                  _____
                                    Honorable, Barry Ted Moskowitz
19                                  United States District Court Judge

20

21

22

23

24

25

26

27

28
   C:\Documents and Settings\stuart\Local Settings\Temporary
   Internet Files\OLKB\17591 6v1.DOC          4                    02 CV 2460 BTM(RBB)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,   ) | Case No.: 02 CV 2460 JAH (RBB) |
|         ) | |
|       Plaintiff,   ) | |
|         v.   ) | |
|         ) | **DECLARATION OF SERVICE** |
| XANDROS, INC., a Delaware corporation; LINUX   ) | |
| GLOBAL PARTNERS, INC., a Delaware   ) | |
| corporation; MICHAEL BEGO, an individual;   ) | Person served: Counsel for Plaintiff |
| WILLIAM JAY ROSEMAN, an individual,   ) | |
|         ) | Date served:    November 10, 2003 |
|       Defendants.   ) | |
|         ) | |

I, the undersigned, declare under penalty of perjury that I am over eighteen years of age and not a party to this action; that I served the above-named person the following documents: **NOTICE OF RENEWED MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY ACTION** in the following manner (check one):

1)    ____By personally delivering copies to the person served.

2)    ____By causing copies to be delivered, during usual office hours, to the office of the person served at the address listed below and left with the person who apparently was in charge.

3)    ____By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)    ___/___By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California on November 10, 2003.

         Colburn Stuart, Esq.
         Paul Hastings Janofsky & Walker
         3579 Valley Centre Drive
         San Diego, CA 92130

5)    ___/___By causing such document to be transmitted by facsimile machine to the office(s) of the parties indicated below. The facsimile machine used complied with Rule 2003 and no error was reported by the machine.

         Colburn Stuart, Esq.
         Paul Hastings Janofsky & Walker
         3579 Valley Centre Drive
         San Diego, CA 92130
         Tel: (858) 720-2500
         Fax: (858) 720-2555

Executed on November 10, 2003, at San Diego, California.

                           _Annie S. Parrish_ (signature)
                           Annie S. Parrish

# LA BELLA &
# MCNAMARA, LLP

November 12, 2003

Andrew W. Robertson
arobertson@labellamcnamara.com

*Via Facsimile and US Mail*
Colbern C. Stuart, III, Esq.
Paul, Hastings, Janofsky & Walker, LLP
3579 Valley Centre Drive
San Diego, CA  92130

Re:   *Lindows. com v. Xandros*
Our File No. 1033.001

Dear Cole:

We write to bring you current on the following:

1. **Michael Bego Deposition**. Mr. Bego has now provided us a date of Thursday November 20, 2003 at 4pm EST at the Paul Hastings office in New York City.  Please advise if that is acceptable.

2. **Sales Audit**. The Company designates Matranga & Correia of San Diego to perform the sales audit of Lindows sales pursuant to the SAA. The Matranga firm is located at 4180 La Jolla Village Drive, Suite 470, La Jolla, CA.  Joe Matranga will be the partner in charge. Please advise when he may commence. It would be helpful if the Company first delivered to us its own internal summary of sales.

3. **Cap Charts**. During his deposition, Mr. Roseman, identified a document he referred to as a "Cap Chart" which would reflect stock ownership in Xandros and LGP. The Company advises that it will deliver such charts by week's end — upon receipt, I will provide copies to you.

Sincerely,

Andrew W. Robertson

AWR:jch

401 West "A" Street, Suite 1150 ◆ San Diego, CA 92101
(619) 696-9200 ◆ (619) 696-9269 (FAX)

Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

**⌐ul Hastings**

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Diego
San Francisco
Stamford
Tokyo
Washington, D.C.

(858)720-2820
colestuart@paulhastings.com

November 18, 2003                                      45326.00004

**VIA FACSIMILE AND U.S. MAIL**

Andrew W. Robertson
LaBella & McNamara
401 West "A" Street, Suite 1150
San Diego CA 92101

Re:     *Lindows.com v. Xandros, Inc., et al.*
        USDC Case No. 02 CV 2460 JH(RBB)

Dear Mr. Robertson:

This will confirm that we are available to take the videotaped deposition of your client
Michael Bego on Thursday, November 20, 2003 at 4:00 Eastern in our New York office.
Please direct Mr. Bego to inform the receptionist he is attending a deposition in the case
when he arrives.

