USDC SCAN INDEX SHEET

















KSR     12/18/03    13:11

3:02-CV-02460    LINDOWS.COM INC V. XANDROS INC

*54*

*RPLY.*

WALTON & ASSOCIATES
Edward C. Walton, Esq. (078490)
Lisa G. Taylor, Esq. (156381)
Justin E. D. Daily, Esq. (209772)
402 West Broadway, Suite 1210
San Diego, CA 92101
(619) 234-7422

Attorneys Specially Appearing for
Defendant MICHAEL BEGO

FILED
03 DEC 16 PM 3:23

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation, | CASE NO. 02 CV 2460 JAH (RBB) |
| Plaintiff, | REPLY MEMORANDUM OF DEFENDANT MICHAEL BEGO IN SUPPORT OF *EX PARTE* APPLICATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION; DECLARATION OF EDWARD C. WALTON |
| v. | |
| XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual, WILLIAM JAY ROSEMAN, an individual, | DATE: January 9, 2004<br>TIME: 10:00 a.m.<br>CTRM: F<br>JUDGE: Hon. John A. Houston |
| Defendants. | |

Defendant MICHAEL BEGO (hereinafter referred to as "BEGO"), joins in the Reply Memorandum filed by counsel for Defendants Xandros, Inc., Linux Global Partners, Inc., and William Jay Roseman in support of the *Ex Parte* Application to Continue Hearing on Defendants' Motion to Compel Arbitration.

In addition, Defendant BEGO notes that he is willing to have his deposition taken. At this time, however, he needs to be represented by new independent counsel so as to obviate the conflict of interest which has arisen for the La Bella & McNamara firm in representation of Mr. Bego and his co-defendants. The conflict is unfortunate, but real, and had to be resolved before Mr. BEGO could submit himself to deposition.

///
///

1  Defendant BEGO admits to being somewhat confused by the thirteen-page brief filed by counsel for
2  Plaintiff LINDOWS.COM, INC. in Opposition to the Ex Parte Application to Continue the Hearing Date
3  for the Motion to Compel Arbitration. It is Defendants, the moving parties, who have requested the
4  continuance of the date. The purpose of the request for continuance of the date is solely to accommodate
5  Plaintiff's desire to take the deposition of Mr. BEGO before Plaintiff has to file its Opposition, if any, to the
6  Motion to Compel Arbitration. Defendant BEGO is having tremendous difficulty finding the "prejudice" to
7  LINDOWS.COM, INC. in such a request. On the contrary, it appears that Plaintiff LINDOWS.COM, INC.
8  is attempting to maintain the current hearing date solely for the purpose of <u>creating</u> prejudice to itself so that
9  it can then "move to strike" the Declaration of Mr. BEGO as having not been subject to cross-examination.
10 Defendant BEGO respectfully submits that adopting the position of Plaintiff LINDOWS.COM, INC., and
11 this creating the prejudice that it claims to want to avoid would be inappropriate under the circumstances.

Respectfully Submitted,

Dated: December 16, 2003

WALTON & ASSOCIATES

By _____
Edward C. Walton,
Attorneys Specially Appearing for
Defendant MICHAEL BEGO

2

WALTON & ASSOCIATES
Edward C. Walton, Esq. (078490)
Lisa G. Taylor, Esq. (156381)
Justin E. D. Daily, Esq. (209772)
402 West Broadway, Suite 1210
San Diego, CA 92101
(619) 234-7422

Attorneys Specially Appearing for
Defendant MICHAEL BEGO

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation, | CASE NO. 02 CV 2460 JAH (RBB) |
| Plaintiff, | DECLARATION OF SERVICE |
| v. | |
| XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual, | DATE: January 9, 2004<br>TIME: 10:00 a.m.<br>CTRM: F<br>JUDGE: Hon. John A. Houston |
| Defendants. | |

I declare that: I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California; where this service occurs; and my business address is 402 West Broadway, Suite 1210, San Diego, California 92101. I further declare that I served the below named person(s) the following documents:

**REPLY MEMORANDUM OF DEFENDANT MICHAEL BEGO IN SUPPORT OF *EX PARTE* APPLICATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION; DECLARATION OF EDWARD C. WALTON**

///

///

1  in the following manner:

2  By transmitting via facsimile to the offices of each addressee as set forth below. Each transmission
3  was reported as complete and without error. A copy of each transmission report is attached to the original
4  declaration of service. And also by placing a copy in a separate envelope, for each addressee named
5  below. I then sealed each envelope and, with the postage thereon fully prepaid, either deposited each in
6  the United States Postal Service or placed each for collection and mailing on the date of execution of this
7  Declaration as indicated below, at San Diego, California, following ordinary business practices. I
8  further declare that I am readily familiar with the business' practice for collection and processing of
9  correspondence for mailing with the United States Postal Service pursuant to which practice the
10 correspondence will be deposited with the United States Postal Service this same day in the ordinary
11 course of business.

12 **ATTORNEY FOR PLAINTIFF:**
Colbern C. Stuart, III, Esq.
13 PAUL, HASTINGS, JANOFSKY & WALKER LLP
12390 El Camino Real
14 San Diego, CA 92130
Telephone No.: (858) 720-2500
15 Facsimile No.: (858) 720-2555

16 **ATTORNEY FOR DEFENDANTS -**
XANDROS, INC.; LINUX GLOBAL PARTNERS, INC.; and WILLIAM JAY ROSEMAN:
17 Andrew W. Robertson, Esq.
LaBELLA & McNAMARA, LLP
18 401 West "A" Street, Suite 2300
San Diego, CA 92101
19 Telephone No.: (619) 696-9200
Facsimile No.: (619) 696-9269
20

21 I declare under penalty of perjury under the laws of the State of California that the foregoing is
22 true and correct and that this Declaration is executed on this 16th day of December, 2003, in San Diego,
23 California.

24
25 Laura Crowther
26
27
28

2