USDC SCAN INDEX SHEET










```
KSR     12/23/03    13:01
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*56*
*O.*
```

FILED

03 DEC 22 PM 3:03

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*Ridgeway*

DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>                Plaintiff,<br>v.<br>XANDROS, INC., a Delaware corporation, et. al.,<br><br>                Defendants. | Civil No. 02cv2460 JH (RBB)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE HEARING DATE** |

      Pending before the Court is Defendants' ex parte application to continue the hearing on Defendants' motion to compel arbitration. Defendants' motion is currently set for hearing on January 9, 2004. Defendants seek to continue the hearing 21 days to provide Defendant Michael Bego time to obtain new counsel and allow Plaintiff to complete his deposition.[1] Defendants maintain a conflict arose between Defendant Bego and the corporate defendants necessitating separate counsel. Plaintiff opposes the application and requests an order of sanctions precluding Defendants from using "any and all declarations and oral testimony of Defendant Bego" in support of the motion to compel arbitration. Plaintiff further requests monetary sanctions pursuant to Fed. R. Civ. P. 37(d) for Defendant Bego's failure to appear for previously scheduled depositions.

      After thoroughly reviewing the papers and exhibits submitted, this Court finds

---

[1] The Honorable Ruben B. Brooks, Magistrate Judge, granted Plaintiff's request to take depositions of certain employees of Defendants, including Defendant Bego. See Doc. No. 37. Defendants submitted a declaration from Defendant Bego in support of their motion to compel arbitration.

56

02cv2460

Defendants' request reasonable. The Court further finds preclusion sanctions are not warranted. Based on Magistrate Judge Brooks' familiarity with the discovery issues involved here, Plaintiff's request for monetary sanctions is more appropriately brought before Judge Brooks. Accordingly, IT IS HEREBY ORDERED:

1. Defendants' joint request to continue the hearing on Defendants' motion to compel is **GRANTED**. The hearing is rescheduled to **January 30, 2004** at **2:00 p.m.**

2. Plaintiff's request for preclusion sanctions is **DENIED**.

3. Plaintiff's request for monetary sanctions is **DENIED without prejudice**.

Dated:    December 18, 2003

JOHN A. HOUSTON
United States District Judge

cc: Magistrate Judge Brooks
   All Counsel of Record