USDC SCAN INDEX SHEET

















KSR    1/28/04    8:52

3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC

*63*

*APPL.*

1   La BELLA & McNAMARA LLP
    THOMAS W. McNAMARA (SBN 127280)
2   ANDREW W. ROBERTSON (SBN 062541)
    401 West "A" Street, Suite 2300
3   San Diego, California 92101
    (619) 696-9200
4
    Attorneys for Defendants XANDROS, INC.; LINUX GLOBAL
5       PARTNERS, INC.; WILLIAM JAY
        ROSEMAN
6



7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  LINDOWS.COM, INC., a Delaware          )   Case No.:  02 CV 2460 JAH (RBB)
    corporation,                           )
12                                         )   ***EX PARTE* APPLICATION OF
                        Plaintiff,         )   DEFENDANTS XANDROS, INC., LINUX**
13                                         )   **GLOBAL PARTNERS, INC., AND**
           v.                              )   **WILLIAM JAY ROSEMAN TO**
14                                         )   **CONTINUE HEARING ON**
    XANDROS, INC., a Delaware corporation; )   **DEFENDANTS' MOTION TO COMPEL**
15  LINUX GLOBAL PARTNERS, INC., a         )   **ARBITRATION; DECLARATION OF**
    Delaware corporation; MICHAEL BEGO,    )   **ANDREW W. ROBERTSON**
16  an individual; WILLIAM JAY ROSEMAN,    )
    an individual,                         )   **Date:     January 30, 2004**
17                                         )   **Time:     2:00 p.m.**
                        Defendants.        )
18                                         )   **Ctrm.:   3**
                                           )   **Judge:  Hon. John A. Houston**
19                                         )
                                           )
20                                         )
                                           )
21  ─────────────────────────────────────

22  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23          Defendants Xandros, Inc., Linux Global Partners, Inc., and William Roseman

24  apply *ex parte* to again continue the hearing on Defendants' Motion to Compel

25  Arbitration, now set for January 30, 2004, for twenty-one (21) days to a date

26  convenient to the Court's calendar.  The application is made to provide an adequate

27  opportunity to complete the deposition of Michael Bego, whose Declaration was filed

28  in support of the motion, who has now secured separate counsel, and who has not



                                    1
                                                EX PARTE APPLICATION FOR ORDER TO CONTINUE
                                                HEARING ON  MOTION TO COMPEL ARBITRATION
                                                        02 CV 2460 JAH (RBB)

1   yet appeared for deposition.

2       This action was filed in December, 2002.  In February, 2003, all Defendants

3   moved to compel arbitration on the premise that the parties had contractually agreed

4   to arbitration.  Defendants have never received any ruling on the merits of that

5   motion.

6       Plaintiff has zealously opposed the motion for more than a year and has

7   subjected Defendants to a barrage of discovery, most of which was ultimately

8   rejected or substantially narrowed by Magistrate Brooks.  In the process, these

9   Defendants have been denied their bargained-for arbitration.  Instead, they have

10  been forced into just the sort of litigation quagmire that arbitration would have

11  prevented.  And all of this has taken place while a motion to dismiss has been

12  pending.

13      Now, nearly twelve months after the motion was filed, Plaintiff has filed a

14  virtual mountain of paper aimed at precluding any resolution on the merits because

15  Defendant Bego's two-hour telephonic deposition has not yet been taken.

16      On December 10, 2003, these Defendants sought to continue the hearing on

17  the renewed motion because Mr. Bego needed new counsel due to a conflict.  The

18  court granted that motion and continued the hearing to January 30, 2004.  Mr. Bego

19  has now finalized arrangements for new counsel, but new counsel has not yet been

20  able to produce him for deposition.  Rather than cooperate with counsel to continue

21  the hearing, Plaintiff has sought to preserve its right to claim prejudice by filing an

22  opposition to the motion and seeking to strike Bego's Declaration.

23      At a minimum, these Defendants are entitled to a ruling on the merits of their

24  motion.  The only true prejudice created by Bego's non-appearance is prejudice to

25  these moving parties if the motion is denied because Bego never appeared for

26  deposition.  There is no prejudice to Plaintiff if the hearing is continued.

