USDC SCAN INDEX SHEET










KSR     1/29/04     14:29

3:02-CV-02460    LINDOWS.COM INC V. XANDROS INC

*64*

*JOIN.*

WALTON & ASSOCIATES
Edward C. Walton, Esq. (078490)
Lisa G. Taylor, Esq. (156381)
Justin E. D. Daily, Esq. (209772)
402 West Broadway, Suite 1210
San Diego, CA 92101
(619) 234-7422

Attorneys for Defendant
MICHAEL BEGO

FILED
04 JAN 27 PM 4:13
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual, WILLIAM JAY ROSEMAN, an individual,<br><br>Defendants. | CASE NO. 02 CV 2460 JAH (RBB)<br><br>JOINDER OF DEFENDANT MICHAEL BEGO IN THE *EX PARTE* APPLICATION OF DEFENDANT XANDROS, INC. AND LINUX GLOBAL PARTNERS, INC. AND WILLIAM JAY ROSEMAN TO CONTINUE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION; DECLARATION OF EDWARD C. WALTON<br><br>DATE: January 30, 2004<br>TIME: 2:00 p.m.<br>CTRM: 3<br>JUDGE: Hon. John A. Houston |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant MICHAEL BEGO hereby joins in the Ex Parte Application of Defendants XANDROS, INC., LINUX GLOBAL PARTNERS, INC. and WILLIAM JAY ROSEMAN to Continue the Hearing on Defendants' Motion to Compel Arbitration currently set for January 30, 2004 for twenty-one days to a date convenient to the Court's calendar. Mr. BEGO has now secured separate counsel and is prepared to appear for his deposition. As more fully set forth in the attached Declaration of Edward C. Walton, new counsel for Mr. BEGO, arrangements for representation by new counsel were complicated by the conflict which has arisen between Mr. BEGO and his co-defendants. In addition, new counsel Edward C. Walton was engaged

///
///

in a trial, the preparation for which and conduct of took up most of his time in the first three weeks of January, 2004. In addition, Mr. Walton is currently preparing for an eleven day jury trial in the Courtroom of the Honorable Howard Matz, of the United States District Court in Los Angeles, set to commence on February 10, 2004. Nonetheless, Mr. Walton and Mr BEGO will make themselves reasonably available for the two hour telephonic deposition required so as not to delay the hearing of the Motion to Compel Arbitration beyond the date requested by this Ex Parte Application. Defendant BEGO can see no prejudice to Plaintiff should this Application for continuance of hearing date be granted.

Respectfully Submitted,

Dated: January 27, 2004

WALTON & ASSOCIATES

By *(signature)*
Edward C. Walton,
Attorneys for Defendant
MICHAEL BEGO

## DECLARATION OF EDWARD C. WALTON

I, Edward C. Walton, declare and state:

1. I am an attorney licensed to practice law in the State of California and before this Court. I have been retained as counsel for MICHAEL BEGO (hereinafter "BEGO") in the within action and intend to file shortly the fully executed Substitution of Attorney form reflecting the substitution of myself and my firm in as counsel of record for Mr. BEGO in this action.

2. I now formally represent Mr. BEGO. Although I was contacted by Mr. BEGO first in early December of 2003, for purposes of taking on this representation, arrangements for the representation were not finalized until early January, 2004. By that time, I was engaged in preparation for and then the conduct of trial in the matter of <u>Victor Posada v. Joe K. Maghami</u>, San Diego Superior Court Case Number GIC 803481 in the department of the Honorable Thomas LaVoy. That trial concluded in a jury verdict on January 21, 2004.

3. I am currently engaged in preparing for a trial in Federal District Court in Los Angeles before the Honorable Howard Matz entitled <u>Manuel Paredes Flores v. Star-Kist Foods, Inc., et al.</u>, an eleven day jury trial which is set to commence on February 10, 2004.

///

4. Should the Court grant the instant Ex Parte Application to Continue the Hearing on Motion to Compel Arbitration, Mr. BEGO and I will make ourselves reasonably available for the two hour deposition required in this case, on reasonable notice.

5. I have read and considered both the Reply Memorandum filed by co-defendants in this matter to the Opposition filed by Plaintiff to the Motion to Compel Arbitration, as well as the Ex Parte Application of co-defendants for the continuance of the hearing on the Motion to Compel Arbitration. On behalf of Mr. BEGO, I join in the arguments asserted by co-defendants in support of the Application to Continue the Hearing date on the Motion to Compel Arbitration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on this 27th day of January, 2004, in San Diego, California.

EDWARD C. WALTON

ORIGINAL

1  WALTON & ASSOCIATES
   Edward C. Walton, Esq. (078490)
2  Lisa G. Taylor, Esq. (156381)
   Justin E. D. Daily, Esq. (209772)
3  402 West Broadway, Suite 1210
   San Diego, CA 92101
4  (619) 234-7422

5  Attorneys for Defendant
   MICHAEL BEGO

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation, | CASE NO. 02 CV 2460 JAH (RBB) |
| | DECLARATION OF SERVICE |
| Plaintiff, | |
| | DATE: January 30, 2004 |
| v. | TIME: 2:00 p.m. |
| | CTRM: 3 |
| | JUDGE: Hon. John A. Houston |
| XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual, | |
| Defendants. | |

19   I declare that: I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California; where this service occurs; and my business address is 402 West Broadway, Suite 1210, San Diego, California 92101. I further declare that I served the below named person(s) the following documents:

**JOINDER OF DEFENDANT MICHAEL BEGO IN THE *EX PARTE* APPLICATION OF DEFENDANT XANDROS, INC. AND LINUX GLOBAL PARTNERS, INC. AND WILLIAM JAY ROSEMAN TO CONTINUE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION; DECLARATION OF EDWARD C. WALTON**

///

///

in the following manner:

By transmitting via facsimile to the offices of each addressee as set forth below. Each transmission was reported as complete and without error. A copy of each transmission report is attached to the original declaration of service. And also by placing a copy in a separate envelope, for each addressee named below. I then sealed each envelope and, with the postage thereon fully prepaid, either deposited each in the United States Postal Service or placed each for collection and mailing on the date of execution of this Declaration as indicated below, at San Diego, California, following ordinary business practices. I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.

**ATTORNEY FOR PLAINTIFF:**
Colbern C. Stuart, III, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
12390 El Camino Real
San Diego, CA 92130
Telephone No.: (858) 720-2500
Facsimile No.: (858) 720-2555

**ATTORNEY FOR DEFENDANTS -**
XANDROS, INC.; LINUX GLOBAL PARTNERS, INC.; and WILLIAM JAY ROSEMAN:
Andrew W. Robertson, Esq.
LaBELLA & McNAMARA, LLP
401 West "A" Street, Suite 2300
San Diego, CA 92101
Telephone No.: (619) 696-9200
Facsimile No.: (619) 696-9269

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on this 27th day of January, 2004, in San Diego, California.

Laura Crowther