USDC SCAN INDEX SHEET

















```
KSR    2/2/04    9:49
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*66*
*MO.*
```



**Minutes of the United States District Court**
**Southern District of California**
**Friday, January 30, 2004**

2002CV02460-JH(RBB)

| | |
|---|---|
| **For the Honorable:** | John A. Houston   District Judge |
| **Deputy Clerk:** Larry McDowell | **Court Reporter/ECR:** Noemy Martinez |

**On Calendar:**

2002CV02460-JH(RBB)       Lindows.com Inc  vs  Xandros Inc
                         James P. Conley   858 720-2500
                       ✔ Andrew W. Robertson   619 696-9200
                       ✔ Colbern C. Stuart, III   858 720-2500
                         Edward C. Walton   619 234-7422

MOTION HEARING       ✔ Justin Daly for Dft Bcgo

**Minutes:**

The Court orders all depositions be taken no later than 2/20/04.
Supplemental pleadings shall be filed by 3/5/04.
Motion [46-1] to compel arbitration shall be heard 3/19/04 @ 10:00 am before Judge Houston.

Printed:   01/30/2004   2:42 pm                                                             Page 1 of 1