USDC SCAN INDEX SHEET










BJR    2/12/04    14:53

3:02-CV-02460    LINDOWS.COM INC V. XANDROS INC

*67*

*ATTYSUBST.*

02/06/2004 16:36 FAX 6196909208     WALTON & ASSOCIATES     PAGE 02
02/03/2004 18:07   6192344144      
01/29/2004 14:38   6192344144     WALTON & ASSOCIATES     PAGE 03

Andrew W. Robertson, Esq. (SBN 062841)
La Bella & McNamara, LLP
401 West "A" Street, Suite 1150
San Diego, CA 92101
(619) 696-9200

04 FEB 12 PH 12: 53

CLERK
DEPUTY

## UNITED STATES DISTRICT COURT
## Southern DISTRICT OF CALIFORNIA

LINDOWS.COM, INC., a Delaware corporation,

CASE NUMBER:

02 CV 2460 (BTM) (RBB)

02CV2460 JAH (RBB)

Plaintiff(s)

v.

XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; William Jay Sneeman, an individual,

Defendant(s)

**SUBSTITUTION OF ATTORNEY**

MICHAEL BEGO
_Name of Party_

☐ Plaintiff  ☒ Defendant  ☐ Other _____

hereby substitutes EDWARD C. WALTON, ESQ., WALTON & ASSOCIATES who is

☒ Retained Counsel  ☐ Court Appointed Counsel  ☐ Pro Per  103 N. Broadway, Suite 1210
_Street Address_

San Diego, CA 92101    619-234-7422    (619) 234-4144
_City, State, Zip Code_    _Telephone Number_    _Facsimile Number_    _State Bar Number_

as attorney of record in the place and stead of Andrew R. Robertson, Esq., La Bella & McNamara, LLP

Dated: January 30, 2004

MICHAEL BEGO
_Signature of Party_

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: January February 4, 2004

ANDREW W. ROBERTSON
_Signature of Present Attorney_

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: December 2004
February 3, 

EDWARD C. WALTON
_Signature of New Attorney_

Substitution of Attorney is hereby ☒ Approved.  ☐ Denied.

Dated: 2-11-04

United States District Judge / Magistrate Judge

NOTICE TO COUNSEL: If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form 0-70 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.casd.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (02/02)                                                                      Cat

67

ORIGINAL

WALTON & ASSOCIATES
Edward C. Walton, Esq. (078490)
Lisa G. Taylor, Esq. (156381)
Justin E. D. Daily, Esq. (209772)
402 West Broadway, Suite 1210
San Diego, CA 92101
(619) 234-7422

Attorneys for Defendant
MICHAEL BEGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation, | CASE NO. 02 CV 2460 JAH (RBB)   "BY FAX" |
| Plaintiff, | DECLARATION OF SERVICE |
| v. | |
| XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual, | |
| Defendants. | |

I declare that: I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California; where this service occurs; and my business address is 402 West Broadway, Suite 1210, San Diego, California 92101. I further declare that I served the below named person(s) the following documents:

**SUBSTITUTION OF ATTORNEY**

in the following manner:

By transmitting via facsimile to the offices of each addressee as set forth below. Each transmission was reported as complete and without error. A copy of each transmission report is attached to the original declaration of service. And also by placing a copy in a separate envelope, for each addressee named

///

1

Z:\PLD03\BEGO-LINDOWS 3PFS    02 CV 2460 JAH(RBB)    DECLARATION OF SERVICE

1 below. I then sealed each envelope and, with the postage thereon fully prepaid, either deposited each in
2 the United States Postal Service or placed each for collection and mailing on the date of execution of this
3 Declaration as indicated below, at San Diego, California, following ordinary business practices. I
4 further declare that I am readily familiar with the business' practice for collection and processing of
5 correspondence for mailing with the United States Postal Service pursuant to which practice the
6 correspondence will be deposited with the United States Postal Service this same day in the ordinary
7 course of business.

**ATTORNEY FOR PLAINTIFF:**
Colbern C. Stuart, III, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
12390 El Camino Real
San Diego, CA 92130
Telephone No.: (858) 720-2500
Facsimile No.: (858) 720-2555

**ATTORNEY FOR DEFENDANTS -**
**XANDROS, INC.; LINUX GLOBAL PARTNERS, INC.; and WILLIAM JAY ROSEMAN:**
Andrew W. Robertson, Esq.
LaBELLA & McNAMARA, LLP
401 West "A" Street, Suite 2300
San Diego, CA 92101
Telephone No.: (619) 696-9200
Facsimile No.: (619) 696-9269

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on this 6th day of February, 2004, in San Diego, California.

Laura Crowther