USDC SCAN INDEX SHEET










CGL    2/17/04    9:39

3:02-CV-02460    LINDOWS.COM INC V. XANDROS INC

*68*

*O.*

```
                                        FILED
                                    04 FEB 12 AM 9:18
                                 CLERK U.S. DISTRICT COURT
                                SOUTHERN DISTRICT OF CALIFORNIA

                                 BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br>v.<br>XANDROS, INC., a Delaware corporation, et. al.,<br><br>　　　　　Defendants. | Civil No. 02cv2460 JH (RBB)<br><br>**ORDER FOLLOWING HEARING** |

On January 30, 2004, a hearing was held on Defendants' motion to compel arbitration. Colbern Stuart III appeared on behalf of Plaintiff. Justin Daly appeared on behalf of Defendant Michael Bego and Andrew Robertson appeared on behalf of the remaining defendants.

After consulting with counsel and good cause appearing, IT IS HEREBY ORDERED:

1. Defendants' ex parte application to continue the hearing date is **GRANTED**. The hearing is continued to **March 19, 2004** at **10:00 a.m.**

2. Defendant Bego shall appear for a deposition **no later than February 20, 2004**.

3. All remaining depositions allowed by Magistrate Judge Brooks' order shall be taken **no later than February 20, 2004**.

//
//
//
//



02cv2460

4. Any supplemental pleadings shall be filed **no later than March 5, 2004**. If a motion to compel is filed, the opposing party shall file a response **no later than one week from the date the motion is filed.**

5. Plaintiff's request for sanction is **DENIED without prejudice.**

Dated:       February 9, 2004

JOHN A. HOUSTON
United States District Judge

cc: Magistrate Judge Brooks
All Counsel of Record