Case 3:02-cv-02460-BEN-RBB   Document 69   Filed 03/16/04   PageID.862   Page 1 of 7
USDC SCAN INDEX SHEET

















```
RYC    3/16/04    15:11
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*69*
*STIPO.*
```

**ORIGINAL**

COLBERN C. STUART, III (SBN 177897)
JAMES P. CONLEY (SBN 216639)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

04 MAR 16 PM 2: 05

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

Attorneys for Plaintiff
LINDOWS.COM, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual,<br><br>Defendants. | CASE NO. 02 CV 2460 JAH (RBB)<br><br>**STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND SUPPLEMENTAL BRIEFING DEADLINE; ORDER**<br><br>Hearing Date: April 9, 2004<br>Time: 10:30 AM<br>Judge: Hon. John A. Houston<br>Courtroom: 11, Second Floor<br><br>**ORAL ARGUMENT REQUESTED** |

WHEREAS the parties in the instant case are continuing to informally resolve several discovery disputes which have arisen since the January 30, 2004 hearing on defendants' motion, and continue to negotiate outstanding discovery issues in hopes of avoiding additional motions to compel;

WHEREAS a brief continuance will give the parties additional time to informally resolve said discovery disputes;

WHEREAS at the January 30, 2004 hearing the following dates were set:

Hearing Date:            March 19, 2004
Supplemental Brief Due:  March 5, 2004

SAN/85669.1

-1-

02 CV 2460 JAN (RBB)
STIPULATION TO CONTINUE HEARING DATE
AND SUPPLEMENTAL BRIEFING SCHEDULE

WHEREAS all parties believe that, the Court willing, the interests of justice would be served by a continuance of the above dates;

NOW THEREFORE the parties stipulate and request that this Court enter an order extending the supplemental briefing deadline to March 19, 2004 and related hearing date for Defendants' Motion to Compel Arbitration to April 9, 2004.

Plaintiff Lindows.com, Inc. and Defendants XANDROS, INC., LINUX GLOBAL PARTNERS, INC., MICHAEL BEGO and WILLIAM JAY ROSEMAN, by and through their attorneys of record, do hereby stipulate to the following new dates:

> Hearing Date: April 9, 2004
> Supplemental Brief Due: March 19, 2004

DATED: March ___, 2004   PAUL HASTINGS JANOFSKY & WALKER LLP

By _____
Colbern C. Stuart III
Attorneys for Plaintiff,
LINDOWS.COM, INC.

DATED: March ___, 2004   LABELLA & MCNAMARA

By _____
Andrew W. Robertson
Attorneys for Defendants,
XANDROS, INC.; LINUX GLOBAL PARTNERS, INC. & WILLIAM JAY ROSEMAN

DATED: March ___, 2004   WALTON & ASSOCIATES

By _____
Edward C. Walton
Attorneys for Defendant,
MICHAEL BEGO

1    WHEREAS all parties believe that, the Court willing, the interests of justice would be
2    served by a continuance of the above dates;
3    NOW THEREFORE the parties stipulate and request that this Court enter an order
4    extending the supplemental briefing deadline to March 19, 2004 and related hearing date for
5    Defendants' Motion to Compel Arbitration to April 9, 2004.
6    Plaintiff Lindows.com, Inc. and Defendants XANDROS, INC., LINUX GLOBAL
7    PARTNERS, INC., MICHAEL BEGO and WILLIAM JAY ROSEMAN, by and through their
8    attorneys of record, do hereby stipulate to the following new dates:

    Hearing Date:           April 9, 2004
    Supplemental Brief Due: March 19, 2004

DATED: March _____, 2004        PAUL HASTINGS JANOFSKY & WALKER LLP


                                 By_____
                                    Colbern C. Stuart III
                                    Attorneys for Plaintiff,
                                    LINDOWS.COM, INC.

DATED: March 15, 2004            LABELLA & MCNAMARA


                                 By_____
                                    Andrew W. Robertson
                                    Attorneys for Defendants,
                                    XANDROS, INC.; LINUX GLOBAL PARTNERS,
                                    INC. & WILLIAM JAY ROSEMAN

DATED: March _____, 2004        WALTON & ASSOCIATES


                                 By_____
                                    Edward C. Walton
                                    Attorneys for Defendant,
                                    MICHAEL BEGO

SAN/85669.1
                                                              02 CV 2460 JAN (RBB)
                              -2-          STIPULATION TO CONTINUE HEARING DATE
                                           AND SUPPLEMENTAL BRIEFING SCHEDULE

1    WHEREAS all parties believe that, the Court willing, the interests of justice would be
2    served by a continuance of the above dates;
3    NOW THEREFORE the parties stipulate and request that this Court enter an order
4    extending the supplemental briefing deadline to March 19, 2004 and related hearing date for
5    Defendants' Motion to Compel Arbitration to April 9, 2004.
6    Plaintiff Lindows.com, Inc. and Defendants XANDROS, INC., LINUX GLOBAL
7    PARTNERS, INC., MICHAEL BEGO and WILLIAM JAY ROSEMAN, by and through their
8    attorneys of record, do hereby stipulate to the following new dates:
9    Hearing Date:            April 9, 2004
     Supplemental Brief Due:  March 19, 2004
10
11
12
13   DATED: March ____, 2004       PAUL HASTINGS JANOFSKY & WALKER LLP
14
15                                 By_____
16                                    Colbern C. Stuart III
                                      Attorneys for Plaintiff,
17                                    LINDOWS.COM, INC.

18   DATED: March ____, 2004       LABELLA & MCNAMARA
19
20                                 By_____
21                                    Andrew W. Robertson
                                      Attorneys for Defendants,
22                                    XANDROS, INC.; LINUX GLOBAL PARTNERS,
                                      INC. & WILLIAM JAY ROSEMAN
23
24   DATED: March 15, 2004         WALTON & ASSOCIATES
25
26                                 By_____
27                                    Edward C. Walton
                                      Attorneys for Defendant,
                                      MICHAEL BEGO
28

SAN/85669.1                                              02 CV 2460 JAN (RBB)
                                              STIPULATION TO CONTINUE HEARING DATE
                              -2-              AND SUPPLEMENTAL BRIEFING SCHEDULE

1  IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Compel
2  Arbitration be continued to April 9, 2004, and that the supplemental briefing deadline for said
3  motion be continued to March 19, 2004.

5  Dated: 3-14-2004

   HONORABLE JOHN A. HOUSTON
   JUDGE, U.S. DISTRICT COURT

# PROOF OF SERVICE

I am employed in the City and County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is as follows: 3579 Valley Centre Drive, San Diego CA 92130.

On March 15, 2004, I served the foregoing document(s) described as: **STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND SUPPLEMENTAL BRIEFING DEADLINE; ORDER** on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Andrew W. Robertson | Edward C. Walton |
| LaBella & McNamara | Walton & Associates |
| 401 West A Street, Suite 1150 | 402 West Broadway, Suite 1210 |
| San Diego CA 92101 | San Diego, CA 92101 |

☐ **VIA OVERNIGHT MAIL:**

VIA _____ :By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on March 15, 2004 with postage thereon fully prepaid, at San Diego, California.

☐ **VIA PERSONAL DELIVERY:**

I caused to be served personally such sealed envelope(s) by hand to the addressee(s).

☐ **VIA FACSIMILE:**

The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted on March 15, 2004. **[Permitted by written agreement of the parties.]**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 15, 2004, at San Diego, California.

Greg Watkins
Type or Print Name

Signature

SAN/65249.5

02 CV 2460 JH (RBB)