















```
RYC    3/23/04    13:17
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*76*
*DOGR.*
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED** 04 MAR 22 PM 1:55

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE  Houston
FROM: D. Guyette, Deputy Clerk           RECEIVED DATE: 03/19/04
CASE NO.: 02cv2460-JAH(RBB)    DOCUMENT FILED BY: Defendant
CASE TITLE: Lindows v. Xandros, Inc.
DOCUMENT ENTITLED: Joinder of Defendant

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1.j.4 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3.c | Document illegible or submitted on thermal facsimile paper |
| ☐ | 7.1.e or 47.1.b.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1.f or 47.1.b.3 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1.h or 47.1.e | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1.h | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself /Supplemental filings require court order |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| ☒ |  | OTHER: Supplemental Memorandum in Support Motion does not to appear to be on file. |

Date forwarded: 03/19/04

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Houston

Dated: 3/22/04
cc: All Parties
By: _____

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]