USDC SCAN INDEX SHEET

















```
RYC    3/23/04    13:19
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*77*
*JOIN.*
```

```
WALTON & ASSOCIATES
Edward C. Walton, Esq. (078490)
Lisa G. Taylor, Esq. (156381)
Justin E. D. Daily, Esq. (209772)
402 West Broadway, Suite 1210
San Diego, CA 92101
(619) 234-7422

Attorneys for Defendant
MICHAEL BEGO
```

FILED
04 MAR 22 PM 1:55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

NUNC PRO TUNC

MAR 19 2004

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>v.<br><br>XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual, WILLIAM JAY ROSEMAN, an individual,<br><br>             Defendants. | CASE NO. 02 CV 2460 JAH (RBB)<br><br>JOINDER OF DEFENDANT MICHAEL BEGO IN THE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO COMPEL ARBITRATION OF DEFENDANT XANDROS, INC. AND LINUX GLOBAL PARTNERS, INC. AND WILLIAM JAY ROSEMAN; DECLARATION OF EDWARD C. WALTON<br><br>DATE:   April 9, 2004<br>TIME:   10:00 a.m.<br>CTRM:   11<br>JUDGE:  Hon. John A. Houston |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant MICHAEL BEGO hereby joins in the Supplemental Memorandum in Support of Motion to Compel Arbitration of Defendants XANDROS, INC., LINUX GLOBAL PARTNERS, INC. and WILLIAM JAY ROSEMAN in general, and specifically insofar as it urges the benefit of the arbitration provision within the Strategic Alliance Agreement for an individual agent of XANDROS such as Defendant BEGO. See, Creative Telecommunications, Inc. V. Breeden, 120 F. Supp. 1225(D.HA 1999).

Respectfully Submitted,

Dated: March 19, 2004

WALTON & ASSOCIATES

By /s/ Edward C. Walton
Edward C. Walton,
Attorneys for Defendant
MICHAEL BEGO

## DECLARATION OF EDWARD C. WALTON

I, Edward C. Walton, declare and state:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am counsel for Defendant MICHAEL BEGO (hereinafter "BEGO") in the within action.

2. I have read and considered the Defendants' Supplemental Memorandum in Support of Motion to Compel Arbitration filed by the La Bella & McNamara firm. On behalf of Mr. BEGO, I join in these most recent arguments asserted by co-defendants in support of the Motion to Compel Arbitration.

3. On February 19, 2004, I attended the deposition of my client, MICHAEL BEGO, taken by Attorney Cole Stuart on behalf of Plaintiff LINDOWS. It was my understanding the deposition was taken to cross-examine and "test" Mr. BEGO's Declaration submitted with the original moving papers supporting Defendants' Motion to Compel Arbitration. During his two-hour deposition, Mr. BEGO testified consistently with his earlier-submitted Declaration. I will bring the original of the transcript of the BEGO deposition to the hearing of the Motion to Compel Arbitration if requested.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on this 19th day of March, 2004, in San Diego, California.

EDWARD C. WALTON

WALTON & ASSOCIATES
Edward C. Walton, Esq. (078490)
Lisa G. Taylor, Esq. (156381)
Justin E. D. Daily, Esq. (209772)
402 West Broadway, Suite 1210
San Diego, CA 92101
(619) 234-7422

Attorneys for Defendant
MICHAEL BEGO

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDOWS.COM, INC., a Delaware corporation, | CASE NO. 02 CV 2460 JAH (RBB) |
| Plaintiff, | DECLARATION OF SERVICE |
| v. | |
| XANDROS, INC., a Delaware corporation; LINUX GLOBAL PARTNERS, INC., a Delaware corporation; MICHAEL BEGO, an individual; WILLIAM JAY ROSEMAN, an individual, | |
| Defendants. | |

I declare that: I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California; where this service occurs; and my business address is 402 West Broadway, Suite 1210, San Diego, California 92101. I further declare that I served the below named person(s) the following documents:

**JOINDER OF DEFENDANT MICHAEL BEGO IN THE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO COMPEL ARBITRATION OF DEFENDANT XANDROS, INC. AND LINUX GLOBAL PARTNERS, INC. AND WILLIAM JAY ROSEMAN; DECLARATION OF EDWARD C. WALTON**

in the following manner:

///

1

By transmitting via facsimile to the offices of each addressee as set forth below. Each transmission was reported as complete and without error. A copy of each transmission report is attached to the original declaration of service. And also by placing a copy in a separate envelope, for each addressee named below. I then sealed each envelope and, with the postage thereon fully prepaid, either deposited each in the United States Postal Service or placed each for collection and mailing on the date of execution of this Declaration as indicated below, at San Diego, California, following ordinary business practices. I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.

**ATTORNEY FOR PLAINTIFF:**
Colbern C. Stuart, III, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
12390 El Camino Real
San Diego, CA 92130
Telephone No.: (858) 720-2500
Facsimile No.: (858) 720-2555

**ATTORNEY FOR DEFENDANTS -**
**XANDROS, INC.; LINUX GLOBAL PARTNERS, INC.; and WILLIAM JAY ROSEMAN:**
Andrew W. Robertson, Esq.
LaBELLA & McNAMARA, LLP
401 West "A" Street, Suite 2300
San Diego, CA 92101
Telephone No.: (619) 696-9200
Facsimile No.: (619) 696-9269

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on this 19th day of March, 2004, in San Diego, California.

*/s/ Laura Crowther*
Laura Crowther