USDC SCAN INDEX SHEET










```
BAR    4/9/04    7:51
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*78*
*MO.*
```

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case: *Lindows.com Inc. v. Xandros, Inc.*  Case No: 02cv2460 JAH (RBB)

HON. John A. Houston    CT. DEPUTY Larry McDowell    Rptr. _____

Present

Plaintiff(s): n/a

Defendant(s): n/a

Hearing on Defendants' motion to compel arbitration and dismiss or stay action [Doc. Nos. 46] set for April 9, 2004 is VACATED. The motion is taken under submission without oral argument. Parties notified by telephone.

DATE: 4/6/04    INITIALS: _LM_ Deputy

cc: Magistrate Judge Brooks

