USDC SCAN INDEX SHEET










```
RYC    7/8/04    11:37
3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC
*79*
*O.*
```

FILED

04 JUL -8 AM 8:49

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE CASES TO BE TRANSFERRED
TO THE CALENDAR OF THE
HONORABLE ROGER T. BENITEZ

ORDER TRANSFERRING CASES

New Case #: 02cv2460-BEN (RBB)

The following cases are transferred from the calendar of the Honorable John A. Houston to the calendar of the Honorable Roger T. Benitez. After this transfer, the case number should be changed to reflect the initials of Judge Benitez. Therefore, in all case numbers, the "JAH" that appears after the case number should be changed to "BEN." The magistrate judge assigned to the case will remain the same. This change should be made on all future filings to ensure that all documents are properly forwarded to Judge Benitez. Unless the parties are notified by separate order, all pending motion dates and pretrial and trial dates in the listed cases shall remain in place.

1. 01CV1237    In re Immune Response Securities Litigation
2. 02CV0948    Wensel v. Alameida
3. 02CV1349    Myers v. United States

//
//
//

46

4.   02CV2460        Lindows.com, Inc. v. Xandros, Inc.
5.   03CV0606        Wenzel v. Early

**IT IS SO ORDERED.**

Dated:    July 6, 2004

JOHN A. HOUSTON
United States District Judge

2