USDC SCAN INDEX SHEET

















JAH   9/30/04   13:33

3:02-CV-02460   LINDOWS.COM INC V. XANDROS INC

*81*

*CLKJGM.*

AO 450 Judgment in a Civil Case

**FILED**

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

SEP 3 0 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Lindows.Com, inc.

V.

Xandros, Inc; Linux Global Partners, Inc.; William
Jay Roseman

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   02cv2460-BEN(RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury
has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or
heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court **GRANTS** Defendants' renewed motion to compel arbitration
and dismiss or stay action. All claims in this action are dismissed without prejudice.

| September 30, 2004 | W. Samuel Hamrick, Jr. |
| --- | --- |
| Date | Clerk |

J. Haslam

(By) Deputy Clerk

ENTERED ON September 30, 2004

81