This will also notify you that I have yet to receive the "cap sheets" or stock certificates
which you and your client agreed to produce by last Friday, November 14, 2003. Please
produce these items before Mr. Bego's deposition or we will have no choice but to raise
the issue with Magistrate Brooks.

Regarding Xandros' request to conduct an audit of Lindows.com's sales receipts, my client
has requested that Xandros follow the procedure for accomplishing the audit as provided
in paragraph 4.6 of the Strategic Alliance Agreement.

Please call with any questions.

Sincerely,

Colbern C. Stuart III
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

SAN/77922.1

Paul, Hastings, Janofsky & Walker LLP
12390 El Camino Real, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / www.paulhastings.com

aulHastings

## FACSIMILE TRANSMISSION

| from: | facsimile: | telephone: | initials: |
|---|---|---|---|
| Colbern C. Stuart III | (858) 720-2555 | (858) 720-2820 | CS1 |

| | | | |
|---|---|---|---|
| client name: Lindows.com, Inc. | | client matter number: | 45326.00004 |
| date: November 18, 2003 | | pages (with cover): | 2 |

| to: | company/office: | facsimile: | telephone: |
|---|---|---|---|
| Andrew W. Robertson | LaBella & McNamara | 619 696 9269 | 619 696 9200 |

comments:

*If you do not receive all pages, please call immediately Facsimile Center: (858) 720-2500*

*This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified tha any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication i error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Post Service. Thank you.*



# LA BELLA &
# MCNAMARA, LLP

November 19, 2003

**Andrew W. Robertson**
arobertson@labellamcnamara.com

*Via Facsimile and U.S. Mail*

Colbern C. Stuart, III
Paul Hastings Janofsky & Walker, LLP
12390 El Camino Real
San Diego, CA 92130

    Re:   *Lindows. com v. Xandros*
            **Michael Bego Deposition**

Dear Cole:

      I have received a message from Michael Bego that he can not be available for a deposition tomorrow. As we reported previously, he is no longer employed by the Company and there remain some open issues between them. Until those issues are resolved, he is not comfortable proceeding and there exists the possibility of a conflict between him and the Company which could make our representation of him inappropriate.

      We will secure alternative dates and pass them on to you.

                     Sincerely,

                     Andrew W. Robertson

AWR:ap

Los Angeles
TEL 619-696-9200  FAX 619-696-9269
4705 LAUREL CANYON BLVD., SUITE 205 STUDIO CITY, CA 91607

www.labellamcnamara.com

San Diego
TEL 619-696-9200  FAX 619-696-9269
401 WEST A STREET, SUITE 2300 SAN DIEGO, CA 92101

Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

## ..ul Hastings

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Diego
San Francisco
Stamford
Tokyo
Washington, D.C.

(858)720-2820
colestuart@paulhastings.com

November 20, 2003                                                  45326.00004

VIA FACSIMILE AND U.S. MAIL

Andrew W. Robertson
LaBella & McNamara
401 West "A" Street, Suite 1150
San Diego CA 92101

Re:    *Lindows.com v. Xandros, Inc., et al.*
       USDC Case No. 02 CV 2460 JH(RBB)

Dear Mr. Robertson:

We received yesterday evening the facsimile notice that Mr. Bego is refusing to appear at
his deposition scheduled for today. This is the third occasion Mr. Bego has refused to
appear at the time and date you and he had agreed to appear and the most recent of over a
dozen similar discovery delays attempted by your clients. As a result of these repeated
failures to appear or last-minute cancellations, my client has incurred unnecessary costs
and attorney's fees in connection with Mr. Bego's actions and has been prevented from
conducting the discovery ordered by both Judge Moskowitz and Magistrate Brooks.

We fail to understand your explanation for your failure to produce Mr. Bego--while you
claim that "there exists the possibility of a conflict between him and the Company which
could make our representation of him inappropriate", just last week you filed a motion on
behalf of *all* defendants, including Mr. Bego, in which you asserted that you represented
Mr. Bego. Moreover, the "potential conflict" excuse given in your November 19 letter is
the same excuse you gave in your last refusal to produce Mr. Bego in your letter of
October 30 (see attached). It therefore appears that you never in fact resolved the conflict
you first identified in your letter of October 30, but nevertheless re-filed Defendants'
motion to dismiss which relies on the declaration of the very witness you are refusing to
produce.