27      These Defendants have no control over Bego and should not have their rights

28  prejudiced by his decision to secure new counsel and the attendant delay in his two-

2

EX PARTE APPLICATION FOR ORDER TO CONTINUE
HEARING ON MOTION TO COMPEL ARBITRATION
02 CV 2460 JAH (RBB)

1  hour deposition.

2         Defendants suggest that the fairest resolution of this situation is to again

3  continue the hearing for a reasonable period during which time Bego's newly-

4  retained counsel must make him available for deposition by a date certain.

5

6
   Dated:  January 23, 2004          LA BELLA & MCNAMARA, LLP
7

8
                                     ANDREW W. ROBERTSON
9                                    Attorneys for Defendants XANDROS, INC.; LINUX
                                     GLOBALPARTNERS, INC.; WILLIAM JAY
10                                   ROSEMAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        3

## DECLARATION OF ANDREW W. ROBERTSON

1.      I am an attorney duly licensed to practice before this Court and am associated with La Bella & McNamara, counsel for defendants Xandros, Inc., Linux Global Partners, Inc. and William Roseman herein. I have personal knowledge of the facts set forth in this Declaration and could and would competently testify thereto.

2.      On December 6, 2003, I was first contacted by Edward Walton, an attorney in San Diego, who reported that he had been contacted by Mr. Bego and that he was completing arrangements to represent Mr. Bego.  As detailed in my prior Declaration filed on December 10, 203, Mr. Bego had previously reported to my firm that he needed new counsel due to a conflict with the corporate Defendants.  During that call on December 6, 2003, I suggested to Mr. Walton that he immediately contact Plaintiff's counsel as we had informally targeted December 9, 2003 for the deposition and it was important that the deposition be completed soon.

3.      Over the next several weeks, I contacted Mr. Walton several times and he advised that the details of his representation were still being finalized.  On January 20, 2004, Mr. Walton confirmed to me that he now formally represents Mr. Bego, that he has been in trial over the last week, and that he will take all steps to produce his new client for deposition in New York as soon as possible.

4.      Mr. Bego is not my client and is no longer employed by any other Defendant.  As such, we collectively have no ability to control him or to command his presence for deposition.  But, Mr. Bego's new counsel has indicated he will appear for deposition

5.      There is no prejudice to Plaintiff if the hearing is further continued so that the deposition can be completed.  There will be substantial prejudice to Defendants if their motion is heard and denied because of Bego's lack of cooperation.

4

1       I declare under penalty of perjury and the laws of the United States of America

2 that the foregoing is true and correct.  Executed this 23 day of January, 2004.

3

4                          ANDREW W. ROBERTSON

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation, ) | Case No.: 02 CV 2460 JAH (RBB) |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **DECLARATION OF SERVICE** |
| XANDROS, INC., a Delaware corporation; LINUX ) | |
| GLOBAL PARTNERS, INC., a Delaware ) | |
| corporation; MICHAEL BEGO, an individual; ) | |
| WILLIAM JAY ROSEMAN, an individual, ) | |
| ) | Date served:    January 23, 2004 |
| Defendants. ) | |
| ) | |
| ) | |

I, the undersigned, declare under penalty of perjury that I am over eighteen years of age and not a party to this action; that I served the above-named person the following documents:
**EX PARTE APPLICATION OF DEFENDANTS XANDROS, INC., LINUX GLOBAL PARTNERS, INC., AND WILLIAM JAY ROSEMAN TO CONTINUE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION; DECLARATION OF ANDREW W. ROBERTSON**
in the following manner (check one):

1)      ____By personally delivering copies to the person served.

2)      ____By causing copies to be delivered, during usual office hours, to the office of the person served at the address listed below and left with the person who apparently was in charge.

3)      ____By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)      ____By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California on January 23, 2004.

5)      __X__By causing such document to be transmitted by facsimile machine to the office(s) of the parties indicated below.  The facsimile machine used complied with Rule 2003 and no error was reported by the machine.

Colburn Stuart, Esq.                    Edward C. Walton, Esq.
Paul Hastings Janofsky & Walker          Walton & Associates
3579 Valley Centre Drive                 402 West Broadway, Suite 1210
San Diego, CA  92130                     San Diego, CA  92101
Tel:  (858) 720-2500                     Tel:  (619) 234-7422
Fax: (858) 720-255                       Fax: (619) 234-4144

Executed on January 23, 2004, at San Diego, California.

Danielle G. Palmas

1