Your attempt to secrete Mr. Bego while at the same time filing a motion based solely on
his testimony is inappropriate and a direct violation of both Judge Moskowitz's and
Magistrate Brooks' orders in this regard. As you are refusing to produce Mr. Bego, we
demand that you immediately withdraw your motion to dismiss and the declaration of Mr.
Bego on which it is based. Further, we demand that you compensate Lindows.com for
your client's repeated failure and refusal to appear at deposition. Lindows.com has
presently expended in excess of $15,000 in costs and fees because of Mr. Bego's repeated
refusal to appear, delays, and cancellations.

Paul*Hastings*

Andrew W. Robertson
November 20, 2003
Page 2


If we have not received a satisfactory reply from you by Monday, November 24, we will
file a motion for sanctions against all defendants with the Court.

In response to your second letter of November 19, please see my facsimile to you of
yesterday requesting that your client comply with the requirements of the Strategic
Alliance Agreement regarding the audit. I am not authorized to act as an agent on
Lindows.com's behalf regarding the audit. I would therefore suggest that your client
contact them directly pursuant to the relevant sections of the Agreement.

Sincerely,

Colbern C. Stuart III
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

Enclosure

SAN/78109.1



# LA BELLA &
# MCNAMARA, LLP

November 24, 2003

**Andrew W. Robertson**
arobertson@labellamcnamara.com

*Via Facsimile and US Mail*

Colbern C. Stuart, III, Esq.
Paul, Hastings, Janofsky & Walker, LLP
3579 Valley Centre Drive
San Diego, CA  92130

      Re:   *Lindows. com v. Xandros*
            **Our File No. 1033.001**

Dear Cole:

    Michael Bego and the Company have both confirmed to us that there exists an unresolved dispute between the Company and Mr. Bego.  Due to that unresolved conflict, this will firm will not represent Mr. Bego going forward.

    Mr. Bego has authorized us to report to you that he can be available for the deposition by videoconference on either December  8 or 9, 2003 at 5:30 pm EST at the Paul, Hastings office in New York.  In the meantime, he will secure new counsel.  He has also told us that he will secure new counsel promptly and will do the deposition earlier, if at all possible.

           Sincerely,

           *Andrew W. Robertson /sp*

           Andrew W. Robertson

AWR:ap

Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

.ulHastings

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Diego
San Francisco
Stamford
Tokyo
Washington, D.C.

(858)720-2820
colestuart@paulhastings.com

November 24, 2003                                                          45326.00004


VIA FACSIMILE AND U.S. MAIL

Andrew W. Robertson
LaBella & McNamara
401 West "A" Street, Suite 1150
San Diego CA 92101

Re:     *Lindows.com v. Xandros, Inc., et al.*
        USDC Case No. 02 CV 2460 JH(RBB)

Dear Mr. Robertson:

We understand from your letter of this morning that you no longer represent Mr. Bego.
Please advise us of Mr. Bego's contact information or his current counsel as soon as
possible so that we may communicate with him.

We note that your letter fails to respond to our demand that your clients withdraw their
pending motion to dismiss. We believe that Mr. Bego's last-minute decision to retain
separate counsel further supports this demand. As I indicated, Mr. Bego's numerous
cancellations and failure to appear at his scheduled deposition have made it impossible for
Plaintiff to obtain the discovery ordered by Judge Moskowitz and Magistrate Judge
Brooks. We therefore reiterate our demand that your remaining clients withdraw the
motion to dismiss, which is based solely upon Mr. Bego's declaration, whom your clients
and former client have repeatedly failed and refused to produce.

Please be advised that unless your clients withdraw the pending motion and promptly file
an answer, we will move the court to exclude Mr. Bego's declaration as sanctions for his
repeated failures to appear.

SAN/78329.1

Paul*Hastings*

Andrew W. Robertson
November 24, 2003
Page 2

If you decline this request we would request that you be available to meet and confer this week in order to permit us to file the motion in a timely manner.

Sincerely,

Colbern C. Stuart III
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

Enclosure



# LA BELLA &
## MCNAMARA, LLP

December 2, 2003

**Andrew W. Robertson**
arobertson@labellamcnamara.com

***Via Facsimile and US Mail***

Colbern C. Stuart, III, Esq.
Paul, Hastings, Janofsky & Walker, LLP
3579 Valley Centre Drive
San Diego, CA 92130

      **Re:**   *Lindows. com v. Xandros*
             Our File No. 1033.001

Dear Cole:

    Michael Bego has authorized us to relate to you that December 9, 2003 at 4:30 p.m. EST is an available date for his teleconference deposition, and that he expects to have new counsel in place in the next day or two, such that he can proceed with the deposition on December 9, 2003. We have advised him that it is important that he resolve the representation issue promptly and that he do everything possible to complete the deposition on December 9, 2003.

    Your recent suggestion that Defendants withdraw their motion to compel arbitration is respectfully denied. The motion was well-taken when it was originally filed on February 19, 2003 and remains well-taken after being re-filed pursuant to the arrangement set forth in the Stipulation and Order filed September 18, 2003. The fact that Mr. Bego is now invoking his right to retain separate counsel has no impact on the merits of the motion. You will have a full opportunity to examine him on his Declaration at his deposition.

                    Sincerely,

                    Andrew W. Robertson

AWR:ap

401 West "A" Street, Suite 1150 ♦ San Diego, CA 92101
(619) 696-9200 ♦ (619) 696-9269 (FAX)

# LaBella & McNamara

### ATTORNEYS AT LAW
#### 401 West "A" Street, Suite 2300
#### San Diego, California 92101

### Telephone: (619) 696-9200   Facsimile: (619) 696-9269

## FAX TRANSMITTAL

Date: December 2, 2003     Time:   2:09 PM      File Number:     1033.001

Sender:   Andrew W. Robertson      Sender Number:   (619) 696-9200

If any problems with fax, please call at number listed above and ask for    Annie

| TO | PHONE NUMBER | FAX NUMBER |
|---|---|---|
| Colburn Stuart | (858) 720-2820 | (858) 720-2555 |
| | | |
| | | |
| | | |

TOTAL NUMBER OF PAGES INCLUDING THIS FORM:    2

DESCRIPTION OF DOCUMENT TRANSMITTED/INSTRUCTIONS:

### ORIGINAL WILL BE SENT VIA:

<u>x</u> MAIL    ____ FEDERAL EXPRESS    ____ MESSENGER    ____ WILL NOT BE SENT

NOTE: The information contained in this facsimile document is confidential and is intended only for the use of the individual named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone and return the original document to us at the above address via U.S. Mail. We will reimburse you for the postage. Thank you.

**Paul, Hastings, Jan & Walker LLP**
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

**ıulHastings**

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Diego
San Francisco
Stamford
Tokyo
Washington, D.C.

(858)720-2820
colestuart@paulhastings.com

December 5, 2003                                   45326.00004

VIA FACSIMILE AND U.S. MAIL

Andrew W. Robertson
LaBella & McNamara
401 West "A" Street, Suite 1150
San Diego CA 92101

Re:   *Lindows.com v. Xandros, Inc., et al.*
      USDC Case No. 02 CV 2460 JH(RBB)

Dear Mr. Robertson:

Per your most recent letter, this will confirm that Mr. Bego will be deposed on Tuesday,
December 9, 2003, at 4:30 EST at our New York offices. We will be conducting the
deposition via videoconference as with Mr. Roseman and Mr. Berenstein. Please ask Mr.
Bego's current counsel to contact me as soon as possible to confirm Mr. Bego will be
attending and to obtain his current counsel's contact information.

Sincerely,

Colbern C. Stuart III
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

SAN/79061.1

Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

**Paul Hastings**

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Diego
San Francisco
Stamford
Tokyo
Washington, D.C.

(858)720-2820
colestuart@paulhastings.com

December 9, 2003                                                                        45326.00004

VIA FACSIMILE AND U.S. MAIL

Edward C. Walton
Walton & Associates
402 West Broadway, Suite 1210
San Diego CA 92101

Re:    *Lindows.com v. Xandros, Inc., et al.*
       USDC Case No. 02 CV 2460 JH(RBB)

Dear Mr. Walton:

Thank you for speaking with me yesterday regarding your client's scheduled deposition
today. I understand that you are advising that Mr. Bego will not be appearing for his
deposition though Mr. Robertson advised last week that he would be available today. As
we discussed, the deposition of your client was specifically ordered by Magistrate Brooks
as well as Judge Moskowitz *months* ago. Nevertheless, Mr. Bego has failed or refused to
appear for deposition on four separate occasions while represented by former counsel, in
one case causing my client to incur court reporter fees and costs due to his refusal to
attend. We discussed that this situation is particularly problematic as Mr. Bego and other
defendants have filed a motion to dismiss the action which is solely based on your client's
declaration, which your client's former counsel has refused to withdraw despite Mr.
Bego's refusal to be available for deposition.

Your client's repeated refusal to comply with two court orders is contemptuous and
sanctionable conduct which causes obvious prejudice to Lindows.com. I advised you that
unless Defendants agree to withdraw the pending motion to dismiss as well as Mr. Bego's
declaration and promptly file an answer in this action, I have no choice but to move the
court for exclusionary and monetary sanctions. I appreciate your agreement to respond to
my suggestion as soon as you can speak with your client. I would appreciate your
response by no later than Thursday of this week.

SAN/79235.1

Edward C. Walton
December 9, 2003
Page 2

I look forward to your reply.

Sincerely,

Colbern C. Stuart III
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

LN/79235.1

```
*********************
***   TX REPORT   ***
*********************

NSMISSION OK

RX NO                  3897
NECTION TEL            ##364968##16192344144#
NECTION ID
  TIME                 12/09 01:36
GE T                   00'44
. SENT                    3
ULT                    OK
```

Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / www.paulhastings.com

## ACSIMILE TRANSMISSION

om: | facsimile: | telephone: | initials:
olbern C. Stuart III | (858) 720-2555 | (858) 720-2820 | CS1

ient name: Lindows.com          client matter number:   45326.00004
te:  December 9, 2003            pages (with cover):  3

|  | company/office: | facsimile: | telephone: |
| rd C. Walton | Walton & Associates | 619 234 4144 | 619 234 7422 |

ents:

COLBERN C. STUART, III (SBN 177897)
JAMES P. CONLEY (SBN 216639)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
12390 El Camino Real
San Diego, CA  92130
Telephone: (858) 720-2500
Facsimile:  (858) 720-2555

Attorneys for Plaintiff
LINDOWS.COM, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual., <br><br> Defendants. | CASE NO. 02 CV 2460 JH (RBB) <br><br> **PROOF OF SERVICE** |

***ORIGINAL***

SAN/66692.1

1

02 CV 2460 JH (RBB)

## **PROOF OF SERVICE**

I am employed in the City and County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is as follows: 12390 El Camino Real, San Diego CA 92130.

On December 15, 2003, I served the foregoing document(s) described as: See attached Exhibit A:

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Andrew W. Robertson | Edward C. Walton |
| LaBella & McNamara | Walton & Associates |
| 401 West A Street, Suite 1150 | 402 West Broadway, Suite 1210 |
| San Diego CA 92101 | San Diego, CA 92101 |

☐   **VIA OVERNIGHT MAIL:**

VIA _____:By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☐   **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on December 15, 2003 with postage thereon fully prepaid, at San Diego, California.

☒   **VIA PERSONAL DELIVERY:**

I caused to be served personally such sealed envelope(s) by hand to the addressee(s).

☐   **VIA FACSIMILE:**

The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to Facsimile # 619.696 9269 on December 15, 2003. **[Permitted by written agreement of the parties.]**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 15, 2003, at San Diego, California.

Chris Lessman
Type or Print Name

Signature

1

**EXHIBIT A TO PROOF OF SERVICE**

2

3   1.   **PLAINTIFF LINDOWS.COM'S OPPOSITION TO DEFENDANTS' EX
         PARTE APPLICATION TO CONTINUE HEARING ON MOTION TO
         COMPEL ARBITRATION**

4

5   2.   **DECLARATION OF COLBERN C. STUART IN SUPPORT OF
         PLAINTIFF LINDOWS.COM'S OPPOSITION TO DEFENDANTS' EX
         PARTE APPLICATION TO CONTINUE HEARING ON MOTION TO
         COMPEL ARBITRATION**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28